# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

06 MAR 31 PM 5:00

NANCY M.
MAYER-WHITTINGTON
CLERK

| | | |
|---|---|---|
| LE BON BRUCE WALKER<br>203 SEATON PLACE N.E.<br>WASHINGTON, DC 20003 | * * * * | |
| Plaintiff, | * * | Civil Action No.: _____ |
| vs. | * * | |
| NEIL SELDMAN<br>3362 TENNYSON LANE NW<br>WASHINGTON DC 20794 | * * * * | |
| DIANNE STEWART<br>700 E ST SE<br>WASHINGTON DC 20003 | * * * * | CASE NUMBER  1:06CV00603<br><br>JUDGE: Gladys Kessler |
| ELIZABETH MENIST<br>700 E STREET SE<br>WASHINGTON, DC 20003 | * * * * | DECK TYPE: Civil Rights (non-employme<br>DATE STAMP: 3/31/2006 |
| CAROLE MCINTYRE<br>1922 3RD ST NW #9<br>WASHINGTON DC 20001 | * * * * | |
| Defendants. | * * | |

## VERIFIED COMPLAINT

The jurisdiction of this Court is founded upon 28 U.S.C §1331, 42 U.S.C. §1983 and 18§ U.S.C. 1961 et seq.

COMES NOW, PLAINTIFF, LEBON BRUCE WALKER (hereinafter called "Walker") pro se and for this cause of action states and alleges as follows:

1. Plaintiff is an individual and resides in the District of Columbia.

2. Defendant, Neil Seldman ("hereinafter called "Seldman") is an individual resides in the

District of Columbia.

3. Defendant, Elizabeth Menist (hereinafter called "Mcnist") is an individual doing business in the District of Columbia and the Substitute Trustee under a Deed of Appointment of Trust recorded on December 14, 2001 pursuant to Deed of Trust recorded on January 28, 2000 at Instrument #8480.

4. Defendant, Dianne M. Stewart (hereinafter called "Stewart") is an individual doing business in the District of Columbia and the Substitute Trustee under a Deed of Appointment of Substitute Trustee recorded on December 14, 2001, pursuant to a Deed of Trust recorded on January 28, 2000 at Instrument #8480.

5. Defendant, Carole McIntyre (hereinafter called "McIntyre") is an individual and former employee of SELKER, LLC, located in the District of Columbia.

6. That on or about January 27, 2000, Defendant, Seldman loaned Walker the principal sum of One Hundred Seventy-Four Thousand, U.S. Dollars ($174,000.00). Walker executed and delivered a promissory note bearing interest and terms of repayment.

7. That on or about January 7, 2000, the plaintiff executed a Deed of Trust for land and premises, which has an address of 1922 -3rd Street, NW Washington DC 2001, to secure the aforementioned promissory note later naming Defendants Menist and Stewart as Substitute Trustees.

8. That on or about June 7, 2000, Seldman and Walker became business partners doing business as SELKER, LLC. The nature of the business being real estate development and property management. SELKER owns and manages several properties in the District of Columbia.

9. That Walker owned and alleges that he still lawfully owns the 1922 3rd Street, NW

property in fee simple.

10. That the 1922 3rd Street NW property consisted of eleven (11) bedroom suites and one large master suite; several of the bedroom suites have been rented by individuals.

11. That the rental payments from the 1922 #3rd Street property were used to pay the first mortgage and the indebtedness to Seldman secured by the above referenced Deed of Trust.

13. That on or about June, 2001 L.B. Walker relinquished his managerial duties to Neil Seldman, making Seldman responsible for the day-to-day operations of Selker, LLC by written agreement.

14. That Seldman did not perform his managerial duties in that he did not supervise the proper redevelopment, sale and management of SELKER properties, and he illegally sold all of SELKER LLC's real properties without the written consent of Walker who owns 70% of SELKER LLC's holdings.[1] Seldman sold SELKER, LLC's real properties at an undervalued rate for the purposes of creating a deficit in the Company's finances. Walker alleges that Seldman sold Company assets in this manner to fraudulently obtain money from Walker.

(See Seldman's request for money attached hereto as Exhibit #1). Seldman also kept McIntyre as an employee after Walker told her that her services were no longer needed when Walker was manager of SELKER, LLC.

15. That Walker by letter to Seldman revoked Defendant's managerial duties of SELKER, LLC. (See letter of revocation attached hereto as Exhibit #2).

16. That despite the letter of revocation, Seldman continued in his role as manager of

---

[1] Walker transferred 20% of his interests in SELKER, LLC to Seldman when he relinquished his managerial duties in 2001 for a consideration. Seldman never gave any consideration to Walker and therefore Walker retains his full interest in the Company.

