IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEBON BRUCE WALKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05cv00603 |
| | ) | |
| NEIL SELDMAN, ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO DISMISS

Defendants Dianne Stewart and Elizabeth Menist, by counsel and pursuant to Fed. R. Civ. Pro. Rules 12(b)(1) and 12(b)(6), move to dismiss the Verified Complaint filed by Plaintiff LeBon Bruce Walker for lack of jurisdiction and for failure to state a claim upon which relief may be granted. In support of their Motion, defendants respectfully direct the Court's attention to their Memorandum of Points and Authorities, attached hereto and incorporated herein by reference.

WHEREFORE, the Motion to Dismiss of Dianne Stewart and Elizabeth Menist should be granted, and the Verified Complaint dismissed with prejudice.

**DIANNE STEWART and ELIZABETH MENIST**

By: _____
Counsel

David D. Hudgins, D.C. Bar No. 362451
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Motion to Dismiss was sent via electronic filing and mailed, postage prepaid, this 10th day of May, 2006 to:

LeBon Bruce Walker
203 Seaton Place, NE
Washington, D.C. 20002

James Sullivan
Miles & Stockbridge
11 N. Washington St., Suite 700
Rockville, MD 20850

Carole McIntyre
1922 3rd St. NW #9
Washington, D.C. 20001

By: _____
      Counsel