# District of Columbia
# Court of Appeals



FILED DEC 2 1 2005 DISTRICT OF COLUMBIA COURT OF APPEALS

No. 05-CV-1049

LE BON BRUCE WALKER,

                                  Appellant,

v.                                                   CAB3882-03

NEIL SELDMAN, et al.,

                                  Appellees.

BEFORE:   Schwelb and Glickman, Associate Judges, and Nebeker, Senior Judge.

## JUDGMENT

On consideration of appellees' motion for summary affirmance, appellant's opposition and cross-motion for summary reversal and appellee's reply, it is

ORDERED that appellant's motion for summary reversal is denied. It is

FURTHER ORDERED that appellees' motion for summary affirmance is granted. *See Jones v. Cain*, 804 A.2d 322, 330 (D.C. 2002). It is

FURTHER ORDERED and ADJUDGED that the order on appeal is hereby affirmed.

                                           ENTERED BY THE DIRECTION OF THE COURT:

                                           GARLAND PINKSTON, JR.
                                           Clerk of the Court

Copies to:

Honorable Frederick H. Weisberg

Clerk, Superior Court

James A. Sullivan, Jr., Esquire
G. Vann Canada, Jr., Esquire
11 N. Washington Street, Suite 700
Rockville, MD 20850

Craig Brodsky, Esquire
One South Street, 20th Floor
Baltimore, MD 21202

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002

lw

EXHIBIT B