# District of Columbia
# Court of Appeals



No. 05-CV-1049

LEBON BRUCE WALKER,

                     Appellant,

                                       CAB3882-03

v.

NEIL SELDMAN, ET AL.,

                     Appellees.

BEFORE: Washington, Chief Judge; *Schwelb, Farrell, Ruiz, **Reid, *Glickman, Kramer and Fisher, Associate Judges; *Nebeker, Senior Judge.

## ORDER

On consideration of appellant's *pro se* motion for reconsideration of judgment order granting summary affirmance and denying summary reversal, construed as a petition for rehearing or rehearing en banc, it is

ORDERED by the merits division* that the petition for rehearing is denied; and it appearing that no judge of this court has called for a vote on the petition for rehearing en banc, it is

FURTHER ORDERED that the petition for rehearing en banc is denied.

                                                               PER CURIAM

**Judge Reid has recused herself from this case.



Copies to:

Honorable Frederick H. Weisberg

Clerk, Superior Court

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002

G. Vann Canada, Jr., Esquire
Miles & Stockbridge, P.C.
11 North Washington Street
Suite 700
Rockville, MD 20850

✓ Craig S. Brodsky, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

sl

# District of Columbia
# Court of Appeals

No. 05-CV-1074


FILED
FEB 1 5 2006
DISTRICT OF COLUMBIA
COURT OF APPEALS

NEIL SELDMAN, ET AL.,

          Appellants,

v.                                            CAB3882-03

LE BON BRUCE WALKER,

          Appellee.

BEFORE:   Reid, Associate Judge, and Kern and Steadman, Senior Judges.

### ORDER

On consideration of this court's January 19, 2006, order directing appellant to show cause why this appeal should not be dismissed as moot, and the response thereto, it is

ORDERED that this appeal is hereby dismissed as moot. *Cropp v. Williams*, 841 A.2d 328, 330 (D.C. 2004).

PER CURIAM

Copies to:

Honorable Frederick H. Weisberg

Clerk, Superior Court

James A. Sullivan, Jr., Esquire
G. Vann Canada, Jr., Esquire
11 N. Washington Street, Suite 700
Rockville, MD 20850

Craig Brodsky, Esquire
One South Street, 20th Floor
Baltimore, MD 21202

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002

lw