AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 MAY 15 PM 12:02
NANCY M. MAYER-WHITTINGTON
CLERK

### SUMMONS IN A CIVIL CASE

LE BON BRUCE WALKER
    Plaintiff,

vs.

NEIL SELDMAN, ET AL
    Defendants.

Civil Action No.: 06-CA- 0603 (G.K.)

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 04/21/06 |
|---|---|
| NAME OF SERVER (PRINT) ROGER BELTON | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): A COPY WAS LEFT FOR NEIL SELDMAN AT THE ADDRESS OF NEIL SELDMAN 3362 TENNYSON LANE WITH A MIDDLE AGE LADY (GRAY HAIR, ABOUT 5FT IN HT. AT @ 9:30pm.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

District of Columbia, to wit:
The foregoing instrument was acknowledged before me this
Executed on 05/15/06
15th day of May  Date 2006   Signature of Server  Roger L. Belton

By Roger L. Belton
_____ Notary Public
My commission expires 1/31/10

838 Delafield Pl. NW  WDC 20011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
U.S. DISTRICT COURT

2006 MAY 15 AM 11:02

NANCY M.
MAYER-WHITTINGTON
CLERK

**SUMMONS IN A CIVIL CASE**

LE BON BRUCE WALKER
    Plaintiff,

vs.

NEIL SELDMAN, ET AL
    Defendants.

Civil Action No.: 06-CA- 0603 (GK)

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 04/28/06 |
|---|---|
| NAME OF SERVER (PRINT) ROGER BELTON | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): A COPY WAS LEFT for Elizabeth Minist AT THE LAW OFFICE at 700 EST BE WASH DC, WITH A MAN OF ABOUT SIXTY IN AGE KIND OF HEAVY IN WEIGHT, KIND OF BALDING GREY HAIR. HE MENTIONED THAT MS ELIZABETH MINST DID WORK THERE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05/15/06    Roger L. Belton
District of Columbia, to wit:    Date    Signature of Server

The foregoing instrument was acknowledged before me this 15TH day of May, 2006
by Roger L. Belton    838 Delafield Pl NW WDC 20011
    Notary Public    Address of Server

My commission expires 1/31/10

AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 MAY 15 PM 11: 04

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

LE BON BRUCE WALKER
        Plaintiff,

vs.

NEIL SELDMAN, ET AL
        Defendants.

Civil Action No.: 06-CA-0603 (GK)

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 05/04/06 |
|---|---|
| NAME OF SERVER (PRINT) ROGER BELTON | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): A COPY WAS LEFT for DIANNE STUART, AT THE LAW OFFICE AT 700 E ST NW. S.E. WASH D.C. WITH A LADY, SHORT, ABOUT 4'3", WEIGHING @ 105 IN WT. @ 40-50 IN AGE, BLACK OR BROWN HAIR, DARK SKIN.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

District of Columbia, to wit:

The foregoing instrument was acknowledged before me this

Executed on 05/15/06   5/15/06
by Roger L. Belton
Signature of Server

Notary Public
My commission expires 1/31/10

738 Delafield Pl NW WDC 20011
Address of Server