UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                :
LE BON BRUCE WALKER, et al.,    :
                                :
        Plaintiffs,             :
                                :
        v.                      :   Civil Action
                                :   No. 06-603 (GK)
NEIL SELDMAN, et al.,           :
                                :
        Defendants.             :
_____:
```

**ORDER**

This matter is before the Court upon Defendants' (Stewart and Menist) Motion to Dismiss, [#4]. Plaintiffs, Le Bon Bruce Walker and Selker, LLC are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED,** that Plaintiffs respond to the Defendants' Motion to Dismiss no later than **June 26, 2006**. If Plaintiffs do not respond, the Court will treat the motion as granted and enter judgment in favor of the Defendants.

May 26, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to:**  attorneys of record via ECF, and

**LE BON BRUCE WALKER**
**203 Seaton Place, NE**
**Washington, DC 20003**