**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEBON BRUCE WALKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:06CV00603 |
| | ) | |
| NEIL SELDMAN, ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO DISMISS

Defendants Dianne Stewart and Elizabeth Menist, by counsel and pursuant to Fed.

R. Civ. Pro. Rules 12(b)(1) and 12(b)(6), move to dismiss the Amended Verified

Complaint filed by Plaintiff LeBon Bruce Walker for lack of jurisdiction and for failure

to state a claim upon which relief may be granted.  In support of their Motion, defendants

respectfully direct the Court's attention to their Memorandum of Points and Authorities,

attached hereto and incorporated herein by reference.

WHEREFORE, the Motion to Dismiss of Dianne Stewart and Elizabeth Menist

should be granted, and the Amended Verified Complaint dismissed with prejudice.

**DIANNE STEWART and ELIZABETH
MENIST**

By: _____
Counsel

David D. Hudgins, D.C. Bar No. 362451
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Dismiss was sent via electronic filing this 30th day of May, 2006 to:

LeBon Bruce Walker
203 Seaton Place, NE
Washington, D.C.  20002

Selker, LLC
3001 Georgia Ave., N.W.
Washington, D.C.  20001

James Sullivan
Miles & Stockbridge
11 N. Washington St., Suite 700
Rockville, MD  20850

Institute for Local Self-Reliance
1315 5th St., S.E.
Minneapolis, MN  55414

Carole McIntyre
1922 3rd St. NW #9
Washington, D.C.  20001

W.C. & A.N. Miller Development Co. Realtor Brokers
4701 Sangamore Rd.
Bethesda, MD  20816

City Title & Escrow Co., Inc.
4400 Jenifer St., N.W., Suite 350
Washington, D.C.  20015

Carolyn Davis
Eastern Market Real Estate
210 9th St., S.E., Suite 100
Washington, D.C.  20003

Eastern Market Real Estate
7942 Wisconsin Ave.
Bethesda, MD  20814-3620

First American Title Insurance Co.
401 E. Pratt St. S.E., Suite 323
Baltimore, MD  21202

Andrew Steed
503 Rhode Island Ave, N.W.
Washington, D.C.  20001

Eric J. Emrey
1964 2nd St., N.W.
Washington, D.C.  20001

Yohannes Woldehanna
1934 3rd St., N.W.
Washington, D.C.  20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place, N.W.
Washington, D.C.  20010

By: _____
      Counsel