IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBON BRUCE WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00603 |
| ) | |
| NEIL SELDMAN, ET AL., ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO DISMISS**

Defendants Dianne Stewart ("Stewart") and Elizabeth Menist ("Menist"), by counsel, file their Memorandum of Points and Authorities in support of their Motion to Dismiss, and state as follows:

Plaintiff LeBon Bruce Walker ("Walker") filed his Amended Verified Complaint on May 8, 2006, two days before Stewart and Menist filed their Motion to Dismiss to his original Verified Complaint. The amended pleading added Selker LLC as a plaintiff, and eleven additional defendants. The newly added defendants represent parties involved in the foreclosure of Walker's property, and include the real estate agents, the title company, and the purchasers.

The allegations against Stewart and Menist in the Amended Verified remain identical to the Verified Complaint. Essentially, Stewart and Menist are sued in their capacity as substitute trustees under a Deed of Trust for property formerly owned by Walker, and foreclosed upon by defendant Seldman. (*Compare*, Verified Complaint, ¶¶ 3, 4, 18 and 19 to Amended Verified Complaint, ¶¶ 5, 6, 27 and 28). While Walker included defendant Menist in paragraph 34, this appears to be a misnomer, as this

defendant had no connection to Urban Communities, whereas defendant "Monast" is alleged to have been a third party purchaser of the property in question (*See*, Amended Verified Complaint, ¶ 15).

Counts I and II in the amended pleading remain identical, but Walker has added Count III - Fraudulent Conveyance; Count IV - Conspiracy to Commit Fraud; Count V – Collusion and Unjust Enrichment; and Count VI – Breach of Contract and Damages. Despite the newly filed counts, the allegations against Stewart and Menist remain the same (*See*, Verified Complaint, ¶ 17).

As such, Stewart and Menist adopt and incorporate their Motion to Dismiss and Memorandum of Points and Authorities in support of their Motion to Dismiss filed in response to the Verified Complaint, as if fully set forth herein.

WHEREFORE, the Motion to Dismiss of defendants Dianne Stewart and Elizabeth Menist should be granted, and the Amended Verified Complaint dismissed with prejudice, with an award to defendants for their costs, including reasonable attorneys' fees.

                                          **DIANNE STEWART and ELIZABETH MENIST**

                                          By: _____
                                                Counsel

David D. Hudgins, D.C. Bar No. 362451
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true copy of the foregoing Memorandum was sent via electronic filing this 30th day of May, 2006 to:

LeBon Bruce Walker
203 Seaton Place, NE
Washington, D.C.  20002

Selker, LLC
3001 Georgia Ave., N.W.
Washington, D.C.  20001

James Sullivan
Miles & Stockbridge
11 N. Washington St., Suite 700
Rockville, MD  20850

Institute for Local Self-Reliance
1315 5th St., S.E.
Minneapolis, MN  55414

Carole McIntyre
1922 3rd St. NW #9
Washington, D.C.  20001

W.C. & A.N. Miller Development Co. Realtor Brokers
4701 Sangamore Rd.
Bethesda, MD  20816

City Title & Escrow Co., Inc.
4400 Jenifer St., N.W., Suite 350
Washington, D.C.  20015

Carolyn Davis
Eastern Market Real Estate
210 9th St., S.E., Suite 100
Washington, D.C.  20003

Eastern Market Real Estate
7942 Wisconsin Ave.
Bethesda, MD  20814-3620

First American Title Insurance Co.
401 E. Pratt St. S.E., Suite 323

Baltimore, MD 21202
Andrew Steed
503 Rhode Island Ave, N.W.
Washington, D.C. 20001

Eric J. Emrey
1964 2nd St., N.W.
Washington, D.C. 20001

Yohannes Woldehanna
1934 3rd St., N.W.
Washington, D.C. 20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place, N.W.
Washington, D.C. 20010

By: _____
    Counsel