# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.    :
           Plaintiff,    :
                      :      No. 06-CV-00603 (G.K.)

         v.               :

NEIL SELDMAN, ET. AL.,       :
           Defendants.  :
_____ :

## MOTION TO ENLARGE TIME TO FILE
## OPPOSITION TO MOTION TO DISMISS

### Good Faith Certificate

       I hereby certify that I was unable to contact counsels for Defendants to seek consent to the filing of this Motion.

## MOTION TO ENLARGE TIME TO FILE
## OPPOSITION TO MOTION TO DISMISS

COMES NOW APPELLANT LE BON BRUCE WALKER ("Walker") *pro se* and respectfully moves this Court for an Order enlarging the time to fourteen days from the date of entry of a decision on the instant Motion or whatever time this Court deems just and proper, within which to file an opposition to Defendants' Diane Stewart's ("Stewart") and Elizabeth Menist's ("Menist") Motion to Dismiss. Walker states the following in support of this Motion.

1. On March 31, 2006, and on May 8, 2006, Plaintiff filed a Verified Complaint and an Amended Verified Complaint respectively, naming *inter alia* Menist and Stewart.

2. On or about May 16, 2006, I received these Defendants' Motion to Dismiss in the mail. Despite a diligent effort to research and prepare a response to the Motion to Dismiss, I find that I am unable to file my opposition within the time specified by the Federal Rules of Civil Procedure.

RECEIVED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. During the past three weeks I have been called out of town twice and I will be out of town on business for two weeks again around May 26, 2006. These events have interfered with my ability to adequately prepare an opposition to the Motion to Dismiss.

4. I would like to respond to Defendants' Motion because there are several factual misrepresentations and no decision was ever reached by the DC Superior Court and DC Court of Appeals on the matters that I have presented in my Verified Complaint and Amended Verified Complaint.

5. Under Rule 6(b) of the Federal Rules of Civil Procedure, this Court can enlarge the time to file an opposition for cause. I believe that I have shown good cause for why an enlargement of time is needed to file my opposition.

WHEREFORE the premises considered, Walker prays that the Court grant the instant Motion and enlarge the time to fourteen (14) days from the date of entry of a decision within which to file an opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002-1528
(202) 491-2940

2

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON THIS __26th__ day of May, 2006, a copy of the foregoing

was mailed first-class, postage pre-paid to the following: David D. Hudgins, 515 King Street, Suite

400, Alexandria, VA 22314.

Le Bon Bruce Walker