# EXHIBIT 1

Doc# 2004140078

Square 3086/Lot 0028

*Return to:*
Stewart Title Group LLC
11 Dupont Circle NW #750
Washington DC 20036

File No: DC-2264-04

# DEED

**THIS DEED,** Made this 1st day of October, 2004, by and between **1934 3rd Street NW**

**LLC, A Virginia Limited Liability Company,** party of the first part; and **Yohannes Woldehanna and**

**Betty Sintayehu, husband and wife,** parties of the second part.

**WITNESSETH,** That in consideration of the sum of Four Hundred Seventy Two Thousand dollars
and Zero cents ($472,000.00), the said party of the first part does grant and convey to the said parties of the
second part, Yohannes Woldehanna and Betty Sintayehu in fee simple as **TENANTS BY THE ENTIRETY,**
all that property situate in the District of Columbia, that is to say:

> Lot numbered Twenty-eight (28) in William J. Lewis' subdivision of lots on Block numbered Eight
> (8) "LeDroit Park", as per plat recorded in the Office of the Surveyor for the District of Columbia in
> Liber County 7 at folio 101.

Note: At the date hereof the above described land is known for assessment and taxation purposes as lot 0028 in
Square 3086.

**TOGETHER** with the buildings thereupon, and the rights, alleys, ways, waters, privileges,

appurtenances and advantages thereto belonging, or in anywise appertaining.

**TO HAVE AND TO HOLD** the said described lot(s) of ground and premises to the

said parties of the second part, Yohannes Woldehanna and Betty Sintayehu in fee simple.

**AND** the said party of the first part hereby covenants that it has not done or suffered to be done

any act, matter or thing whatever, to encumber the property hereby conveyed; that it will warrant specially

the property hereby granted, and it will execute such further assurances as may be requisite.





*WITNESS* the hand and corporate seal of the said body corporate and the signature of its

Managing Member.

**WITNESS:**

1934 3rd Street NW LLC

By _____
Carlos Herrera, Managing Member

_____

By: _____

_____

**District of Columbia**

**I HEREBY CERTIFY,** that on this 1st day of October. 2004 before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Carlos Herrera who acknowledged himself/herself to be the Managing Member of 1934 3rd Street NW LLC, and that as such officer, being authorized so to do, executed the aforegoing instrument for the purposes therein contained, by signing in my presence, the name of the corporation as such officer, and certified that this conveyance is not part of a transaction in which there is a sale, lease, exchange or other transfer of all or substantially all of the property and assets of the said Corporation.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

_____
Notary Public: R. Bradley Runyan

My Commission Expires:  October 14. 2008

Doc# 2004140078
Book:
Pages:    —
Filed & Recorded
    10/07/2004 10:25:12 AM
LARRY TODD
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
  RECORDING       $      20.00
  SURCHARGE       $       6.50
  RECORDATION TAX $   5,192.00
  TRANSFER TAX FE $   5,192.00