**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 06-CA-0603 |
| NEIL SELDMAN, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF YOHANNES WOLDEHANNA

Yohannes Woldehanna hereby deposes and states as follows:

1.   I am more than 18 years of age and am competent to testify, upon personal knowledge, to the facts set forth herein.

2.   I am the record owner of the Property located at 1934 3rd Street, NW, Washington, DC (the "Property").

3.   I purchased the Property on October 1, 2004 for $472,000.00 from 1934 3rd Street, NW, LLC.

4.   A deed conveying the Property from 1934 3rd Street, NW, LLC to me and my wife is attached as Exhibit 1 to the Motion to Dismiss filed on my behalf in this case.

5.   At the time my wife and I purchased the Property from 1934 3rd Street, NW, LLC, we had no knowledge that the prior owner, Selker, LLC, had any claim to title, or that anyone claimed that 1934 3rd Street, NW, LLC was not the true owner of the Property.

DMEAST #9546899 v1



I solemnly affirm under the penalty of perjury that the contents of the forgoing Affidavit are true and correct.

06/14/06
Date

Yohaphes Woldehanna