**EXHIBIT 3**

FEE SIMPLE DEED

THIS DEED, made this 17th day of March, 2004, by and between Selker, LLC f/k/a Seidman Walker, LLC, a District of Columbia Limited Liability Company parties of the first part, and 1934 3rd Street, N.W., LLC., a Virginia Limited Liability Company, party of the second part.

WITNESSETH, that in consideration of $295,000.00, the parties of the first part do hereby grant unto the party of the second part, in fee simple, as all that piece or parcel of land together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

**Lot numbered Twenty Eight (28) in William J. Lewis' subdivision of lots on Block numbered Eight (8) "Le Droit Park", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 7 at folio 101. Note: At the date hereof the above described land is known for assessment and taxation purposes as lot 28 in Square 3086.**

Having an address of:   **1934 3rd Street NW, Washington, D.C. 20001.**

AND the said parties of the first part covenant(s) that he/she/they will warrant specially the property hereby conveyed; and that he/she/they will execute such further assurances of said land as may be requisite.

WITNESS his/hers/their hand and seal the day and year hereinbefore written.

IN PRESENCE OF

　　　　　　　　　　　　　　　　　　Selker, LLC, f/k/a Seidman Walker, LLC

_____    _Neil Seldman_____(SEAL)
　　　　　　　　　　　　　　　　　　Neil Sedman, Managing Partner

_____    _____(SEAL)

State of Maryland
County of Prince George's

I, _Valerie Hobart_____, a Notary Public in and for the said jurisdiction do hereby certify that Neil Sedmand, Managing Partner for Selker, LLC, f/k/a Seidman Walker, LLC, parties to and who is/are personally well known to me as the person(s) who executed The foregoing and annexed Deed bearing date on the 17th day of March, 2004 personally appeared before me in said jurisdiction and acknowledged the same to be his/her/their act and deed.
　Given under my hand and seal, this 17th day of March, 2004.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Notary Public

My Commission Expires:
After recordation return to:　　　　　　　VALERIE E. HOBART
Maximum Title, Inc.　　　　　　　　　　Notary Public
4201 Northview Dr., Suite 105　　　　　　State of Maryland
Bowie, MD 20716　　　　　　　　　　　Prince George's County
Case No: B04-140　　　　　　　　　　　My Commission Expires 2/1/2008

EXHIBIT 3

```
Doc# 2004053022
Book:
Pages:   --
Filed & Recorded
  04/16/2004  02:39:24 PM
LARRY TODD
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
  RECORDING       $      26.00
  SURCHARGE       $       6.50
  RECORDATION TAX $   4,425.00
  TRANSFER TAX 1. $   4,425.00
```