# District of Columbia
# Court of Appeals

No. 05-CV-1049

LEBON BRUCE WALKER,

                Appellant,

                              CAB3882-03

v.

NEIL SELDMAN, ET AL.,

                Appellees.

BEFORE: Washington, Chief Judge; *Schwelb, Farrell, Ruiz, **Reid, *Glickman, Kramer and Fisher, Associate Judges; *Nebeker, Senior Judge.

## ORDER

On consideration of appellant's *pro se* motion for reconsideration of judgment order granting summary affirmance and denying summary reversal, construed as a petition for rehearing or rehearing en banc, it is

ORDERED by the merits division* that the petition for rehearing is denied; and it appearing that no judge of this court has called for a vote on the petition for rehearing en banc, it is

FURTHER ORDERED that the petition for rehearing en banc is denied.

                                          PER CURIAM

**Judge Reid has recused herself from this case.

EXHIBIT 4

2

Copies to:

Honorable Frederick H. Weisberg

Clerk, Superior Court

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC  20002

G. Vann Canada, Jr., Esquire
Miles & Stockbridge, P.C.
11 North Washington Street
Suite 700
Rockville, MD  20850

Craig S. Brodsky, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD  21202

sl