# District of Columbia Court of Appeals

No. 05-CV-1049

LEBON BRUCE WALKER,

                      Appellant,

                      CAB3882-03

v.

NEIL SELDMAN, ET AL.,

                      Appellees.



FILED APR 6 2006 DISTRICT OF COLUMBIA COURT OF APPEALS

**Before:** Schwelb and Glickman, Associate Judges; Nebeker, Senior Judge.

## O R D E R

On consideration of the motion of *pro se* appellant to recall mandate, and the opposition thereto, it is

ORDERED that the motion is denied.

                                            PER CURIAM

Copies to:

Lebon Bruce Walker
203 Seaton Place, N.E.
Washington, DC 20002

G. Vann Canada, Esquire
11 North Washington, St. #700
Miles & Stockbridge
Rockville, MD 20850

Craig S. Brodsky, Esquire
One South St. - 20th Floor
Goodell, Devries, Leech
Baltimore, MD 21202

aj



EXHIBIT 5