**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LE BON BRUCE WALKER | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No. 1:06-cv-00603-GK |
| | * |
| NEIL SELDMAN, et al. | * |
| | * |
| Defendants | * |

**ORDER GRANTING DEFENDANT, NEIL SELDMAN'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of Defendant, Neil Seldman's Motion for Partial Summary Judgment, and any opposition thereto, and for good cause having been shown, it is on this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that Defendant, Neil Seldman's Motion for Partial Summary Judgment be and the same is hereby GRANTED; and it is further

ORDERED, that judgment be and the same is hereby entered in favor of Defendant, Neil Seldman as to any and all claims relating to the property located at 1922 3rd Street, N.W., Washington, D.C. in Plaintiff's Amended Verified Complaint for Wrongful Foreclosure, Illegal Sales of Company Property, Civil Rights Violations, Conspiracy, Theft, Bribery, Embezzlement Under the Rico Act.

_____
Judge Gladys Kessler
United States District Court for the District of
  Columbia

cc:   G. Vann Canada, Jr.
James A. Sullivan, Jr.
Miles & Stockbridge P.C.
11 N. Washington Street, #700
Rockville, Maryland 20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, Virginia 22314

F. Joseph Nealon
Kirsten E. Keating
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, D.C. 20005

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Le Bon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20003

Institute for Local Self-Reliance
1315 5th Street, SE
Minneapolis, MN 55414

W.C. & A.N. Miller
Development Co.
Realtor Brokers
4701 Sangamore Road
Bethesda, Maryland 20816

City Title & Escrow Co., Inc.
4400 Jenifer Street, N.W.
Suite 350
Washington, D.C. 20015

Carol McIntyre
1922 3rd Street, NW, #9
Washington, D.C. 20001

Carolyn Davis
Eastern Market Real Estate
210 9th Street, S.E., Suite 100
Washington, D.C. 20003

Eastern Market Real Estate
7942 Wisconsin Avenue
Bethesda, Maryland 20814

First American Title Insurance Co.
401 E. Pratt Street, SE, Suite 232
Baltimore, Maryland 21202

Andrew Steed
503 Rhode Island Ave., N.W.
Washington, D.C. 20001

Eric Jemrey
1964 2nd Street, N.W.
Washington, D.C. 20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place, NW
Washington, D.C. 20010