**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LE BON BRUCE WALKER, et al. | * |
|     Plaintiffs | * |
| v. | *   Case No.: 06-CV-00603 |
| NEIL SELDMAN, et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ANSWER OF ANDREW STEED**

Defendant Andrew Steed by Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Stephen A. Oberg, his attorneys, in response to the Amended Verified Complaint filed against him in the above entitled action, states as follows:

**Preliminary Matters**

1. This Court lacks jurisdiction over the subject matter of this action.

2. This Court lacks jurisdiction over the person of the Defendant.

3. This action fails to state a claim upon which relief may be granted.

**Specific Responses**

4. The allegations of paragraph 12 are admitted to the extent that Defendant Andrew Steed is the owner and purchaser of real property located to 503 Rhode Island Avenue, NW, Washington DC 20001. The remaining allegations within paragraph 12, including the real property belonging to Selker, LLC are denied.

5. The allegations of paragraphs 31 of the Complaint are denied.

6. The allegations in paragraph 50, 53, 59 and 62 are denied to the extent that the paragraphs refer to Defendant Andrew Steed. Defendant Andrew Steed is without sufficient knowledge to admit or deny the remaining allegations in paragraph 50, 53, 59 and 62.

7. Defendant Andrew Steed is without sufficient knowledge to admit or deny the allegations in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 30, 32, 33, 34, 37, 38, 39, 40, 43, 44, 45, 47, 48, 49, 52, 54, 55, 58, 61, 63, 65, 66 and 67. To the extent that a response is required, Defendant Andrew Steed denies the same and demands strict proof thereof.

8. The allegations in paragraphs 27, 29, 41, 42 and 51 contain a legal conclusion to which a response is not appropriate. To the extent that a response is required, Defendant Andrew Steed denies the same and demands strict proof thereof.

9. Paragraphs 25, 35, 36, 46, 56, 57, 60 and 64 contain a statement to which a response is not appropriate. To the extent that a response is required, Defendant Andrew Steed denies the same and demands strict proof thereof.

**Affirmative Defenses**

10. Plaintiffs claims are barred by the Plaintiffs own contributory negligence.

11. The Plaintiffs assumed the risk of their injuries.

12. The Plaintiffs claims are barred by the applicable statute of limitations.

13. The Plaintiffs claims are barred by the doctrine of laches.

14. The Plaintiffs claims are barred by the doctrine of res judicata.

15. The Plaintiffs claims are barred by collateral estoppel.

16. Plaintiffs fail to suggest any evidence which could support a claim that Defendant Andrew Steed acted inappropriate or unlawfully with respect to his purchase of the subject property of this action, 503 Rhode Island Avenue, NW, Washington DC 20001.

WHEREFORE, Defendant Andrew Steed requests that this Court dismiss the Complaint, enter a judgment against the Plaintiffs for costs, and provide any further relief as this Court may deem appropriate.

Date: June 21, 2006

COUNCIL, BARADEL,
KOSMERL & NOLAN, P.A.

By:  /s/ Stephen A. Oberg
Michael N. Russo, Jr. (Bar No.: 07322)
Stephen A. Oberg (Bar No.: 475925)
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289

Annapolis: (410) 268-6600
Baltimore: (410) 269-6190
Washington: (301) 261-2247

*Attorneys for Defendant, Andrew Steed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2006, a copy of the foregoing document was mailed, first class postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20003

James Sullivan, Jr., Esquire
Vann Canada, Esquire
Miles & Stockbridge
11 N. Washington St., #700
Rockville, MD  20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Washington, DC 22314

Kirsten E. Keating, Esquire
Ballard, Spahr, Andres & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, DC 20005

                                              */s/ Stephen A. Oberg*
                                              Stephen A. Oberg