IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL. :
          Plaintiffs, :
          : No. 06-CV-00603 (G.K.)
v. :
          :
NEIL SELDMAN, ET. AL., :
          Defendants. :
_____:

**RECEIVED**
**JUN 2 6 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SECOND MOTION TO ENLARGE TIME TO FILE
OPPOSITION TO MOTION TO DISMISS**

**Rule LCvR 7(m) Statement**

I hereby certify that I attempted to contact counsel for Neil Seldman and I contacted counsel for Elizabeth Menist and Diane Stewart to seek their consents to the filing of this Motion. Counsel for Neil Seldman was out of town and counsel for Elizabeth Menist and Diane Stewart originally consented to a fourteen day enlargement but then withdrew his consent stating that he realized that my response was due on June 26, 2006.

**SECOND MOTION TO ENLARGE TIME TO FILE
OPPOSITION TO MOTION TO DISMISS**

COMES NOW PLAINTIFF LE BON BRUCE WALKER ("Walker") *pro se* and SELKER, LLC and respectfully move this Court for an Order enlarging the time to thirty (30) days from the date of entry of a decision on the instant Motion or whatever time this Court deems just and proper, within which to file oppositions to Defendants' Diane Stewart's ("Stewart") and Elizabeth Menist's ("Menist") Motion to Dismiss and to Defendant Neil Seldman's ("Seldman") Motion for Partial Summary Judgment. Walker states the following in support of this Motion.

1. On March 31, 2006, May 8, 2006, and on June 26, 2006, Plaintiff filed a Verified

Complaint, an Amended Verified Complaint and a Second Amended Complaint respectively, naming *inter alia* Menist Stewart and Seldman as Defendants. The Second Amended Complaint was filed for the purpose of naming John E. Scheuremann as a party-Defendant. Walker notes that he reserved the right to add additional parties to this Action. (See Caption of Amended Complaint).

2. On or about May 26, 2006, this Court entered an Order graciously extending the time within to file a response to Menist's and Stewart's Motion to Dismiss in light of Plaintiff's *pro se* status to June 26, 2006.

3. Walker seeks a second enlargement of time in light of the fact that on June 20, 2006, Seldman filed a Motion for Partial Summary Judgment and Plaintiff received a copy of said Motion on June 23, 2006. The Motion filed by Seldman addresses issues pertaining to the 1922 3rd Street property, which is the same property wherein Menist and Stewart were appointed as Substitute Trustees to a Deed of Trust executed by Walker and Seldman and secured by the subject real property.

4. Since the allegations in the verified Complaint, Amended Verified Complaint and the Second Amended Verified Complaint involve issues surrounding Menist's, Stewart's, Scheuremann's and Seldman's actions with respect to same property, Plaintiff believes that it would be in the interest of judicial economy that he file a single opposition to both Motions to Dismiss or for Summary Judgment and that the time should run pursuant to the filing date for Seldman's Motion in the interest of fairness to the parties. In addition, Walker maintains that he is a *pro se* litigant and that he is not a lawyer and hence, it would place him in a difficult position to generate two different oppositions involving the same parties within a short period of time, when he could combine his response to the parties' arguments in a single pleading if he is granted an enlargement.

5.  Walker would like the opportunity to respond to Defendants' Motions because there are several factual misrepresentations and no decision was ever reached by the DC Superior Court and DC Court of Appeals on the matters that have been presented in his Verified Complaint and Amended Verified Complaint, and Second Amended Verified Complaint.

6. Under Rule 6(b) of the Federal Rules of Civil Procedure, this Court can enlarge the time to file an opposition for cause.  Walker believes that he has shown good cause for why an enlargement of time is needed to file his oppositions to Seldman's, Menist's and Stewart's Motion to Dismiss and for Partial Summary Judgment.

WHEREFORE the premises considered, Walker prays that the Court grant the instant Motion and enlarge the time to thirty (30) days from the date of entry of a decision on this pleading within which to file an opposition to Defendants' Motion to Dismiss and Motion for Partial Summary Judgment.  Should the Court deny the instant Motion, Walker would pray that he be given 5 days within which to file his response to Menist's and Stewart's Motion to Dismiss.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002-1528
(202) 491-2940

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON THIS __26th__ day of June, 2006, a copy of the foregoing was mailed first-class, postage pre-paid to the following:

/s/<br>
Le Bon Bruce Walker

NEIL SELDMAN
3362 Tennyson Lane NW
Washington, DC 20794

and

Institute For Local Self-Reliance
1315 5th Street SE
Minneapolis, MN 55414

and

Dianne Stewart
700 E Street SE
Washington, DC    20003

and

Elizabeth Menist
700 E Street SE
Washington, DC    20003

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

and

W.C. & A. N. MILLER

Development Company
Realtor Brokers,
4701 Sangamore RD
Bethesda, MD 20816

and

City Title & Escrow Co., Inc.
4400 Jenifer Street NW
Suite 350
Washington, DC 20015

and

Carolyn Davis
Eastern Market Real Estate
210 9TH Street SE, Suite 100
Washington, DC 20003

Eastern Market Real Estate
7942 Wisconsin Ave
Bethesda, MD 20814-3620

and

First American Title Insurance Co.
401 E. Pratt, Ste #323
Baltimore, MD 21202

and

Andrew Steed
503 Rhode Island Ave. NW
Washington, DC 20001

and

Yohannes Woldehanna
1934 3rd Street NW
Washington, DC 20001

and

Jonas J.. Monast
Urban Communities, LLC
1350 Meridian Pl NW
Washington, DC 20010

and

Eric J. Emrey
1964 2nd Street NW
Washington, DC 20001

_____/s/_____
LeBon Bruce Walker