UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LE BON BRUCE WALKER, et al.,          :
                                      :
        Plaintiffs,                   :
                                      :
              v.                      :   Civil Action
                                      :   No. 06-603 (GK)
NEIL SELDMAN, et al.,                 :
                                      :
        Defendants.                   :
_____:

### ORDER

This matter is before the Court upon Defendant Woldehanna's Motion to Dismiss or, in the Alternative, for Summary Judgment, [#10], and Defendant Seldman's Motion for Partial Summary Judgment, [#12]. Plaintiffs, Le Bon Bruce Walker and Selker, LLC are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED,** that Plaintiffs respond to each of the above-mentioned Motions no later than **July 28, 2006.** If Plaintiffs do not respond, the Court will treat the Motions as granted.

          /s/
Gladys Kessler
U.S. District Judge

June 28, 2006

**Copies to**: attorneys of record via ECF, and

**LE BON BRUCE WALKER**
**203 Seaton Place, NE**
**Washington, DC 20003**