IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBON BRUCE WALKER )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NEIL SELDMAN, ET AL., )<br>)<br>  Defendants ) | Case No.: 1:06CV00603 |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO DISMISS**

Defendants John Scheuermann, Dianne Stewart and Elizabeth Menist, by counsel, file their Memorandum of Points and Authorities in support of their Motion to Dismiss, and state as follows:

Plaintiff LeBon Bruce Walker ("Walker") filed a Second Amended Verified Complaint on or about June 23, 2006, adding attorney John Scheuermann as a defendant. Defendants object to the filing of this amended pleading to the extent that Walker did not obtain leave of court to file this pleading. Scheuermann is identified in the second amended pleading as defendant Seldman's former counsel, along with defendants Stewart and Menist (Second Amended Verified Complaint, ¶ 7).

Stewart and Menist moved to dismiss Walker's Amended Verified Complaint on May 10, 2006. Walker has sought and obtained two extensions to respond to this Motion to Dismiss, and his Opposition is currently due on or before July 20, 2006. The allegations against Stewart and Menist in the Second Amended Verified remain identical to the Amended Verified Complaint and the original Complaint. The added defendant, Scheuermann, is alleged to have directed Stewart and Menist to initiate foreclosure

proceedings against Walker, and to have improperly listed the property as an apartment building rather than a single family residence (Second Amended Verified Complaint, ¶¶ 27, 29).

The counts in the second amended pleading remain identical, except to add Scheuermann as a "co-conspirator" (Second Amended Verified Complaint, ¶¶ 43, 59). Scheuermann, Stewart and Menist adopt and incorporate the Motion to Dismiss and Memorandum of Points and Authorities in support of Stewart and Menist's Motion to Dismiss filed in response to the Verified Complaint, and the Motion to Dismiss and Memorandum of Points and Authorities in support of Stewart and Menist's Motion to Dismiss the Amended Verified Complaint as if fully set forth herein.

WHEREFORE, the Motion to Dismiss of defendants John Scheuermann, Dianne Stewart and Elizabeth Menist should be granted, and the Second Amended Verified Complaint dismissed with prejudice, with an award to defendants for their costs, including reasonable attorneys' fees.

DIANNE STEWART and ELIZABETH MENIST

By: _____
Counsel

David D. Hudgins, D.C. Bar No. 362451
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300

2

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true copy of the foregoing Memorandum was sent via electronic filing this 5th day of July, 2006 to:


LeBon Bruce Walker
203 Seaton Place, NE
Washington, D.C.  20002

Selker, LLC
3001 Georgia Ave., N.W.
Washington, D.C.  20001

James Sullivan
Miles & Stockbridge
11 N. Washington St., Suite 700
Rockville, MD  20850

Institute for Local Self-Reliance
1315 5th St., S.E.
Minneapolis, MN  55414

Carole McIntyre
1922 3rd St. NW #9
Washington, D.C.  20001

W.C. & A.N. Miller Development Co. Realtor Brokers
4701 Sangamore Rd.
Bethesda, MD  20816

City Title & Escrow Co., Inc.
4400 Jenifer St., N.W., Suite 350
Washington, D.C.  20015

Carolyn Davis
Eastern Market Real Estate
210 9th St., S.E., Suite 100
Washington, D.C.  20003

Eastern Market Real Estate
7942 Wisconsin Ave.
Bethesda, MD  20814-3620

First American Title Insurance Co.
401 E. Pratt St. S.E., Suite 323
Baltimore, MD  21202
Andrew Steed
503 Rhode Island Ave, N.W.
Washington, D.C.  20001

Eric J. Emrey
1964 2nd St., N.W.
Washington, D.C.  20001

Yohannes Woldehanna
1934 3rd St., N.W.
Washington, D.C.  20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place, N.W.
Washington, D.C.  20010

By: _____
Counsel