IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| LE BON BRUCE WALKER, et al. | * |
| Plaintiffs, | * |
| v. | *   Case No. 1:06-cv-00603-GK |
| NEIL SELDMAN, et al. | * |
| Defendants. | * |

# DEFENDANT INSTITUTE FOR LOCAL SELF-RELIANCE'S ANSWER

Defendant Institute for Local Self-Reliance, through counsel, states the following in Answer to Plaintiffs' Complaint:

## FIRST DEFENSE

In response to the enumerated paragraphs, this Defendant answers as follows:

1. This Defendant is without sufficient information to admit or deny this allegation.

2. This Defendant is without sufficient information to admit or deny this allegation.

3. This Defendant is without sufficient information to admit or deny this allegation.

4. It is admitted that this Defendant is a non-profit organization, concerned with environmental and economic development issues, that it receives public and private funds and that it has offices in Minneapolis and the District of Columbia. All other allegations are denied.

5. This Defendant is without sufficient information to admit or deny this allegation.

6. This Defendant is without sufficient information to admit or deny this allegation.

7. This Defendant is without sufficient information to admit or deny this allegation.

8. This Defendant is without sufficient information to admit or deny this allegation.

9. This Defendant is without sufficient information to admit or deny this allegation.

10. This Defendant is without sufficient information to admit or deny this allegation.

11. This Defendant is without sufficient information to admit or deny this allegation.

12. This Defendant is without sufficient information to admit or deny this allegation.

13. This Defendant is without sufficient information to admit or deny this allegation.

14. This Defendant is without sufficient information to admit or deny this allegation.

15. This Defendant is without sufficient information to admit or deny this allegation.

16. This Defendant is without sufficient information to admit or deny this allegation.

17. This Defendant is without sufficient information to admit or deny this allegation.

18. This Defendant is without sufficient information to admit or deny this allegation.

19. This Defendant is without sufficient information to admit or deny this allegation.

20. This Defendant is without sufficient information to admit or deny this allegation.

21. This Defendant is without sufficient information to admit or deny this allegation.

22. This Defendant is without sufficient information to admit or deny this allegation.

23. Denied.

24. This Defendant is without sufficient information to admit or deny this allegation.

25. This Defendant is without sufficient information to admit or deny this allegation.

26. This Defendant is without sufficient information to admit or deny this allegation.

27. This Defendant is without sufficient information to admit or deny this allegation.

28. This Defendant is without sufficient information to admit or deny this allegation.

29. This Defendant is without sufficient information to admit or deny this allegation.

30. This Defendant is without sufficient information to admit or deny this allegation.

31. This Defendant is without sufficient information to admit or deny this allegation.

32. This Defendant is without sufficient information to admit or deny this allegation.

33. This Defendant is without sufficient information to admit or deny this allegation.

34. This Defendant is without sufficient information to admit or deny this allegation.

35. This allegation does not require a response.

36. Paragraphs 1- 35 are incorporated by reference.

37. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

38. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

39. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

40. Denied.

41. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

42. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

43. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

44. Denied.

45. Denied.

46. Paragraphs 1 – 45 are incorporated by reference.

47. Denied.

48. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

49. Denied.

50. Denied.

51. Paragraphs 1 – 50 are incorporated by reference.

52. Denied.

53. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

54. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

55. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

56. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

57. Paragraphs 1 – 56 are incorporated by reference.

58. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

59. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

60. Paragraphs 1 – 59 are incorporated by reference.

61. Denied.

62. Denied.

63. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

64. Paragraphs 1 – 63 are incorporated by reference.

65. Denied.

66. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

67. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

### SECOND DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

### THIRD DEFENSE

The Complaint is barred by the doctrine of Collateral Estoppel.

### FOURTH DEFENSE

Upon information and belief, the Complaint is barred by the statute of limitations.

### FIFTH DEFENSE

Complaint is barred by the doctrines of laches, unclean hands, and equitable estoppel.

**WHEREFORE,** it is requested that this matter be dismissed with prejudice, that defendant be awarded her costs and attorney's fees, and that this Court order such other and further relief as may be deemed just and proper.

Respectfully submitted,

**EISEN & ROME, P.C.**

_____
**Eric M. Rome**, #367241
One Thomas Circle, NW, #850
Washington, DC 20005
(202) 659-2822 x 4
**Attorney for Defendant Institute for Local Self-Reliance**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2006 a true copy of the foregoing was filed electronically and mailed, first-class postage prepaid to:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC  20003

Diane Stewart
700 E Street SE
Washington, DC  20003

Elizabeth Menist
700 E Street SE
Washington, DC  20003

Carole McIntyre
1922 3rd Street NW, # 9
Washington, DC  20001

W.C. & A.N. Miller
Development Company
Realtor Brokers
4701 Sangamore Rd.
Bethesda, MD  20816

City Title & Escrow Co., Inc.
4400 Jenifer Street NW, Suite 350

7

Washington, DC 20015

Carolyn Davis
Eastern Market Real Estate
210 9th Street SE, Suite 100
Washington, DC 20003

Eastern Market Real Estate
7942 Wisconsin Ave
Bethesda, MD 20814-3620

First American Title Insurance Co.
401 E. Pratt Street, Suite 323
Baltimore, MD 21202

Andrew Steed
503 Rhode Island Avenue NW
Washington, DC 20001

Eric J. Emery
1964 2nd Street NW
Washington, DC 20001

Yohannes Woldehanna
1934 3rd Street NW
Washington, DC 20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place NW
Washington, DC 20010

**Eric M. Rome**