IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LE BON BRUCE WALKER,** | ) CASE NO. 1:06-cv-00603-GK |
| Plaintiff, | ) |
| v. | ) |
| **NEIL SELDMAN,** *et al.*, | ) |
| | ) **NOTICE OF APPEARANCE** |
| | ) **PURSUANT TO LCvR 83.6(a)** |
| Defendants. | ) |

COMES NOW the Defendant, Institute for Local Self-Reliance, pursuant to LCvR 83.6(a), and notes the appearance of its counsel Albert A. Foster, Jr. and Peter K. Tompa of Dillingham & Murphy, LLP. Please forward all filings and correspondence to the undersigned at the address listed below.

Respectfully submitted,
/s/ Albert A. Foster, Jr.
Albert A. Foster, Jr., Esquire
Bar Number 464009
aaf@dillinghammurphy.com
Peter K. Tompa, Esquire
Bar Number 413752
pkt@dillinghammurphy.com
Dillingham & Murphy, LLP
1155 Connecticut Avenue N.W.
Suite 1120
Washington, D.C. 20036
Telephone: (202) 835-9880
Facsimile: (202) 835-9885
Lead Counsel for Institute for Self-Reliance

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Albert A. Foster
Albert Foster

T:\Data\Monitor Liability\The Institute for Self Reliance\Pleadings\7.10.06 Entry of Appearance.doc