IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.
    Plaintiffs,

v.

NEIL SELDMAN, ET. AL.,
    Defendants.

No. 06-CV-00603 (G.K.)

## MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT

### Rule LCvR 7(m) Statement

I hereby certify that I attempted to contact counsel for Defendant, Neil Seldman and I contacted counsel for Defendants, Elizabeth Menist ("Menist") and Diane Stewart ("Stewart") and counsel for Defendant Yohannes Woldehanna ("Woldehanna") to seek their consents to the filing of this Motion. Counsel for Neil Seldman ("Seldman") was out of town and counsel for Elizabeth Menist, Diane Stewart and Yohannes Woldehanna withheld their consents pending review of the second Amended Complaint.

### Motion for Leave to File Plaintiffs' Second Amended Complaint

COMES NOW PLAINTIFF LE BON BRUCE WALKER ("Walker") *pro se* and SELKER, LLC and respectfully move this Court for an Order lodging as filed the attached second Amended Complaint. Walker states the following as grounds:

1. On March 31, 2006 and May 8, 2006, Plaintiffs filed a Verified Complaint and an Amended Verified Complaint alleging wrongful foreclosure, illegal sales of company property, civil rights violations, conspiracy, bribery and embezzlement under the RICO ACT.

**RECEIVED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. Walker now seeks to file a second Amended Complaint for the purposes of naming as a party-Defendant John E. Scheuremann, Esquire and Pleading the same factual allegations outlined in the Verified Complaint and Amended Verified Complaint against Defendants Menist and Stewart. Mr. Scheuremann's name was inadvertently left out as Defendant. Walker notes here that he reserved the right to add Mr. Scheuremann as a defendant to this action in his Verified Complaint (See, Caption of Verified Complaint and Amended Verified Complaint at p.3 "All Unknown Title Companies, Real Estate Agents/Brokers, & Third Party Purchasers").

3. The Addition of Mr. Scheuremann as a party-Defendant to this action poses no prejudice to the other Defendants, however, Walker would be harmed if he could not prosecute his case by not having all of the known Defendants whose alleged wrongdoing has severely aggrieved him.

4. Pursuant to LcvR 7(l) and 15.1 Plaintiffs may file a second Amended Complaint for cause. Walker contends that he has shown good cause for why the relief sought in this Motion should be granted.

WHEREFORE the premises considered, Walker prays that this Court grant the instant Motion for leave to Amend and lodge as filed the attached second Amended Complaint.

Respectfully submitted,

Le Bon Bruce Walker
203 Sexton Place, NE
Washington, DC 20002-1528
(202) 491-2940

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON THIS __6th__ day of July, 2006, a copy of the foregoing was mailed first-class, postage pre-paid to the following:

NEIL SELDMAN
3362 Tennyson Lane NW
Washington, DC 20794

Institute For Local Self-Reliance
1315 5th Street SE
Minneapolis, MN 55414

Dianne Stewart
700 E Street SE
Washington, DC 20003

Elizabeth Menist
700 E Street SE
Washington, DC 20003

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

W.C. & A. N. MILLER
Development Company
Realtor Brokers,
4701 Sangamore RD
Bethesda, MD 20816

City Title & Escrow Co., Inc.
4400 Jenifer Street NW Ste 350
Washington, DC 20015

Carolyn Davis
Eastern Market Real Estate
210 9TH Street SE, Suite 100
Washington, DC 20003

Eastern Market Real Estate
7942 Wisconsin Ave
Bethesda, MD 20814-3620

First American Title Insurance Co.
401 E. Pratt, Ste #323
Baltimore, MD 21202

Andrew Steed
503 Rhode Island Ave. NW
Washington, DC 20001

Yohannes Woldehanna
1934 3rd Street NW
Washington, DC 20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl NW
Washington, DC 20010

Eric J. Emrey
1964 2nd Street NW
Washington, DC 20001

Le Bon Bruce Walker

3