IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, et al.          *

        Plaintiffs                         *

v.                                   *     Case No.: 06-CA-0603

NEIL SELDMAN, et al.                 *

        Defendants                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT YOHANNES WOLDEHANNA'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant, Yohannes Woldehanna ("Mr. Woldehanna"), by his attorneys, hereby opposes the Motion for Leave to File Second Amended Complaint filed by Plaintiffs (Le Bon Bruce Walker ("Walker") and Selker, LLC ("Selker") (collectively "Plaintiffs") and states as follows:

1. Plaintiffs seek to amend their Complaint to add an additional Defendant, John E. Scheuremann.

2. Courts may deny a motion to amend a complaint when the amendment would be futile because the claim cannot survive a motion to dismiss. James Madison Limited v. Ludwig, 82 F.3d 1085, 1099 (D.C. Cir. 1996), cert. denied, 519 U.S. 1077 (1997).

3. As shown in Mr. Woldehanna's Motion to Dismiss or, in the Alternative, for Summary Judgment, filed on or about June 16, 2006, Plaintiffs' Complaint is subject to dismissal because Plaintiff lacks standing to bring this action, and because Walker cannot represent Selker, LLC, a limited liability company which can only appear by

counsel. See Woldehanna's Motion to Dismiss, or in the Alternative for Summary Judgment, filed June 16, 2006, incorporated by reference herein.

4.  There is nothing in the proposed Second Amended Complaint that cures these defects. As Plaintiffs' amendment would be futile, the motion to amend should be denied. James Madison, supra, 82 F.3d at 1099.

WHEREFORE, for the reasons stated herein, Defendant Yohannes Woldehanna respectfully requests that the Court deny Plaintiffs' Motion to File Second Amended Complaint, and grant such other and further relief as may be appropriate.

Respectfully submitted,

/s/
F. Joseph Nealon (#218966)
Kirsten E. Keating (#453500)
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, D.C. 20005
202-661-2200

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Date:  July 12, 2006        Counsel for Defendant Yohannes Woldehanna

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2006 a copy of Defendant Yohannes Woldehanna's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint was served via first class mail, postage pre-paid to:

Le Bon Bruce Walker, *pro se*
203 Seaton Place NE
Washington, DC 20003

Selker, LLC
3001 Georgia Avenue, NW
Washington, DC 20001

James Andrew Sullivan, Jr., Esquire
Miles & Stockbridge, PC
11 North Washington Street
Suite 700
Rockville, Maryland 20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC 22314

Eric M. Rome, Esquire
Eisen & Rome, PC
One Thomas Circle NW #850
Washington, DC 20005

Albert A. Foster, Jr., Esquire
Dillingham & Murphy LLP
1155 Connecticut Avenue NW
Suite 1120
Washington DC 20036

Carol McIntyre
1922 3rd Street, NW #9
Washington, DC 20001

W.C. & A.N. Miller
Development Company
Realtor Brokers
4701 Sangamore Road
Bethesda, Maryland  20816

City Title & Escrow Co., Inc.
4400 Jenifer Street NW
Suite 350
Washington, DC  20015

Carolyn Davis
Eastern Market Real Estate
210 9th Street SE, Suite 100
Washington, DC  20003

Eastern Market Real Estate
7942 Wisconsin Avenue
Bethesda, MD  20814

First American Title Insurance Co.
401 E. Pratt Street, SE, Suite 323
Baltimore, Maryland  21202

Michael N. Russo, Jr.
Baradel, Kosmerl & Noland, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland  21404-2289

Eric J. Emrey
1964 2nd Street, N.W.
Washington, DC  20001

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl, NW
Washington DC  20010

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Kirsten E. Keating