# UNITED STATES DISTRICT COURT
## District of Columbia

### SUMMONS IN A CIVIL CASE

LE BON BRUCE WALKER
   Plaintiff,

vs.

NEIL SELDMAN, ET AL
   Defendants.

Civil Action No.: 06-CA- _603_

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

_21_

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 05/_21_/06 |
| NAME OF SERVER (PRINT) ROGER BENTON | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _1964 3rd ST. N.W WASHINGTON DC_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _YOHANNES WOLDEHANNA_

☐ Returned unexecuted: _____

☐ Other (specify): _ON SUNDAY MAY 21TH AT @ 6:30 PM THE SUMMONS FOR THIS CASE WAS SERVERED TO a BLACK WOMAN with a SLEND BUILT BROWN SKIN @ 95-105 LBS IN WIEGHT, BLACK HAIR @ 40 TO 50 YEARS OLD_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _07/11/06_
   Date

Signature of Server

Address of Server: _838 Delafield PL NW Washington DC 20011_

**RECEIVED**
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF COLUMBIA
WASHINGTON, DC

## AFFIDAVIT

HAVING FIRST BEEN DULY SWORN/AFFIRMED, Roger Lee Belton the undersigned affiant, does hereby depose and say as follows: that the contents herein is true to the best of my information knowledge and belief.

FURTHER AFFIANT SAYETH NOT
Witness my hand under the penalties of perjury this ___11th___ day of ___July___, 2006.

_____
Special Process Server

## NOTARY'S STATEMENT

On this day personally appeared __Roger Lee Belton__, who, having first been sworn, acknowledged the foregoing before me.

_____
NOTARY PUBLIC

My commission expires ___December 14, 2010___