# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

LE BON BRUCE WALKER :
      Plaintiff, : Civil Action No.: 06-CA-
       :
vs. :
       :
NEIL SELDMAN, ET AL :
      Defendants. :

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 05/28/06 |
|---|---|
| NAME OF SERVER (PRINT) ROGER BELTON | TITLE |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: **503 RHODE ISLAND AVE**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **ANDREW STEED**

[ ] Returned unexecuted: _____

[✓] Other (specify): **ANDREW STEED A MAN OF ABOUT 35-45 YEARS OLD, WORE GLASSES, SMALL BUILT, BLACK HAIR, WAS SERVER AT @ 1:17 PM ON SUNDAY MAY 28 2006 AT 503 RHODE ISLAND AVE N.W. WASHINGTON DC.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07/11/06
    Date

Signature of Server

Address of Server: 838 Delafield Pl NW, Washington DC 20011

**RECEIVED JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

DISTRICT OF COLUMBIA
WASHINGTON, DC

## AFFIDAVIT

HAVING FIRST BEEN DULY SWORN/AFFIRMED, Roger Lee Belton the undersigned affiant, does hereby depose and say as follows: that the contents herein is true to the best of my information knowledge and belief.

FURTHER AFFIANT SAYETH NOT

Witness my hand under the penalties of perjury this __11th__ day of __July__, 2006.

_____
Special Process Server

## NOTARY'S STATEMENT

On this day personally appeared __Roger Lee Belton__, who, having first been sworn, acknowledged the foregoing before me.

_____
NOTARY PUBLIC

My commission expires __December 14, 2010__