AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**SUMMONS IN A CIVIL CASE**

LE BON BRUCE WALKER
        Plaintiff,

vs.

NEIL SELDMAN, ET AL
        Defendants.

Civil Action No.: 06-CA-

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 06/06/06 |
| NAME OF SERVER (PRINT) ROGER BELTON | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 15TH ST N.W. ON THE 4TH FLOOR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: INSTITUTE FOR LOCAL Self-Reliance

☐ Returned unexecuted:

↑ ☐ Other (specify): ON JUNE 6TH 2006 AT @2:36pm, I SERVED A LADY IN THE
Above office. SHE WAS SHORT BUILT DARK HAIR AROUND 40 YRS IN AGE, WT. MAYBE 90-110 lbs. LIGHT BASSEY VOICE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07/11/06
    Date

Signature of Server: Roger L. Belton

838 Delafield Pl N/W
WASHINGTON DC 20011
*Address of Server*

**RECEIVED**
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISTRICT OF COLUMBIA**
**WASHINGTON, DC**

### AFFIDAVIT

HAVING FIRST BEEN DULY SWORN/AFFIRMED, Roger Lee Belton the undersigned affiant, does hereby depose and say as follows: that the contents herein is true to the best of my information knowledge and belief.

FURTHER AFFIANT SAYETH NOT
Witness my hand under the penalties of perjury this 11th day of July, 2006.

_____
Special Process Server

### NOTARY'S STATEMENT

On this day personally appeared Roger Lee Belton, who, having first been sworn, acknowledged the foregoing before me.

_____
NOTARY PUBLIC

My commission expires December 14, 2010