# UNITED STATES DISTRICT COURT
## District of Columbia

### SUMMONS IN A CIVIL CASE

LE BON BRUCE WALKER
    Plaintiff,

vs.

NEIL SELDMAN, ET AL
    Defendants.

Civil Action No.: 06-CA-603

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 06/19/06  06/19/06 |
|---|---|
| NAME OF SERVER (PRINT) Roger Belton | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 3001 Geogia Ave NW. Wash DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Selker, LLC.

☐ Returned unexecuted: _____

☑ Other (specify): THE Summons was served to a man @ 50-60 yrs of age, bald on top with dark hair on the side, Ht. @ 4.5 to 5ft. Wt. @ 140-160.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07/11/06
    Date

Signature of Server: Roger L. Belton

838 DelaField Pl
Washington DC 20011
Address of Server

RECEIVED
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF COLUMBIA
WASHINGTON, DC

## AFFIDAVIT

HAVING FIRST BEEN DULY SWORN/AFFIRMED, Roger Lee Belton the undersigned affiant, does hereby depose and say as follows: that the contents herein is true to the best of my information knowledge and belief.

FURTHER AFFIANT SAYETH NOT

Witness my hand under the penalties of perjury this __11th__ day of __July__, 2006.

_____
Special Process Server

## NOTARY'S STATEMENT

On this day personally appeared __Roger Lee Belton__, who, having first been sworn, acknowledged the foregoing before me.

_____
NOTARY PUBLIC

My commission expires __December 14, 2010__