# UNITED STATES DISTRICT COURT
## District of Columbia

### SUMMONS IN A CIVIL CASE

LE BON BRUCE WALKER
        Plaintiff,

    vs.

NEIL SELDMAN, ET AL
        Defendants.

Civil Action No.: 06-CA-603 GK

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 07/11/06 |
|---|---|
| NAME OF SERVER (PRINT) ROGER BELTON | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 4701 SANGAMORE RD. BETHESDA MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: W.C. & A.N. Miller Development Co.

☐ Returned unexecuted:

☑ Other (specify): THE PERSON SERVED WAS YOUNG, @ 20-30 YEARS IN AGE, HT. @ 5ft, WT. @ 100-120, SHE WAS AT THE FRONT DESK WEARING PINK TOP AND DARK PANTS, HER HAIR WAS BROWN.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07/11/06
Date

Signature of Server

Address of Server: 838 Delafield Pl. N.N. Washington DC. 20011

RECEIVED
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF COLUMBIA
WASHINGTON, DC

## AFFIDAVIT

HAVING FIRST BEEN DULY SWORN/AFFIRMED, Roger Lee Belton the undersigned affiant, does hereby depose and say as follows: that the contents herein is true to the best of my information knowledge and belief.

FURTHER AFFIANT SAYETH NOT
Witness my hand under the penalties of perjury this 11th day of July, 2006.

_____
Special Process Server

## NOTARY'S STATEMENT

On this day personally appeared Roger Lee Belton, who, having first been sworn, acknowledged the foregoing before me.

_____
NOTARY PUBLIC

My commission expires December 14, 2010

# UNITED STATES DISTRICT COURT
## District of Columbia

SUMMONS IN A CIVIL CASE

LE BON BRUCE WALKER :
      Plaintiff, :    Civil Action No.: 06-CA-
:
vs. :
:
NEIL SELDMAN, ET AL :
      Defendants. :

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

| Service of the Summons and complaint was made by me | DATE 07/11/06 |
|---|---|
| NAME OF SERVER (PRINT) Roger Belton | TITLE |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 4400 Jenifer St NW. Washington DC.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: City Title & Escrow Co. Inc

[ ] Returned unexecuted: _____

[✓] Other (specify): A copy of the summons was left at the front desk with a woman white hair @ 60-70 years in age, @ 5'5 in ht. wearing pink top with black pants.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07/11/06
    Date

Signature of Server: Rog L. Belt

Address of Server: @38 Delafield Pl NW. Washington DC. 20011

RECEIVED
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF COLUMBIA
WASHINGTON, DC

## AFFIDAVIT

HAVING FIRST BEEN DULY SWORN/AFFIRMED, Roger Lee Belton the undersigned affiant, does hereby depose and say as follows: that the contents herein is true to the best of my information knowledge and belief.

FURTHER AFFIANT SAYETH NOT

Witness my hand under the penalties of perjury this  11th  day of  July , 2006.

_____
Special Process Server

## NOTARY'S STATEMENT

On this day personally appeared  Roger Lee Belton , who, having first been sworn, acknowledged the foregoing before me.

_____
NOTARY PUBLIC

My commission expires  December 14, 2010