**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
|    Plaintiffs | * | |
| v. | * | Case No.: 06-CV-00603 |
| NEIL SELDMAN, et al. | * | Judge Kessler |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER OF ERIC J. EMREY**

Defendant Eric J. Emrey by Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Stephen A. Oberg, his attorneys, in response to the Amended Verified Complaint filed against him in the above entitled action, states as follows:

**Preliminary Matters**

1. This Court lacks jurisdiction over the subject matter of this action.

2. This Court lacks jurisdiction over the person of the Defendant.

3. This action fails to state a claim upon which relief may be granted.

**Specific Responses**

4. The allegations of paragraph 14 are admitted to the extent that Defendant Emrey is the owner and purchaser of real property located at 1964 2nd Street, N.W., Washington, D.C. The remaining allegations within paragraph 14, including allegation that the real property belongs to Selker, LLC, are denied.

5. The allegations of paragraphs 33 of the Complaint are denied.

6.  The allegations in paragraph 50, 53, 59 and 62 are denied to the extent that the paragraphs refer to Defendant Emrey. Defendant Emrey is without sufficient knowledge to admit or deny the remaining allegations in paragraph 50, 53, 59 and 62.

7.  Defendant Emrey is without sufficient knowledge to admit or deny the allegations in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 30, 31, 32, 34, 37, 38, 39, 40, 43, 44, 45, 47, 48, 49, 52, 54, 55, 58, 61, 63, 65, 66 and 67. To the extent that a response is required, Defendant Emrey denies the same and demands strict proof thereof.

8.  The allegations in paragraphs 27, 29, 41, 42 and 51 contain a legal conclusion to which a response is not appropriate. To the extent that a response is required, Defendant denies the same and demands strict proof thereof.

9.  Paragraphs 25, 35, 36, 46, 56, 57, 60 and 64 contain a statement to which a response is not appropriate. To the extent that a response is required, Defendant denies the same and demands strict proof thereof.

**Affirmative Defenses**

10. Plaintiffs' claims are barred by the Plaintiffs' own contributory negligence.

11. The Plaintiffs assumed the risk of their injuries.

12. The Plaintiffs' claims are barred by the applicable statute of limitations.

13. The Plaintiffs' claims are barred by the doctrine of laches.

14. The Plaintiffs' claims are barred by the doctrine of res judicata.

15. The Plaintiffs' claims are barred by collateral estoppel.

16. The Plaintiffs' claims are barred by Plaintiffs' illegality

17.  The Plaintiffs' claims are barred by Plaintiffs' unclean hands.

18.  Plaintiffs fail to allege any acts which could support a claim that Defendant Emrey acted inappropriately or unlawfully with respect to his purchase of the subject property of this action, 1964 2nd Street, N.W., Washington D.C.

19.  Defendant Emrey is a bona fide purchaser for value with no notice of any of the improprieties alleged in the Complaint.

WHEREFORE, Defendant Emrey requests that this Court dismiss the Amended Complaint, enter a judgment against the Plaintiffs for costs, and provide any further relief as this Court may deem appropriate.

                                          COUNCIL, BARADEL,
                                          KOSMERL & NOLAN, P.A.

By:  */s/ Michael N. Russo, Jr.*
     Michael N. Russo, Jr. (Bar No.: 07322)
     Stephen A. Oberg (Bar No.: 475925)
     125 West Street, 4th Floor
     Post Office Box 2289
     Annapolis, Maryland 21404-2289

     Annapolis:  (410) 268-6600
     Baltimore:  (410) 269-6190
     Washington: (301) 261-2247

     *Attorneys for Defendant, Eric J. Emrey*

**CERTIFICATE OF SERVICE**{PRIVATE }

I HEREBY CERTIFY that on this 17th day of July, 2006, a copy of the foregoing document was mailed, first class postage prepaid, to:

Mr. Le Bon Bruce Walker
203 Seaton Pl., N.E.
Washington, D.C. 20003

/s/ Michael N. Russo, Jr._____
Michael N. Russo, Jr.

4