**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LE BON BRUCE WALKER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case 1:06-cv-00603 (GK) |
| | ) |
| NEIL SELDMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANT W.C. & A.N. MILLER DEVELOPMENT COMPANY**
**TO QUASH RETURN OF SERVICE**

Defendant, W.C.& A.N. Miller Development Company (denominated in the amended verified complaint filed herein as "W.C. & A.N. Miller Development Company Realtor Brokers")(hereinafter "Miller"), through undersigned counsel and pursuant to Fed. R. Civ. P. 4(h)(1), moves the Court to quash the return of service on Miller of plaintiffs' amended verified complaint.

The reasons for the motion are set forth in the accompanying memorandum of points and authorities filed in support of this motion.

Respectfully submitted,

HAMILTON AND HAMILTON, LLP

By: _____
George T. Masson, Jr.
D.C. Bar No. 51953
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532
(202) 463-8282
(202) 463-7282 (facsimile)

Attorney for Defendant W.C. & A.N. Miller
    Development Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by electronic filing upon all counsel and was mailed, first-class, postage-prepaid, along with a copy of the Notice of Filing, this 19th day of July, 2006 to:

Le Bon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20003

    and

Selker, LLC
3001 Georgia Avenue, N.W.
Washington, D.C. 20001

_____
George T. Masson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LE BON BRUCE WALKER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case 1:06-cv-00603 (GK) |
| | ) |
| **NEIL SELDMAN, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF DEFENDANT W.C. & A.N. MILLER DEVELOPMENT
COMPANY TO QUASH RETURN OF SERVICE**

1. The return of service, filed herein on July 12, 2006, states that on July 11, 2006, the affiant served W. C. & A.N. Miller Development Company ("Miller") by leaving copies of the process with a summer intern working in an office of Miller located at 4701 Sangamore Road, Bethesda, Maryland.

2. Miller is a Delaware corporation with its principal office located at 4830 Massachusetts Avenue, N.W., Washington, D.C.. It is registered to do business in the District of Columbia and Maryland and has a designated registered agent.

3. Fed. R. Civ. P. 4(h)(1) provides as follows:

> Unless otherwise provided by federal law, service upon a domestic or foreign corporation . . . that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:
>
> (1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1) or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant . . . .

4. Fed. R. Civ. P. 4(e)(1) provides that service may also be made pursuant to the law of the state where the district court is located in the manner in which an action may be brought in

the courts of general jurisdiction of the state.

5. Neither Fed. R. Civ. P. 4 nor the law of the District of Columbia permit service of process on a corporation by leaving a copy of a summons and complaint with an employee of the corporation who is neither an agent authorized to receive such service nor an officer, managing or general agent of the corporation.

6. The affidavit of Kate Sanford, attached hereto and incorporated by reference herein, states that she is the one who was served with the summons and amended verified complaint in this case and that she is summer intern employed by Miller. Her affidavit also indicates that she is not authorized to accept service of process on behalf of Miller.

Accordingly, defendant Miller respectfully submits that the return of service pertaining to it that was filed in this action on July 12, 2006, should be quashed.

                            HAMILTON AND HAMILTON, LLP

By: _____
     George T. Masson, Jr.
     D.C. Bar No. 51953
     1900 M Street, N.W., Suite 410
     Washington, D.C. 20036-3532
     (202) 463-8282
     (202) 463-7282 (facsimile)

     Attorney for Defendant W.C. & A.N. Miller
        Development Company