IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al. ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | Case No. 1:06CV00603 (GK) |
| ) | |
| NEIL SELDMAN, et al. ) | |
| ) | |
| **Defendants** ) | |

**AFFIDAVIT OF KATELIN J. SANFORD**

I, Katelin J. Sanford, state the following based upon my own personal knowledge of the facts set forth in this Affidavit and am competent to testify as to the matters herein:

1. I am a summer intern working for W.C. & A.N. Miller Development Company in an office maintained by it which is located at 4701 Sangamore Road, Bethesda, Maryland. On July 11, 2006, I was working in that office and was at the receptionist's desk shortly after 12:00 noon because the employee regularly assigned responsibilities at that location was absent.

2. Shortly after 12:00 noon on July 11, 2006, I was handed a summons related to the above-captioned action along with copies of an amended verified complaint and other documents, all of which were clipped together and were not contained within any envelope. I was not aware at the time that the documents pertained to service of a lawsuit and was not asked by the person who handed me the documents whether I was authorized to accept such documents.

3. I do not know the identity of the individual who handed the described documents to me.

4. I am not authorized and have never been authorized to accept service of legal process

on behalf of W.C. & A.N. Miller Development Company.

5. Further the affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _19_ day of July, 2006.

_____
Katelin J. Sanford