## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LE BON BRUCE WALKER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case 1:06-cv-00603 (GK) |
| | ) |
| **NEIL SELDMAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Upon consideration of the Motion of Defendant W.C. & A.N. Miller Development Company to Quash Return of Service, the memorandum of points and authorities filed in support thereof, and it appearing that the motion should be granted, it is, by the Court, this _____ day of _____ , 2006,

ORDERED: that the Motion of Defendant W.C. & A.N. Miller Development Company to Quash Return of Service be, and the same is, hereby GRANTED; and it is

FURTHER ORDERED: that the return of service filed herein on July 12, 2006, as to W.C. & A.N. Miller Development Company be, and the same is, hereby quashed.

_____
Judge

Copies to:

All counsel of record by electronic filing

    and by mail to

Le Bon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20003

    and

Selker, LLC
3001 Georgia Avenue, N.W.
Washington, D.C. 20001