IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, | ) CASE NO. 1:06-cv-00603-GK |
| Plaintiff, | ) |
| v. | ) |
| NEIL SELDMAN, *et al.*, | ) |
| | ) NOTICE OF WITHDRAWAL |
| | ) PURSUANT TO LCvR 83.6(b) |
| Defendants. | ) |

COMES NOW the Defendant, Institute for Local Self-Reliance, pursuant to LCvR 83.6(b), and notes the withdrawal of its counsel Eric M. Rome of Eisen & Rome PC.

Approved: _/s/ David Morris_
David Morris
Chair, Board of Directors
Institute for Local Self-Reliance

Respectfully submitted,

/s/ Eric M. Rome, Esq.
Eric M. Rome, Esq.
Bar Number 367241
One Thomas Circle N.W. #850
Washington D.C. 20005
202-659-2822 x 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of July 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Eric M. Rome
Eric M. Rome

T:\Data\Monitor Liability\The Institute for Self Reliance\Pleadings\7.10.06 Notice of Withdrawal.doc