**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LE BON BRUCE WALKER, et al. | * |
|     Plaintiffs | * |
| v. | *   Case No.: 06-CV-00603 (GK) |
| NEIL SELDMAN, et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ANSWER OF FIRST AMERICAN, EASTERN MARKET AND DAVIS**

Defendants First American Title Insurance Company, Eastern Market Title, LLC and Carolyn Davis, ("Answering Defendants") by Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Stephen A. Oberg, his attorneys, in response to the Amended Verified Complaint filed against him in the above entitled action, states as follows:

**Preliminary Matters**

1. This Court lacks jurisdiction over the subject matter of this action.

2. This Court lacks jurisdiction over the person of each of the Answering Defendants.

3. This action fails to state a claim upon which relief may be granted.

**Specific Responses**

4. The allegations of paragraph 10 are admitted to the extent that Eastern Market was a title company doing business in the District of Columbia. The remaining allegations within paragraph 10 are denied.

1

5. The allegations of paragraph 11 are admitted to the extent that First American is a title insurance company doing business in the District of Columbia. The remaining allegations within paragraph 11 are denied.

6. The allegations of paragraph 12 are admitted to the extent that Andrew Steed is the owner and purchaser of real property located to 503 Rhode Island Avenue, NW, Washington DC 20001. The remaining allegations within paragraph 12, including the real property belonging to Selker, LLC are denied.

7. The allegations of paragraph 14 are admitted.

8. The allegations of paragraphs 31 of the Complaint are denied.

9. The allegations in paragraph 50, 53, 59 and 62 are denied to the extent that the paragraphs refer to Answering Defendants. Answering Defendants are without sufficient knowledge to admit or deny the remaining allegations in paragraph 50, 53, 59 and 62.

10. Answering Defendants are without sufficient knowledge to admit or deny the allegations in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 30, 32, 33, 34, 37, 38, 39, 40, 43, 44, 45, 47, 48, 49, 52, 54, 55, 58, 61, 63, 65, 66 and 67. To the extent that a response is required, Answering Defendants denies the same and demands strict proof thereof.

11. The allegations in paragraphs 27, 29, 41, 42 and 51 contain a legal conclusion to which a response is not appropriate. To the extent that a response is required, Answering Defendants deny the same and demand strict proof thereof.

12. Paragraphs 35, 36, 46, 56, 57, 60 and 64 contain a statement to which a response is not appropriate. To the extent that a response is required, Answering Defendants deny the same and demand strict proof thereof.

**Affirmative Defenses**

13. Plaintiffs claims are barred by the Plaintiffs own contributory negligence.

14. The Plaintiffs assumed the risk of their injuries.

15. The Plaintiffs claims are barred by the applicable statute of limitations.

16. The Plaintiffs claims are barred by the doctrine of laches.

17. The Plaintiffs claims are barred by the doctrine of res judicata.

18. The Plaintiffs claims are barred by collateral estoppel.

19. The Plaintiffs fail to allege fraud with sufficient particularity.

20. The Plaintiffs fail to allege facts sufficient to support a claim for punitive damages.

21. Plaintiffs fail to suggest any evidence which could support a claim that Answering Defendants acted inappropriate or unlawfully with respect to his purchase of the subject property of this action, 503 Rhode Island Avenue, NW, Washington DC 20001.

22. Any award of damages to which the Plaintiffs may be entitled from the Answering Defendants was caused by the wrongdoing of other named parties, including Neil Seldman, Selker, LLC and other parties, excepting the Answering Defendants, Defendant Steed and Defendant Emrey.

WHEREFORE, Answering Defendants request that this Court dismiss the Complaint, enter a judgment against the Plaintiffs for costs, and provide any further relief as this Court may deem appropriate.

Date:  July 26, 2006

                                        COUNCIL, BARADEL,{PRIVATE }
                                        KOSMERL & NOLAN, P.A.

By:    */s/ Michael N. Russo, Jr.*_____
        Michael N. Russo, Jr. (Bar No.: 07322)
        Stephen A. Oberg (Bar No.: 475925)
        125 West Street, 4th Floor
        Post Office Box 2289
        Annapolis, Maryland 21404-2289
        Annapolis:  (410) 268-6600
        Baltimore:  (410) 269-6190
        Washington: (301) 261-2247

*Attorneys for Answering Defendant*

## CERTIFICATE OF SERVICE{PRIVATE }

I HEREBY CERTIFY that on this 26th day of July, 2006, a copy of the foregoing document was mailed, first class postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20003

                                        */s/ Michael N. Russo, Jr.*_____
                                        Michael N. Russo, Jr.