UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00603-GK |
| | ) |
| Neil Seldman, et al. | ) |

NOTICE OF APPEARANCE

Please note the appearance of the undersigned as counsel for Defendant City Title & Escrow, Co., Inc.

Respectfully submitted,

_____
Robert N. Levin, #79137
Law Offices of Robert N. Levin, PC
1901 Research Boulevard
Suite 400
Rockville, MD 20850
Tel:  (301) 517-8727
Fax:  (301) 762-4056
Email: r.levin@erols.com

G:\C.Title\pldg\Notice of appearance.wpd