UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00603-GK |
| | ) |
| Neil Seldman, et al. | ) |

### DISCLOSURE OF CORPORATE AFFILIATIONS
### AND FINANCIAL INTERESTS PURSUANT TO LCvR 7

I, the undersigned, counsel of record for Defendant City Title & Escrow Co., Inc., certify that to the best of my knowledge and belief, Defendant has no corporate affiliates and its shares are not traded on any public market. These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted

Robert N. Levin, #79137
Law Offices of Robert N. Levin, PC
1901 Research Boulevard
Suite 400
Rockville, MD 20850
Tel:    (301) 517-8727
Fax:    (301) 762-4056
Email:  r.levin@erols.com

G:\C.Title\pldg\RULE7CERT.wpd