UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Le Bon Bruce Walker, et al.        )
                                   )
v.                                 )   Case No. 1:06-cv-00603-GK
                                   )
Neil Seldman, et al.               )

<u>MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF
DEFENDANT CITY TITLE & ESCROW CO., INC.</u>

Comes now Defendant City Title & Escrow, Co., Inc. ("City Title"), by and through counsel, and respectfully moves for summary judgment. For reasons and particulars, the Court's attention is respectfully directed to the accompanying Memorandum of Points and Authorities, Statement of Undisputed Material Facts and Order.

                                      Respectfully submitted,

                                      _____
                                      Robert N. Levin, #79137
                                      Law Offices of Robert N. Levin, PC
                                      1901 Research Boulevard
                                      Suite 400
                                      Rockville, MD 20850
                                      Tel:   (301) 517-8727
                                      Fax:   (301) 762-4056
                                      Email:  r.levin@erols.com

G:\C.Title\pldg\MSJMOTION.wpd