IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Neil Seldman, et al. )<br>)<br>Defendants ) | Case No. 1:106-cv-00603-GK |

STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF DEFENDANT CITY TITLE & ESCROW CO., INC'S
MOTION FOR SUMMARY JUDGMENT SUBMITTED PURSUANT TO LcR 56.1

1.  Plaintiff, Le Bon Bruce Walker ("Mr. Walker") is a resident of the District of Columbia. Amended Complaint, ¶1.

2.  Mr. Walker and Mr. Neil Seldman ("Mr. Seldman") co-own Selker, LLC, but their ownership interests in the LLC is disputed. Amended Complaint, ¶¶ 2-3, 24.

3.  City Title & Escrow, Co., Inc. ("City Title") is a settlement company doing business in the District of Columbia. Amended Complaint, ¶9; Answer, ¶16.

4.  City Title was involved with 5 transactions relating to three properties listed in the Amended Complaint, namely properties known as 1964 2nd Street, N.W. Washington D.C. (the "Second Street property"), 1922 3rd Street, N.W. Washington D.C. (the "Third Street property") and 1350 Meridian Place, N.W. Washington D.C. (the "Meridian Property"). Carr Affidavit, ¶ 3.

5.  City Title handled two transactions regarding the Second Street property. The first was the acquisition of the Second Street property by the LLC which occurred in 2000 and as to which Mr. Walker was a participant. Carr Affidavit, ¶ 5(A); Exhibit, 1. The second transaction occurred in 2002 and was a sale of the Second Street property by means of a deed signed by Neil

Seldman as Managing Member pursuant to an Amended Operating Agreement which was signed by Mr. Walker and Mr. Seldman and which was presented to City Title as evidence of Mr. Seldman's authority. Carr Affidavit, ¶ 5(B); Exhibit, 2.

6.      City Title handled no transaction involving the Third Street property while it was the property of the LLC, the Third Street property had been foreclosed on and on information and belief Mr. Seldman was the purchaser at foreclosure. Carr Affidavit, ¶ 6; Exhibit, 3.

7.      In 2000, City Title held the closing at which Selker, LLC purchased the Meridian Property and as to which Mr. Walker was a participant. Carr Affidavit, ¶ 7(A); Exhibit, 4. In 2002, City Title handled the settlement of the sale of the Meridian Property from Selker, LLC to Urban Communities, Limited Liability Corporation. Carr Affidavit, ¶ 7(B); Exhibit, 5. Mr. Seldman signed The Deed as Managing Member of the LLC pursuant to the Amended Operating Agreement aforesaid. Carr Affidavit, ¶ 7(B); Exhibit, 5.

8.      City Title was not a party to any other transactions involving the properties listed in Mr. Walker's amended complaint. Carr Affidavit, ¶¶ 3-4.

9.      In June 2001 Mr. Walker and Mr. Seldman signed an amendment to Selker, LLC's operating agreement, making Mr. Seldman the Managing Member of the LLC. Amended Complaint, ¶¶ 3, 24; Carr Affidavit, ¶ 5(B); Exhibit, 2.

10.     Mr. Walker sent a letter to Mr. Seldman, attempting to revoke his managerial power over Selker, LLC at a date subsequent to any involvement by City Title in any transaction of issue to this matter.[1]  Amended Complaint, ¶¶ 2, 24;  Carr Affidavit, ¶ 5(B).

---

[1] The Amended Complaint alleges at Paragraph 24 that Mr. Walker terminated Mr. Seldman's authority as Managing Member on December 4, 2004. He attached his letter to that effect to his Amended Complaint as Exhibit 2. Exhibit 2 is dated December 4, 3003. This

Respectfully submitted,

/s/

Robert N. Levin, #79137
Law Offices of Robert N. Levin, PC
1901 Research Boulevard
Suite 400
Rockville, MD 20850
Tel:    (301) 517-8727
Fax:    (301) 762-4056
Email: r.levin@erols.com

---

discrepancy is immaterial in that both dates are subsequent to any involvement that City Title had with the properties of interest to this action.