UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00603-GK |
| | ) |
| Neil Seldman, et al. | ) |

<u>AFFIDAVIT</u>

Upon being sworn, Wanda J. Carr stated as follows:

My name is Wanda J. Carr. I am an adult and am otherwise competent to testify to the following matters as to which I have personal knowledge. I make this Affidavit under pains and penalties of perjury.

1. I am the Corporate Secretary of City Title & Escrow Co., Inc. ("City Title") and have been authorized by that corporation to make this Affidavit on its behalf.

2. One of my duties as Corporate Secretary for City Title is maintaining proper files on our the cases the corporation handles.

3. Collectively City Title has five files pertaining to three properties known as 1964 2nd Street, N.W. Washington D.C. (The "Second Street Property"), 1922 3rd Street, N.W (the "Third Street Property") and 1350 Meridian Place, N.W. Washington D.C (the "Meridian Property"). The files were maintained by City Title in the ordinary course of business.

4. I have reviewed the addresses appearing in the amended complaint and certify that City Title does not have any other files on the addresses in the amended complaint except the five which have been provided.

5. City Title handled two transactions regarding the Second Street property. They were as follows:

    A. The first was the acquisition of the Second Street property by the LLC which

occurred in 2000 and the HUD-1 Settlement Agreement (an accurate copy of which is attached hereto as Exhibit 1) reflects this transaction.

    B.    The second transaction occurred in 2002 and was a sale of the Second Street property by means of a deed signed by Neil Seldman as "Managing Member" pursuant to an Amended Operating Agreement (an accurate copy of which is attached as Exhibit 2).

    6.    City Title has no file involving any transaction regarding the Third Street Property while it was the property of the LLC. In 2002 Mr. Seldman refinanced the property and at his request City Title conducted the closing for the refinancing. This transaction is reflected in Exhibit 3, an accurate copy of which is attached hereto.

    7.    City Title handled two transactions regarding the Meridian Property. They were as follows:

    A.    The first was the closing at which Selker, LLC purchased the Meridian Property and the HUD-1 Settlement Agreement (an accurate copy of which is attached hereto as Exhibit 4) reflects this transaction.

    B.    In 2002, City Title handled the settlement of the sale of the Meridian Property by Selker, LLC to Urban Communities, LLC reflected by the deed signed by Mr. Seldman (an accurate copy of which is attached hereto as Exhibit 5) as "Managing Member."

*Wanda J. Carr*
Wanda J. Carr

Sworn and subscribed before me, a notary public on this 25th day of July, 2006.

Notary Public

My commission expires:

Keith E. Sugarman
Notary Public, District of Columbia
My Commission Expires 1-1-2008