Exhibit 1

Case No. 1:06-cv-00603-GK

# A. SETTLEMENT STATEMENT

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 10325 | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Seldman Walker, LLC<br>308 "U" Street, N.W.<br>Washington, D.C. 20001 | Ray M. Slade<br>38 S Street, N.W.<br>Washington, D.C. 20001 | Ohio Savings Bank<br>P.O. Box 8001<br>Wickliffe, OH 44092 |

| G. Property Location | H. Settlement Agent | I. Settlement Date |
|---|---|---|
| 1964 2nd Street, N.W.<br>Washington, D.C. 20001<br>Lot 38, Square 3087<br>District of Columbia | City Title & Escrow Co., Inc.<br>Place of Settlement<br>4400 Jenifer Street, N.W.<br>Suite 350<br>Washington, D.C. 20015 | 09/06/00 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 147,081.33 | 401. Contract sales price | 147,081.33 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,055.29 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 152,136.62 | **420. GROSS AMOUNT DUE TO SELLER** | 147,081.33 |
| **200. Amounts Paid By or In Behalf of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (see instructions) | 1,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | 122,581.33 | 503. Existing loan(s) taken subject to | 122,581.33 |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 123,581.33 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 123,581.33 |
| **300. Cash At Settlement From or To Borrower** | | **600. Cash At Settlement To or From Seller** | |
| 301. Gross amount due from borrower (line 120) | 152,136.62 | 601. Gross amount due to seller (line 420) | 147,081.33 |
| 302. Less amounts paid by/for borrower (line 220) | 123,581.33 | 602. Less reduction amount due seller (line 520) | 123,581.33 |
| 303. CASH ☒ FROM ☐ BORROWER | 28,555.29 | 603. CASH ☒ TO ☐ SELLER | 23,500.00 |

Seldman Walker, LLC  Buyer/Borrower  9/8/00
Seldman Walker LLC  Buyer/Borrower

Ray M. Slade  Seller
                Seller

No responsibility is assumed by City Title & Escrow Co., Inc. as to the correctness of information furnished on assumed mortgages/deeds of trust; water bills, taxes and assessments except as reported on the tax certificate; no responsibility is assumed by City Title as to municipal violations and/or matters of zoning and survey.

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)