# Exhibit 2

Operating Agreement

The undersigned members, Neil Seldman and L.B. Walker, of Selker, LLC hereby adopt the following Amendment to the Operating Agreement of Selker, LLC this 7th day of June 2001. Pursuant to the District of Columbia Limited Liability Company Act. This amendment relates back top June 7, 2000 as to the share of profits and losses.

In consideration of the mutual promises set forth herein, the members by majority vote agree as follows:

Neither member may assign his interests, rights, powers or benefits in this LLC without the written consent of the other member.

MANAGEMENT: The management of Selker, LLSC shall be changed from L.B. Walker to Neil Seldman. The undersigned herein are thew sole members at this time. The manager shall be responsible for the day to day operations of the company and for assigning the value of contributions that are not in cash, such as hourly work.

PROFITS AND LOSSES: The members shall share the profits, losses and ownership of the company on the following basis: Neil Seldman 50%: L.B. Walker 50%.

The members shall also make contributions, as needed, to the company on the aforementioned basis. Loans by a member or a member's family are not contributors but debts of Selker, LLC.

All other aspects of the Operating Agreement dated June 7th, 2000 shall remain in full force and effect unless subsequently modified

Neil Seldman _____ Date 7 June 2000
L.B. Walker _____ Date 18 June 2001

_____ 06/18/01

EZECHI ANONYE
NOTARY PUBLIC
BALTIMORE COUNTY, MD
COMM. EXP. 10-01-04