Exhibit 3



# A. SETTLEMENT STATEMENT

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

## B. Type of Loan

1. ___ FHA   2. ___ FmHA   3. _X_ Conv. Unins.
4. ___ VA    5. ___ Conv. Ins.

6. File Number: 10813
7. Loan Number: 8200003484
8. Mortgage Insurance Case Number:

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name and Address of Borrower:**
Neil N. Seldman
Laura J. Seldman
3362 Tennyson Street, N.W.
Washington, D.C. 20015

**E. Name and Address of Seller:**

**F. Name and Address of Lender:**
EagleBank
7815 Woodmont Avenue
Bethesda, Maryland 20814

**G. Property Location:**
1922 3rd Street, N.W.
Washington, D.C. 20001
Lot 10, Square 3089
District of Columbia

**H. Settlement Agent:**
City Title & Escrow Co., Inc.

Place of Settlement:
4400 Jenifer Street, N.W.
Suite 350
Washington, D.C. 20015

**I. Settlement Date:** 12/24/02

## J. SUMMARY OF BORROWER'S TRANSACTION:

**100. Gross Amount Due From Borrower**
- 101. Contract sales price
- 102. Personal property
- 103. Settlement charges to borrower (line 1400): 10,343.50
- 104. Wire Transfer fee: 25.00
- 105.

Adjustments for items paid by seller in advance
- 106. City/town taxes to
- 107. County taxes to
- 108. Assessments to
- 109.
- 110.
- 111.
- 112.

**120. GROSS AMOUNT DUE FROM BORROWER: 10,368.50**

**200. Amounts Paid By or In Behalf of Borrower**
- 201. Deposit or earnest money
- 202. Principal amount of new loan(s): 375,000.00
- 203. Existing loan(s) taken subject to
- 204.
- 205.
- 206.
- 207.
- 208.
- 209.

Adjustments for items unpaid by seller
- 210. City/town taxes to
- 211. County taxes to
- 212. Assessments to
- 213.
- 214.
- 215.
- 216.
- 217.
- 218.
- 219.

**220. TOTAL PAID BY/FOR BORROWER: 375,000.00**

**300. Cash At Settlement From or To Borrower**
- 301. Gross amount due from borrower (line 120): 10,368.50
- 302. Less amounts paid by/for borrower (line 220): 375,000.00

**303. CASH TO BORROWER: 364,631.50**

## K. SUMMARY OF SELLER'S TRANSACTION:

**400. Gross Amount Due To Seller**
- 401. Contract sales price
- 402. Personal property
- 403.
- 404.
- 405.

Adjustments for items paid by seller in advance
- 406. City/town taxes to
- 407. County taxes to
- 408. Assessments to
- 409.
- 410.
- 411.
- 412.

**420. GROSS AMOUNT DUE TO SELLER**

**500. Reductions In Amount Due To Seller**
- 501. Excess Deposit (see instructions)
- 502. Settlement charges to seller (line 1400)
- 503. Existing loan(s) taken subject to
- 504. Payoff of first mortgage loan
- 505. Payoff of second mortgage loan
- 506.
- 507.
- 508.
- 509.

Adjustments for items unpaid by seller
- 510. City/town taxes to
- 511. County taxes to
- 512. Assessments to
- 513.
- 514.
- 515.
- 516.
- 517.
- 518.
- 519.

**520. TOTAL REDUCTION AMOUNT DUE SELLER**

**600. Cash At Settlement To or From Seller**
- 601. Gross amount due to seller (line 420)
- 602. Less reduction amount due seller (line 520)

**603. CASH SELLER**

Neil N. Seldman — Buyer/Borrower
Laura J. Seldman — Buyer/Borrower

Seller
Seller

No responsibility is assumed by City Title & Escrow Co., Inc. as to the correctness of information furnished on assumed mortgages/deeds of trust; water bills, taxes and assessments except as reported on the tax Certificate; no responsibility is assumed by City Title as to municipal violations and/or matters of zoning and survey.

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)