Exhibit 4

Case No. 1:06-cv-00603-GK

# A. SETTLEMENT STATEMENT

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 10367 | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Selker, LLC<br>301 U Street, N.W.<br>Washington, D.C. 20001 | LaVonnie Pollard, Per. Rep.<br>1403 Alberta Drive<br>Forestville, Maryland 20747 | |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1350 Meridian Place, N.W.<br>Washington, D.C. 20010<br>Lot 107, Square 2836<br>District of Columbia | City Title & Escrow Co., Inc. | |
| | Place of Settlement<br>4400 Jenifer Street, N.W.<br>Suite 350<br>Washington, D.C. 20015 | I. Settlement Date<br>11/09/00 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 85,000.00 | 401. Contract sales price | 85,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 2,618.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes         to | | 406. City/town taxes         to | |
| 107. County taxes            to | | 407. County taxes            to | |
| 108. Assessments             to | | 408. Assessments             to | |
| 109. | | 409. | |
| 110. Pre-settlement Occupancy | 313.22 | 410. Pre-settlement Occupancy | 313.22 |
| 111. Finder's fee - Charles W. Lewis | 2,000.00 | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 89,931.22 | **420. GROSS AMOUNT DUE TO SELLER** | 85,313.22 |
| **200. Amounts Paid By or In Behalf of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 1,185.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 3,400.00 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Delinquent water due Breen Capital | 677.23 |
| 207. | | 507. Water bill due | 518.47 |
| 208. | | 508. Finder's fee - Charles W. Lewis | 3,400.00 |
| 209. Eviction costs paid by Purchaser | 3,317.10 | 509. Eviction costs paid by Purchaser | 3,317.10 |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes  10/01 to 11/09 | 38.03 | 510. City/town taxes  10/01 to 11/09 | 38.03 |
| 211. County taxes         to | | 511. County taxes         to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. Escrow for Water | 500.00 |
| 214. | | 514. Real Estate Taxes due | 233.53 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 3,355.13 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 9,869.36 |
| **300. Cash At Settlement From or To Borrower** | | **600. Cash At Settlement To or From Seller** | |
| 301. Gross amount due from borrower (line 120) | 89,931.22 | 601. Gross amount due to seller (line 420) | 85,313.22 |
| 302. Less amounts paid by/for borrower (line 220) | 3,355.13 | 602. Less reduction amount due seller (line 520) | 9,869.36 |
| 303. CASH   FROM   BORROWER | 86,576.09 | 603. CASH     TO     SELLER | 75,443.86 |

Selker, LLC  _signature_  Buyer/Borrower         LaVonnie Pollard, Per. Rep.  _signature_   Seller

Buyer/Borrower                                                                                Seller

No responsibility is assumed by City Title & Escrow Co., Inc. as to the correctness of information furnished on assumed mortgages/deeds of trust, water bills, taxes and assessments except as reported on the tax certificate; no responsibility is assumed by City Title as to municipal violations and/or matters of zoning and survey.

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)