Exhibit 5

THIS DEED

MADE this 26th day of August in the year 2002, by and between Selker, LLC, a limited liability company organized and existing under the laws of the District of Columbia, party of the first part; and Urban Communities, LLC, a corporation organized and existing under the laws of the State of Maryland, party of the second part;

WITNESSETH: that for and in consideration of the sum of Ten Dollars ($10.00), receipt whereof is hereby acknowledged, the said party of the first part does grant unto the said party of the second part, in fee simple, the following described land and premises, situate in the District of Columbia and known and distinguished as:

Lot numbered 107 in Square numbered 2836 of Sowers and Mattingly, Trustees' subdivision of part of "Pleasant Plains" known as the Mattingly Tract, as per plat recorded in the Office of the Surveyor for the District of Columbia in County Book 23 at page 88.

Together with all and singular the ways, easements, rights, privileges and appurtenances to the same belonging or in anywise appertaining, and all the estate, right, title, interest and claim, either at law or in equity, or otherwise however, of the said party of the first part, of, in, to, or out of the said land and premises.

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed, and that it will execute such further assurances of said land as may be requisite.

IN TESTIMONY WHEREOF, the said party of the first part, on the day and year first hereinbefore written, has caused these presents to be signed by Neil Seldman, its Managing Member.

Selker, LLC

By: _____ (Seal)
Neil Seldman, Managing Member

DISTRICT OF COLUMBIA, to-wit:

I, Richard L. Sugarman, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Neil Seldman who is personally well known to me as the person named in the foregoing Deed, bearing date the 26th day of August, 2002, and hereto annexed, personally appeared before me in the said jurisdiction and by virtue of the authority vested in him, acknowledged the same to be the act and deed of Selker, LLC, the grantor therein.

GIVEN under my hand and seal this 20th day of August, 2002.

_____
Notary Public

My Commission Expires: 1/31/03

After recording mail to:
Mr. John F. Settles, II
Urban Communities, LLC
1212 Firth of Lorne Circle
Ft. Washington, Maryland 20744

Deed10917