UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00603-GK |
| | ) |
| Neil Seldman, et al. | ) |

ORDER

Upon consideration of the Motion for Summary Judgment Filed on Behalf of Defendant City Title & Escrow Co., Inc., and the Opposition [if any] by Plaintiffs, it is this ___ day of _____, 2006,

ORDERED, ADJUDGED and DECREED, the Motion is granted and all claims against Defendant City Title & Escrow Co., Inc. are dismissed with prejudice.

_____
United States District Court Judge