UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LE BON BRUCE WALKER, et al., :
:
    Plaintiffs, :
:
        v. :  Civil Action
:  No. 06-603 (GK)
NEIL SELDMAN, et al., :
:
    Defendants. :

---

### ORDER

This matter is before the Court upon Defendant's (City Title & Escrow Co., Inc.) Motion for Summary Judgment, [#35]. Plaintiffs, Le Bon Bruce Walker and Selker, LLC are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED,** that Plaintiffs respond to the Defendant's Motion, [#35], no later than **September 1, 2006.** If Plaintiffs do not

respond, the Court will treat the Motion as granted and enter judgment in favor of the Defendant.

| | |
|---|---|
| August 2, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

<u>Copies to</u>:  attorneys of record via ECF, and

LE BON BRUCE WALKER
203 Seaton Place, NE
Washington, DC 20003