UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER

    Plaintiff

v.

NEIL SELDMAN, et al.

    Defendant

Civil Action No. 06-CV-00603

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant W.C. and A.N. Miller Development Company (Miller), denominated in the amended verified complaint for this matter as "WC & AN Miller Development Company Realtor Brokers", pursuant to LCvR 83.6(a)-(b), hereby notices to the Court its substitution of counsel. George Masson, Jr.'s and Hamilton and Hamilton, LLP's appearance on Miller's behalf are hereby withdrawn and Alfred L. Scanlan, Jr.'s and Eccleston and Wolf, P.C.'s appearance on Miller's behalf are hereby entered.

                                                                           Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Edward J. Miller, Jr., President | George T. Masson, Jr. (#51953) |
| W.C. AND A.N. MILLER | HAMILTON AND HAMILTON, LLP |
| DEVELOPMENT COMPANY | 1900 M Street, N.W., Suite 410 |
| 4315 50th Street, N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20016 | (202) 463-8282 |

_____
Alfred L. Scanlan, Jr. (#395048)
ECCLESTON AND WOLF, P. C.
2001 S Street, N. W., Suite 310
Washington, DC 20009-1125
(202) 857-1696

## LCvR 5.4(b)(5) CERTIFICATE

I HEREBY CERTIFY that the original signed document is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

_____
Alfred L. Scanlan, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August 2006, a copy of the foregoing was sent via first class mail, postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20003

_____
Alfred L. Scanlan, Jr.