IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, et al.         *

      Plaintiffs         *

v.         *   Case No.: 06-CV-0603

NEIL SELDMAN, et al.         *

      Defendants         *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## DEFENDANT WOLDEHANNA'S REPLY
TO OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant, Yohannes Woldehanna ("Mr. Woldehanna"), by his attorneys, submits this Reply in Further Support of his Motion to Dismiss or, in the Alternative, for Summary Judgment (the "Motion") and states as follows:

1. Plaintiffs' reliance on a purported *lis pendens* filed in 2003 in connection with a case filed in the Superior Court for the District of Columbia is misplaced. That litigation was resolved *against* Plaintiff LeBon Walker in 2005. See Motion to Dismiss filed May 10, 2006 by Defendants Dianne Stewart and Elizabeth Menist, incorporated by reference herein. Accordingly, that *lis pendens* is of no effect with respect to Plaintiffs' claims in this lawsuit.

2. Moreover, the alleged *lis pendens* does not relate to the property owned by Mr. Woldehanna. The correct description for Mr. Woldehanna's property is as follows:

    Lot numbered Twenty-eight (28) in William J. Lewis' subdivision of lots on Block numbered Eight (8) "LeDroit

> Park", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 7 at folio 101.
>
> Note: At the date hereof the above described land is known for assessment and taxation purposes as lot 0028 in Square 3086.

<u>See</u> Deed, <u>Exhibit 1</u> to Memorandum of Law in Support of the Motion. However, the purported *lis pendens* filed by Walker has a property description of:

> At the date hereof the above described property and land is designed on the Records of the Assessor of the District of Columbia for purposes of assessment and taxation as Lot numbered Twenty-Eight (0028), Square numbered Three Thousand Eighty-Eight (3088).

<u>See</u> <u>Exhibit 1</u> to Opposition. The square numbers in the property descriptions are not the same. Accordingly, the *lis pendens* is of no effect with respect to Mr. Woldenhanna's property. <u>See</u> D.C. Code, § 42-1207.

   3. As pointed out in Mr. Woldehanna's Motion, this case should also be dismissed because Walker lacks standing. Nothing in Plaintiffs' Opposition changes the fact that Plaintiff Walker cannot bring an action in which Selker, LLC is a party. <u>See</u> DC Code, § 29-1015 (2001). Further, Walker cannot sue on behalf of Selker, LLC because he is not a lawyer. <u>See</u> <u>HTB Management, LLC v. Hazel Brooks</u>, 2005 D.C. Super. LEXIS 6 (Feb 1, 2005). Plaintiffs cite no authority to the contrary.

   4. Plaintiffs' assertion that Walker can bring suit on behalf of Selker, LLC because it is "no longer in good standing" is not supported by any evidence, or citation to any legal authority. <u>See</u> Opposition, p. 8. Moreover, the records of the District of Columbia Department of Consumer and Regulatory Affairs, of which the Court can take judicial notice, indicate that Selker, LLC is still "active." <u>See</u> <u>Exhibit 1</u>.

2

## CONCLUSION

For all of the foregoing reasons, as well as those set forth in the Memorandum of Law in Support of the Motion, Defendant Yohannes Woldehanna's Motion should be granted.

Respectfully submitted,

_____/s/_____
F. Joseph Nealon (#218966)
Kirsten E. Keating (#453500)
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, D.C. 20005
202-661-2200

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Dated: August 3, 2006        Counsel for Defendant Yohannes Woldehanna

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2006 a copy of Woldehanna's Reply to Opposition to Motion to Dismiss or, in the Alternative, for Summary Judgment was served via first class mail, postage pre-paid to the following:

Le Bon Bruce Walker, *pro se*
203 Seaton Place NE
Washington, DC 20003

Selker, LLC
3001 Georgia Avenue, NW
Washington, DC 20001

James Andrew Sullivan, Jr., Esquire
Miles & Stockbridge, PC
11 North Washington Street
Suite 700
Rockville, Maryland 20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC 22314

Eric M. Rome, Esquire
Eisen & Rome, PC
One Thomas Circle NW #850
Washington, DC 20005

Albert A. Foster, Jr., Esquire
Peter Karl Tompa, Esquire
Dillingham & Murphy LLP
1155 Connecticut Avenue NW
Suite 1120
Washington DC 20036

Carol McIntyre
1922 3rd Street, NW #9
Washington, DC 20001

George Taylor Masson, Jr., Esquire
Hamilton & Hamilton, LLP
1900 M Street NW
Suite 410
Washington, DC 20036

Robert N. Levin, Esquire
Robert N. Levin, PC
1901 Research Blvd.
Suite 400
Rockville, Maryland 20850

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Noland, PA
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl, NW
Washington DC  20010

                                                                                                 /s/
                                      Kirsten Keating