# EXHIBIT 1

Case 1:06-cv-00603-GK   Document 42-2   Filed 08/03/2006   Page 1 of 2

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kid |




Anthony A. Williams

## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Online Organization Registration
Search Registered Organizations

**Organization Details - Step** [1] [2] [3]

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | Registered Agent |
|---|---|
| **Organization Name:** SELKER, LLC | Neil Seldman |
| **State:** DC | 3362 Tennyson Street, NW |
| **Status:** ACTIVE | Washington, DC 20015 |
| **Initial Date of Registration:** 6/7/2000 | |
| **File No.:** L06056 | |
| **Organization Type:** DOMESTIC LIMITED LIABILITY COMPANY | |

[<< Back to Main Page]  [< Return To Search Results]  [Print Results]
[New Search]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic |
Agencies | DC Council | Search
 | Elected Officials
Feedback | Translation |
Accessibility | Privacy & Security |
Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004