UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER,
et al.

    Plaintiffs

v.

NEIL SELDMAN, et al.

    Defendants

Civil Action No. 1:06-CV-00603 (GK)



EXHIBIT 1

### AFFIDAVIT OF GEORGE T. MASSON, JR.

I, George T. Masson, Jr., hereby state as follows:

1. I am over the age of eighteen and competent to testify as to the matters set forth herein.

2. I am an attorney practicing law in the District of Columbia and a partner at Hamilton and Hamilton, LLP, whose offices are located at 1900 M Street, N.W., Suite 410, Washington, D.C. 20036.

3. Hamilton and Hamilton, LLP and myself served as counsel for W.C. and A.N. Miller Development Company (Miller) in its defense of the claims asserted by Plaintiffs Le Bon Bruce Walker and Selker LLC in Case No. 06-CV-00603 before the United States District Court for the District of Columbia prior to our withdrawal from Miller's representation in this matter on or about August 4, 2006.

4. On or about August 7, 2006, I received a copy of Plaintiffs' "request for waiver of service" (Request), which request was attached as Exhibit 1 to Plaintiffs' Memorandum of Points and Authorities in Opposition to W.C.

and A.N. Miller Development Company's Motion to Quash Return of Service (Opposition).

5. The envelope in which the Request was sent bore a postage date of August 4, 2006, despite the date typewritten on the Request, which date is July 28, 2006 as denoted in Exhibit 1 to the Opposition.

6. The Request enclosed a copy of the Amended Complaint for the above-referenced matter, but did not enclose an extra copy of the notice and Request.

7. There was no prepaid means of compliance in writing enclosed with the Request.

**I SOLEMNLY SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE AND BASED UPON MY PERSONAL KNOWLEDGE.**

8/9/06
Dated

George T. Masson, Jr.

**DISTRICT OF COLUMBIA To Wit:**

I HEREBY CERTIFY that on this 9th day of August 2006, before me, the subscriber, a Notary Public of the City/County and State aforesaid, personally appeared, **GEORGE T. MASSON, JR.**, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that (s)he executed same for the purposes therein contained.

RAE L. McCLARY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 28, 2011

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires 2/28/2011

Rae L. McClary

RAE L. McCLARY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 28, 2011

-3-