UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER,
et al.

    Plaintiffs

v.

NEIL SELDMAN, et al.

    Defendants

Civil Action No. 1:06-CV-00603 (GK)



### AFFIDAVIT OF EDWARD J. MILLER, JR.

I, Edward J. Miller, Jr., hereby state as follows:

1. I am over the age of eighteen and competent to testify as to the matters set forth herein.

2. I am President of W.C. and A.N. Miller Development Company (Miller) and maintain an office at Miller's corporate headquarters located at 4315 50th Street, N.W., Washington, D.C. 20016 (D.C. Office).

3. Miller's division, W.C. and A.N. Miller Realtors, maintains a realty office located at 4701 Sangamore Road, Bethesda, MD 20816 (Bethesda Office).

4. The executive offices for Miller corporate officers are located at the D.C. Office.

5. To date I have not received by mail or otherwise the "request for waiver of service" from Le Bon Bruce Walker or Selker LLC, which request is dated July 28, 2006 and attached as Exhibit 1 to Plaintiffs' Memorandum of Points and Authorities in Opposition to W.C. and A.N. Miller Development Company's Motion to Quash Return of Service.

6.  To date, no other Miller corporate officer or employee at the D.C. Office or the Bethesda Office has received by mail or otherwise the "request for waiver of service" from Le Bon Bruce Walker or Selker LLC, which request is dated July 28, 2006 and attached as Exhibit 1 to Plaintiffs' Memorandum of Points and Authorities in Opposition to W.C. and A.N. Miller Development Company's Motion to Quash Return of Service.

**I SOLEMNLY SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE AND BASED UPON MY PERSONAL KNOWLEDGE.**

Aug 8, 2006
Dated

Edward J. Miller, Jr.

**DISTRICT OF COLUMBIA To Wit:**

**I HEREBY CERTIFY** that on this __8th__ day of August 2006, before me, the subscriber, a Notary Public of the City/County and State aforesaid, personally appeared, **EDWARD J. MILLER, JR.,** known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that (s)he executed same for the purposes therein contained.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Jennifer L. Coleman
Notary Public

My Commission Expires  1/1/2010   Jennifer L. Coleman