IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER            )
                               )
              Plaintiff,       )
                               )
v.                             )   C.A. NO. 1:06-cv00603 GK
                               )
NEIL SELDMAN, *et al.*         )
                               )
              Defendants.      )

### DEFENDANT JONAS J. MONAST'S MOTION TO DISMISS

COMES NOW the Defendant, Jonas J. Monast ("Monast"), by counsel, pursuant to F.R.Civ.P. 12(6), and moves to dismiss the claims against him on the ground that the Amended Complaint fails to state a claim upon which relief may be granted, or alternatively, for summary judgment as a matter of law, as set forth in the accompanying Memorandum in Support.

WHEREFORE, Defendant, Jonas J. Monast, by counsel, respectfully requests that the Court dismiss the claims against him, with prejudice, and order such other and further relief as is appropriate.

                              JONAS J. MONAST
                              By Counsel

RATHBUN & GOLDBERG, P.C.
10555 Main Street, Suite 450
Fairfax, Virginia 22030
(703) 383-9580
(703) 383-9584 Fax


By:___/s/ Peter I. Grasis_____
    Peter I. Grasis
    D.C. Bar No. 449475
    Counsel for Jonas J. Monast
britt/siemens/pleading01.motion.pg

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Alfred Long Scanlan, Jr.
ECCLESTON AND WOLF, P.C.
729 East Pratt Street
Suite 700
Baltimore, MD 21202-4460

James Andrew Sullivan, Jr.
MILES & STOCKBRIDGE, P.C.
11 North Washington Street
Suite 700
Rockville, MD 20850-4229

Peter Karl Tompa
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, NW
Washington, DC 20036

First American Title Insurance Co.
401 E. Pratt Street, SE, Ste. 323
Baltimore, MD 21202

Eastern Market Real Estate
7942 Wisconsin Ave.
Bethesda, MD 20814-3620

Eric J. Emrey
1964 2nd Street, N.W.
Washington, D.C. 20001

Carolyn Davis
Eastern Market Real Estate
210 9th Street, SE, Suite 100
Washington, D.C. 20003

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, D.C.  20002

                                                    /s/ Peter I. Grasis
                                                      Peter Grasis

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was forwarded via first class mail, postage pre-paid, this 14th day of August, 2006, to:

Albert A. Foster, Jr.
DILLINGHAM & MURPHY LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

David D. Hudgins
HUDGINS LAW FIRM
515 King Street
Suite 400
Washington, DC 22314

Kirsten E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005

Robert N. Levin
ROBERT N. LEVIN, PC
1901 Research Blvd
Suite 400
Rockville, MD 20850

George Taylor Masson, Jr.
HAMILTON & HAMILTON, LLP
1900 M Street, NW
Suite 410
Washington, DC 20036-3532

Eric Michael Rome
EISEN & ROME
One Thomas Circle, NW
Suite 350
Washington, DC 20005