IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 1:06-cv00603 GK |
| | ) |
| NEIL SELDMAN, *et al.* | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JONAS J. MONAST'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS

The above-referenced matter concerns an Amended Complaint alleging numerous causes of action against numerous defendants, apparently growing out of an intra-company dispute between members of Selker, LLC ("Selker"). The Defendant, Jonas J. Monsat, ("Monast") has absolutely no connection with any of the claims or disputes, other than being the purchaser of real property formerly owned by Selker. The property purchased by Monast, more particularly described as 1350 Meridian Place, N.W., Washington, D.C., was purchased by Monast on or about January 24, 2003, from Urban Communities, LLC, which apparently had acquired the property from Selker.

The Amended Complaint filed by Plaintiffs Le Bon Bruce Walker and Selker, LLC, fails to state a cause of action against Monast. First, Walker does not have standing to sue on behalf of Selker. Second, Selker must be represented by counsel. Third, the facts alleged in the Complaint make clear the property was sold to Monast by during a period when the managing member, Seldman, was properly exercising his authority.

Walker Does Not Have Standing to Sue

Walker alleges in the Amended Complaint that he is a member of Selker, and that

another member of Selker, Neil Seldman, improperly disposed of Selker assets. Walker is not a proper party to the action. A member of a limited liability company may bring an action only in certain limited circumstances, pursuant to D.C. Code § 29-1015. None of those circumstances apply to the instant lawsuit, i.e., this action is not a claim by Walker against the limited liability company, and it is not a derivative action.

### Selker Must Be Represented by Counsel

The Amended Complaint alleges that Selker is a limited liability company. As such, it must be represented by an attorney. <u>HB Management, LLC v. Hazel Brooks</u>, 2005 D.C. Super. LEXIS 6 (Feb. 1, 2005). It does not appear that Walker, who signs pleadings "pro se," is a licensed attorney.

### The Allegations in the Amended Complaint State that the Property at Issue was Sold by Selker by the Undisputed Managing Member

Monast purchased the property on or about January 24, 2003, from Urban Properties, LLC, which apparently purchased the property from Selker. Pursuant to the Amended Complaint, Seldman was managing member until at least December 4, 2004, when Walker purportedly revoked his status. Therefore, Monast and his predecessor in title acquired the property when the authority of the managing member of Selker was not at issue.

WHEREFORE, Defendant, Jonas J. Monast, by counsel, respectfully requests that the Court dismiss the claims against him, with prejudice, and order such other and further relief as is appropriate.

JONAS J. MONAST
By Counsel

RATHBUN & GOLDBERG, P.C.
10555 Main Street, Suite 450
Fairfax, Virginia 22030
(703) 383-9580
(703) 383-9584 Fax

By: /s/ Peter I. Grasis
   Peter I. Grasis
   D.C. Bar No. 449475
   Counsel for Jonas J. Monast

britt/siemens/pleading02.memornadum.pg

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was forwarded via first class mail, postage pre-paid, this 14th day of August, 2006, to:

Albert A. Foster, Jr.
DILLINGHAM & MURPHY LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

David D. Hudgins
HUDGINS LAW FIRM
515 King Street
Suite 400
Washington, DC 22314

Kirsten E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005

Robert N. Levin
ROBERT N. LEVIN, PC
1901 Research Blvd
Suite 400
Rockville, MD 20850

George Taylor Masson, Jr.
HAMILTON & HAMILTON, LLP
1900 M Street, NW
Suite 410
Washington, DC 20036-3532

Eric Michael Rome
EISEN & ROME
One Thomas Circle, NW
Suite 350
Washington, DC 20005

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Alfred Long Scanlan, Jr.
ECCLESTON AND WOLF, P.C.
729 East Pratt Street
Suite 700
Baltimore, MD 21202-4460

James Andrew Sullivan, Jr.
MILES & STOCKBRIDGE, P.C.
11 North Washington Street
Suite 700
Rockville, MD 20850-4229

Peter Karl Tompa
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, NW
Washington, DC 20036

First American Title Insurance Co.
401 E. Pratt Street, SE, Ste. 323
Baltimore, MD 21202

Eastern Market Real Estate
7942 Wisconsin Ave.
Bethesda, MD 20814-3620

Eric J. Emrey
1964 2nd Street, N.W.
Washington, D.C. 20001

Carolyn Davis
Eastern Market Real Estate
210 9th Street, SE, Suite 100
Washington, D.C. 20003

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, D.C.  20002

                                        /s/ Peter I. Grasis
                                        Peter Grasis