IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 1:06-cv00603 GK |
| | ) |
| NEIL SELDMAN, *et al*. | ) |
| | ) |
| Defendants. | ) |

### ORDER

THIS MATTER coming before the Court upon the motion of the Defendant, Jonas J. Monast, to Dismiss the Amended Complaint, and it appearing to the Court that said motion should be denied, it is this ___ day of _____, 2006;

ORDERED, that the Defendant Jonas J. Monast's Motion ot Dismiss is hereby granted and the Amended Complaint is hereby dismissed with prejudice as to said Defendant.

_____
Judge, U.S. District Court

cc:

Peter I. Grasis
Rathbun & Goldberg, P.C.
The Fairfax Building
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Albert A. Foster, Jr.
DILLINGHAM & MURPHY LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

David D. Hudgins
HUDGINS LAW FIRM
515 King Street
Suite 400
Washington, DC 22314

Kirsten E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005

Robert N. Levin
ROBERT N. LEVIN, PC
1901 Research Blvd
Suite 400
Rockville, MD 20850

George Taylor Masson, Jr.
HAMILTON & HAMILTON, LLP
1900 M Street, NW
Suite 410
Washington, DC 20036-3532

Eric Michael Rome
EISEN & ROME
One Thomas Circle, NW
Suite 350
Washington, DC 20005

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Alfred Long Scanlan, Jr.
ECCLESTON AND WOLF, P.C.
729 East Pratt Street
Suite 700
Baltimore, MD 21202-4460

James Andrew Sullivan, Jr.
MILES & STOCKBRIDGE, P.C.
11 North Washington Street
Suite 700
Rockville, MD 20850-4229

Peter Karl Tompa
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, NW
Washington, DC 20036

First American Title Insurance Co.
401 E. Pratt Street, SE, Ste. 323
Baltimore, MD 21202

Eastern Market Real Estate
7942 Wisconsin Ave.
Bethesda, MD 20814-3620

Eric J. Emrey
1964 2nd Street, N.W.
Washington, D.C. 20001

Carolyn Davis
Eastern Market Real Estate
210 9th Street, SE, Suite 100
Washington, D.C. 20003

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, D.C.  20002