IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LE BON BRUCE WALKER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NEIL SELDMAN,** *et al.,* | ) | CASE NO. 1:06-cv-00603-GK |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

**DEFENDANT INSTITUTE FOR LOCAL SELF-RELIANCE'S**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Institute for Local Self-Reliance ("ILSR"), by its undersigned counsel, pursuant to Fed. R. Civ. P. Rule 56 and LCvR 7(h), and files this Motion for Summary Judgment and states that there are no genuine issues of material fact and that it is entitled to judgment as a matter of law as to any and all claims asserted by Plaintiff, Le Bon Bruce Walker. Defendant, ILSR, adopts and incorporates herein the attached Memorandum of Points and Authorities and Statement of Material Facts in Support of this Motion for Partial Summary Judgment.

WHEREFORE, Defendant, ILSR, respectfully requests that this Court grant this Motion for Summary Judgment and enter judgment in its favor and grant any further relief which this Court deems appropriate.

        Respectfully submitted,
        /s/ Peter K. Tompa
        Albert A. Foster, Jr., Esquire
        Bar Number 464009
        aaf@dillinghammurphy.com

        Peter K. Tompa, Esquire
        Bar Number 413752
        pkt@dillinghammurphy.com

        Dillingham & Murphy, LLP
        1155 Connecticut Avenue N.W.
        Suite 1120
        Washington, D.C. 20036
        Telephone: (202) 835-9880
        Facsimile: (202) 835-9885
        Counsel for Institute for Local Self-Reliance

## **LCvR5.4(b)(5) CERTIFICATE**

      I HEREBY CERTIFY that the original signed document is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

        Respectfully submitted,

        /s/ Peter K. Tompa
        Peter K. Tompa, Esquire

## CERTIFICATE OF SERVICE

 I hereby certify that on this 15th day of August, 2006, a copy of the Foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

               /s/ Peter K. Tompa
               Peter K. Tompa, Esquire