**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LE BON BRUCE WALKER,** )<br>)<br>Plaintiff, )<br>)<br>**v.** )<br>)<br>**NEIL SELDMAN,** *et al.,* )<br>)<br>Defendants, )<br>_____) | CASE NO. 1:06-cv-00603-GK |

## ORDER

**THIS MATTER** being opened to the Court by Dillingham & Murphy, LLP, attorneys for Defendant Institute for Local Self-Reliance ("ILSR"), for entry of an order granting summary judgment, and entering judgment in its favor, and the Court having reviewed the papers submitted in support of the motion and for other good cause having been shown;

**IT IS** on the _____ day of _____, 2006

**ORDERED** that defendant ILSR's Motion for Summary Judgment is hereby granted, and it is

**FURTHER ORDERED** that plaintiff's complaint is hereby dismissed.

_____
U.S.D.J.