IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No. 1:06-cv-00603-GK |
| | * |
| NEIL SELDMAN, et al. | * |
| | * |
| Defendants | * |

**DEFENDANT, NEIL SELDMAN'S SUPPLEMENT TO REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the Defendant, Neil Seldman, by his undersigned counsel, pursuant to Fed. R. Civ. P. Rule 56 and LCvR 7(d) and in supplement to his Reply Memorandum in Support of his Motion for Partial Summary Judgment states as follows:

As previously noted in Defendant, Neil Seldman's Reply Memorandum in Support of his Motion for Partial Summary Judgment, Walker has raised an argument that principles of *res judicata* should not apply because of the pendency of the Second Appeal in the District of Columbia Court of Appeals involving the Superior Court's Order docketed on April 14, 2006, granting Seldman's Motion for Cancellation and Release of Lis Pendens and Motion for Attorney's Fees and Costs (Exhibit 6).

In his Reply Memorandum, Seldman has set forth his arguments as to why the pendency of the Second Appeal should have no bearing on the preclusive effect of the underlying Judgment of Dismissal (see Section C of Reply Memorandum). Seldman supplements his Reply Memorandum herein to apprise this Court that subsequent to the filing of his Reply Memorandum, the Court of Appeals issued its decision in the Second Appeal (Appeal No. 06-

CV-479), granting Seldman's Motion for Summary Affirmance. Consequently, the Court of Appeals has affirmed the Superior Court's Order docketed on April 14, 2006 (Exhibit 6). A true and correct copy of the Court of Appeals' Judgment entered on August 10, 2006, granting Seldman's Motion for Summary Affirmance is attached hereto as **Exhibit 7**.

Clearly, the Court of Appeals has resolved the Second Appeal in favor of Neil Seldman; therefore, any argument raised by Walker to defeat partial summary judgment on the basis of the pendency of the Second Appeal has been rendered moot.

WHEREFORE, Defendant, Neil Seldman respectfully requests that this Court grant this Motion for Partial Summary Judgment and enter judgment in favor of Defendant, Neil Seldman as to any and all claims related to the property located at 1922 3rd Street, N.W., Washington, D.C. and grant any further relief which this Court deems appropriate.

        Respectfully Submitted,

        MILES & STOCKBRIDGE P.C.

        /s/ James A. Sullivan, Jr.
        G. VANN CANADA, JR. (D.C. Bar #366414)
        JAMES A. SULLIVAN, JR. (D.C. Bar #475145)
        11 North Washington Street
        Suite 700
        Rockville, Maryland 20850
        Telephone: (301) 762-1600

        Attorneys for Defendant, Neil Seldman

**LCvR 5.4(b)(5) CERTIFICATE**

I HEREBY CERTIFY that the original signed document is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

                                                                        /s/ James A. Sullivan, Jr.
                                                                        James A. Sullivan, Jr.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2006, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

        Le Bon Bruce Walker
        203 Seaton Place, N.E.
        Washington, D.C. 20003

        Carol McIntyre
        1922 3rd Street, NW, #9
        Washington, D.C. 20001

                                                                    /s/ James A. Sullivan, Jr.
                                                                        James A. Sullivan, Jr.