# District of Columbia Court of Appeals



No. 06-CV-479

LEBON BRUCE WALKER,

                Appellant,

v.                                                                              CAB3882-03

NEIL SELDMAN, ET AL.,

                Appellees.

BEFORE:   Washington, Chief Judge, Farrell, Associate Judge, and Terry, Senior Judge.

## JUDGMENT

On consideration of appellee's motion for summary judgment and the opposition thereto, it is

ORDERED that the motion for summary affirmance is granted. It is

FURTHER ORDERED AND ADJUDGED that the order on appeal is hereby affirmed. *See Kudon v f.m.e., Corp.*, 547 A.2d 976 (D.C. 1988) and D.C. Code § 42-1207 (d) (2001).

ENTERED BY DIRECTION OF THE COURT:

GARLAND PINKSTON, JR.
Clerk of the Court

Copies to:

Honorable Frederick H. Weisberg

Clerk, Superior Court

Lebon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20002

G. Vann Canada, Esquire
11 North Washington St., Suite 700
Rockville, MD 20850

Craig S. Brodsky, Esquire
One South Street, 20th Floor
Baltimore, MD 21202

lw

EXHIBIT 7