UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.
    Plaintiffs,

v.                                    No.1: 06-CV-00603(GK)

NEIL SELDMAN, ET. AL.,
    Defendants.

## MOTION OF PLAINTIFFS TO STAY PROCEEDINGS
## PENDING CASE IN DC SUPERIOR COURT

### Good Faith Certification

I hereby certify that prior to the filing of this Motion, I attempted to contact counsels for Appellees to gain their consent to the filing of this Motion. I was unable to reach any opposing counsels.

### Motion of Plaintiffs to Stay Proceedings
### Pending Case in DC Superior Court

COMES NOW PLAINTIFFS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully request that this Court enter an Order staying the proceedings in this matter pending the outcome of the same and related issues in the DC Superior Court. Walker et. al. refer this Court to the Memorandum of Points and Authorities below as grounds for this Motion.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Walker et. al. pray that the Court grant the instant Motion and stay the proceedings before the U.S. District Court pending the matters currently being resolved in the DC Superior Court and Court of Appeals.

**RECEIVED**

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Le Bon Bruce Walker, *pro se*
203 Seaton Place, NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of ___August___, 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to the following:

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland   21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washiington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl NW
Washington, DC 20010

Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
      Plaintiffs, :
: 
: 
v. : No.1: 06-CV-00603(GK)
: 
NEIL SELDMAN, ET. AL., :
      Defendants. :
_____ :

## MEMORANDUM OF POINTS AND AUTHORITIES

Walker et. al. initiated this action in the U.S. District Court on March 31, 2006 naming several Defendants including Defendants that he alleged were involved in the illegal sale of his property and of several properties belonging to his Company, SELKER, LLC. Plaintiffs have also alleged wrongdoing on the part of Defendants who were not directly associated with the loss of SELKER, LLC real estate, but whose actions along with those of Defendant Neil Seldman("Seldman") the other partner in SELKER, LLC, indirectly contributed to the loss and theft of company assets. Walker et. al. sued Seldman et. al. for violations under RICO, civil rights violations (42 U.S.C. § 1983), fraudulent conveyance, conspiracy to commit fraud, collusion and unjust enrichment and breach of contract and damages.

On or about May, 2003 and June, 2004, Walker initiated actions in the DC Superior Court against Seldman and some of the same Defendants to this action alleging torts that were the same and/or similar to some of the torts listed in the instant action, excluding the § 1983 claim that is outlined in the Verified Complaint and Amended Verified Complaint. These actions were assigned

DC Super Ct Case Nos. 03-CA-03882 and 04-CA-4631 and captioned Le Bon Bruce Walker v. Neil Seldman, et. al. The issues in these cases have not been fully adjudicated or resolved on the merits.

Walker et. al. maintain that is appropriate and in the interest of judicial economy that the U. S. District Court stay the present proceedings before it so that the matters can be resolved and the jurisdiction of the State Court can be exhausted (in this instance the DC Superior Court and the DC Court of Appeals). This is the proper remedy because the matters before the DC Superior Court were initiated prior to the action in the U.S. District Court and they involve some of the same issues and the same parties, as described earlier.

This Court has discretion to stay the proceedings currently before it pending the proceedings in the State Court and Walker, et. al., argue that none of the Defendants would or should be prejudiced by this request. See *Kline et. al. v. Burke Const. Co.*, 260 U.S. 226(1922); *Wilton, et. al. v. Seven Falls Company, et. al.*, 515 U.S. 277 (1995).

Respectfully submitted,

Le Bon Bruce Walker