UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,
        Plaintiffs,

v.

NEIL SELDMAN, ET. AL.,
        Defendants.

No.1: 06-CV-00603(GK)

## ORDER

Upon full consideration of Plaintiffs' Motion to Stay Proceedings Pending Cases in the DC Superior Court, any opposition thereto, the record herein and good cause having been shown, it is this _____ day of _____, 2006,

**ORDERED** that the Motion is granted and the matters before this Court are hereby stayed pending resolution of the cases in the DC Superior Court (Nos 03-CA-3882 and 04-CA-4631) and it is further,

**ORDERED** that Plaintiffs shall advise this Court of the final resolution of the matters currently pending in the DC Superior Court and the DC Court of Appeals.

                                                      Judge Gladys Kessler

copies to:

Le Bon Bruce Walker;
203 Seaton Pl. NE
Washington, DC 20002

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland   21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washiington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001


Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.
2001 S Street NW, Ste 310
Washington,  DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl NW
Washington, DC 20010