UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, et al.,              :
                                          :
       Plaintiffs,                        :
                                          :
          v.                                :  Civil Action
                                          :  No. 06-603 (GK)
NEIL SELDMAN, et al.,                     :
                                          :
       Defendants.                        :
_____:

### ORDER

This matter comes before the Court upon the Defendant's (Monast) Motion to Dismiss, [#45], filed on August 15, 2006. Plaintiffs are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

**ORDERED,** that the Plaintiffs respond to the Defendant's Motion to Dismiss no later than **September 18, 2006.** If Plaintiff does not respond, the Court will treat the motion as granted and enter judgment in favor of the Defendant.

```
                                    /s/
August 18, 2006                     Gladys Kessler
                                    U.S. District Judge
```

**Copies to:**  attorneys of record via ECF and

```
LE BON BRUCE WALKER
203 Seaton Place, NE
Washington, DC 20003

SELKER, LLC
PRO SE
```