IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBON BRUCE WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00603 |
| ) | |
| NEIL SELDMAN, <u>ET</u> <u>AL</u>., ) | |
| ) | |
| Defendants ) | |

## OPPOSITION TO MOTION TO STAY PROCEEDINGS

Defendants Dianne Stewart ("Stewart"), Elizabeth Menist ("Menist"), and John Scheuermann ("Scheuermann"), by counsel, file their Opposition to the Motion to Stay Proceedings filed by plaintiff LeBon Bruce Walker, and state as follows:

Initially, these defendants note that no good faith effort was made to resolve this Motion, as counsel for Stewart, Menist and Scheuermann was never contacted by the plaintiff.

The argument set forth by the plaintiff LeBon Bruce Walker ("Walker") in his Motion to Stay Proceedings is misplaced. The action cited as "pending" in his Motion, Superior Court Case No. 03-CA-03882, was actually dismissed, and the dismissal was affirmed on appeal (*See*, Motion to Dismiss of Stewart, Menist and Scheuermann, previously filed herein, Exhibits A, B and C). In the other case cited by Walker, Superior Court Case No. 04-CA-4631, these defendants are not parties, and the property that is the subject matter of the instant case is not at issue in that proceeding. As such, plaintiff's Motion to Stay wholly lacks merit.

These defendants have moved to dismiss Walker's Complaint on the grounds that this Court lacks jurisdiction to consider Walker's claims under the *Rooker-Feldman* doctrine; the claims are barred by the doctrines of *res judicata* and collateral estoppel; the claims are barred by the applicable statute of limitations; Walker has failed to state a claim under the RICO statutes or 42 USC 1983; and he has not alleged facts to support his punitive damage claim.  This Motion has been pending since May 10, 2006.  These defendants have been wrongfully named in this litigation, and seek an early resolution of the matter.  Walker has not stated adequate grounds to support his Motion to Stay, and it should be denied.

WHEREFORE, the Motion to Stay Proceedings of plaintiff LeBon Bruce Walker should be denied, and defendants Dianne Stewart, Elizabeth Menist and John Scheuermann should be awarded their costs in defending this Motion, including reasonable attorneys' fees.

                                          **DIANNE STEWART, ELIZABETH**
                                          **MENIST, and JOHN SCHEUERMANN**

                                          By: _____
                                                Counsel

David D. Hudgins
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true copy of the foregoing Opposition was sent via electronic filing this 18th day of August, 2006 to:

LeBon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C.  20002

Selker, LLC
3001 Georgia Ave., N.W.
Washington, D.C.  20001

James Sullivan
Miles & Stockbridge
11 N. Washington St., Suite 700
Rockville, MD  20850

Albert A. Foster, Jr., Esquire
Peter K. Tompa, Esquire
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

Carole McIntyre
1922 3rd St. NW #9
Washington, D.C.  20001

George Taylor Masson, Jr.
HAMILTON & HAMILTON, LLP
1900 M Street, NW
Suite 410
Washington, DC 20036-3532

Robert N. Levin, Esquire
Law Offices of Robert N. Levin, PC
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Kirsten E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place, N.W.
Washington, D.C. 20010

By: _____
     Counsel