**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LE BON BRUCE WALKER, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 06-603 (GK)** |
| **NEIL SELDMAN, et al.,** | |
| **Defendants.** | |

**ORDER**

This matter is before the Court upon Defendant's (Institute for Local Self-Reliance) Motion for Summary Judgment, [#46]. Plaintiffs, Le Bon Bruce Walker and Selker, LLC, are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED**, that Plaintiffs respond to the Defendant's Motion, [#46], no later than **September 21, 2006.** If Plaintiffs do not

respond, the Court will treat the Motion as granted and enter judgment in favor of the Defendant.

/s/
August 21, 2006

Gladys Kessler
U.S. District Judge

**Copies to: attorneys of record via ECF, and**

**LE BON BRUCE WALKER**
**203 Seaton Place, NE**
**Washington, DC 20003**