IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al.  )<br>  )<br>      Plaintiffs  )<br>  )<br>v.   )<br>  )<br>NEIL SELDMAN, et al.  )<br>  )<br>      Defendants  )<br>_____) | Case No.: 06-CV-0603 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), defendant Yohannes Woldehanna moves for the admission *pro hac vice* of Robert A. Scott in the above captioned case.

Respectfully submitted,

_____/s/_____
F. Joseph Nealon (#218966)
Kirsten E. Keating (#453500)
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, D.C. 20005
202-661-2200

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Dated: August 23, 2006           Counsel for Defendant Yohannes Woldehanna

DMEAST #9586081 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>NEIL SELDMAN, et al. )<br>)<br>Defendants )<br>_____) | Case No.: 06-CV-0603 |

**DEFENDANT YOHANNES WOLDEHANNA'S MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION
FOR ADMISSION *PRO HAC VICE* OF ROBERT SCOTT**

In support of its motion for admission *pro hac vice* of Robert Scott, defendant Yohannes Woldehanna states as follows:

1. The certification required by LCvR 83.2(d) is attached as Exhibit A.

2. If admitted, Mr. Scott will be joined of record with Kirsten E. Keating, who is a member in good standing of the Bar of this Court.

Respectfully submitted,

_____/s/_____
F. Joseph Nealon (#218966)
Kirsten E. Keating (#453500)
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, D.C. 20005
202-661-2200

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Dated: August 23, 2006                    Counsel for Defendant Yohannes Woldehanna

DMEAST #9586081 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>NEIL SELDMAN, et al. )<br>)<br>Defendants )<br>)  | Case No.: 06-CV-0603 |

**ORDER OF ADMISSION *PRO HAC VICE***

Upon consideration of Yohannes Woldehanna's motion for the admission *pro hac vice* of Robert A. Scott, any opposition thereto, and the record in this case, it is this ____ day of _____, 2006

ORDERED that the motion for the admission *pro hac vice* of Robert A. Scott on behalf of Yohannes Woldehanna, be GRANTED.

_____
JUDGE, UNITED STATES DISTRICT COURT,
DISTRICT OF COLUMBIA

cc:

Le Bon Bruce Walker, *pro se*
203 Seaton Place NE
Washington, DC 20003

Selker, LLC
3001 Georgia Avenue, NW
Washington, DC 20001

James Andrew Sullivan, Jr., Esquire
Miles & Stockbridge, PC
11 North Washington Street
Suite 700
Rockville, Maryland 20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC 22314

Eric M. Rome, Esquire
Eisen & Rome, PC
One Thomas Circle NW #850
Washington, DC 20005

Albert A. Foster, Jr., Esquire
Peter Karl Tompa, Esquire
Dillingham & Murphy LLP
1155 Connecticut Avenue NW
Suite 1120
Washington DC 20036

George Taylor Masson, Jr., Esquire
Hamilton & Hamilton, LLP
1900 M Street NW
Suite 410
Washington, DC 20036

Robert N. Levin, Esquire
Robert N. Levin, PC
1901 Research Blvd.
Suite 400
Rockville, Maryland 20850

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Noland, PA
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl, NW
Washington DC 20010

Carol McIntyre
1922 3rd Street, NW #9
Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for admission *pro hac vice*, memorandum of points and authorities in support thereof, declaration of Robert A. Scott, and proposed order were sent via first class mail, postage pre-paid, on this __23__ day of August, 2006 to:

Le Bon Bruce Walker, *pro se*
203 Seaton Place NE
Washington, DC  20003

Selker, LLC
3001 Georgia Avenue, NW
Washington, DC  20001

James Andrew Sullivan, Jr., Esquire
Miles & Stockbridge, PC
11 North Washington Street
Suite 700
Rockville, Maryland  20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC  22314

Eric M. Rome, Esquire
Eisen & Rome, PC
One Thomas Circle NW #850
Washington, DC  20005

Albert A. Foster, Jr., Esquire
Peter Karl Tompa, Esquire
Dillingham & Murphy LLP
1155 Connecticut Avenue NW
Suite 1120
Washington DC  20036

George Taylor Masson, Jr., Esquire
Hamilton & Hamilton, LLP
1900 M Street NW
Suite 410
Washington, DC 20036

Robert N. Levin, Esquire
Robert N. Levin, PC
1901 Research Blvd.
Suite 400
Rockville, Maryland 20850

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Noland, PA
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl, NW
Washington DC  20010

Carol McIntyre
1922 3rd Street, NW #9
Washington, DC  20001

_____/s/_____
Kirsten Keating