SELKER, LLC and refused to step down. Defendant, after the letter of revocation sold the remaining real property belonging to SELKER, LLC (1934 3rd Street NW), Washington, DC.

17. That in 2001, Walker was incarcerated and during this period Seldman without giving Walker a right to cure his residential default on the loan, secured by the 1922 3rd street property, illegally foreclosed.

18. That Menist and Stewart carried out the illegal foreclosure in deference only to Seldman and deliberately failed to protect Walker by making sure that the foreclosure sale was carried out in accordance with DC Code §42-815.01. This property was Walker's residence and despite letters to Seldman seeking the amount need to cure the default, Seldman never gave Walker the amount and foreclosed.

19. That Seldman, Menist and Stewart failed to give Walker his right to cure his residential default and took advantage of Plaintiff's inability to protect his rights in that he was incarcerated.

## COUNT I

### VIOLATIONS OF 18 § U.S. C. 1961 ET. SEQ., THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT ("RICO") BY DEFENDANTS

20. Walker incorporates by reference paragraphs 1-19.

21. Seldman by his actions in illegally foreclosing on Walker's residential property and by unlawfully liquidating all of SELKER, LLC's assets and giving no proceeds to Walker is guilty of theft, bribery and embezzlement in violation of §§ 1962 and 1963 of the RICO Act.

22. Menist and Stewart who owed to Walker a duty of care in assuring that the foreclosure sale was carried out in accordance with DC law conspired with Seldman and received proceeds from an unlawful foreclosure sale are also guilty of theft, bribery and embezzlement in violation of §§

1962, 1963 and 1964 of the RICO Act.

23. Seldman's unlawful sale of properties that belonged to SELKER, LLC without Walker resolution from Walker receiving and without any consideration from the sales and his selling the properties of undervalued prices in order to create a deficit in the assets for the purposes of extorting money form Walker to allegedly cancel the deficit is consistent with violations under 18 U.S.C. §§1956, 1957 and 1964(c).

24. All of the Defendants by their unlawful and criminal actions have deprived Walker of his civil rights by taking advantage of his unfortunate circumstances regarding his incarceration. As a result of defendant's racketeering and corrupt actions, Walker has lost his home and all of his property interests and business assets in SELKER, LLC. Plaintiff is unable to recover from these losses.

## COUNT II
### VIOLATIONS UNDER 42 U.S.C 1983

25. Walker incorporates by reference paragraphs 1-24.

26. Seldman et. al. have unlawfully deprived Walker of his property interest while he was unable to freely move to protect his rights due to his incarceration.

27. Seldman has deprived Walker of any interest in SELKER, LLC's operations in that he continues to hold the managerial position although his duties have been revoked.

28. Defendants by their unlawful actions have violated Plaintiff's civil rights under § 42 U.S.C. §1983.

WHEREFORE, Walker prays for the following relief.

a. Set aside the sale of 1922 3rd Street NW and return Walker's residential property to him.

b. Set aside all sales of SELKER LLC's real property sold by Seldman without any corporate resolution signed by Walker, and returned them to SELKER, LLC.

c. Revoke by judicial Order Seldman's position as manager of SELKER, LLC.

d. Actual and compensatory damages of ONE MILLION DOLLARS ($ 1,000,000.00) against Seldman, Menist and Stewart jointly and severally for the unlawful sale of Walker's residential property.

e. Actual and compensatory damages of TEN MILLION DOLLARS ($ 10,000,000.00) against Seldman for unlawful sale and transfer of SELKER, LLC's properties.

f. Punitive damages of ONE MILLION DOLLARS ($1,000,000.00) against Menist and Stewart and TEN MILLION DOLLARS ($10,000,000.00) against Seldman for the irreparable harm caused to Walker by Defendant's unlawful actions.

g. Any and all such other relief that this Court deems just and proper.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002
~~(443) 392-2361~~
202-491-2940

## REQUEST FOR JURY TRIAL

I, LB Walker, hereby certify that I have read the foregoing Complaint and that it is true to the best of my knowledge, information and belief.

L.B. Walker

## NOTARY'S STATEMENT

I, _Patricia A. Pittman_ a Notary Public hereby certify that on _3/30_ 2006, Le Bon Bruce Walker, a.k.a., L. B. Walker personally appeared before me and acknowledged the foregoing to be a true verification of the Complaint.

Witness my hand and seal this _30th_ day of _March_ 2006.

My commission expires: _My Commission Expires January 14, 2011_

PATRICIA A. PITTMAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2011

_____
NOTARY