**LE BON BRUCE WALKER, et al.     v.     NEIL SELDMAN, et al.**

Case No.: 06-CV-0603

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al. ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> NEIL SELDMAN, et al. ) <br> ) <br> Defendants ) <br> ) | Case No.: 06-CV-0603 |

**DECLARATION OF COUNSEL REGARDING
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, I, Robert Scott, declare as follows:

1. My full name is Robert A. Scott.

2. I am an attorney practicing with the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 300 East Lombard Street, 18th Floor, Baltimore, Maryland 21202, telephone number (410) 528-5600 and facsimile number (410) 528-5650.

3. I am a member in good standing of the bars of Maryland and the District of Columbia. I also have been admitted to practice before the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

6. I have been admitted to practice in this court once within the last two (2) years.

7. I am not a resident of this district, nor do I practice law from an office located in the District of Columbia. I do not have an application for admission to this Court pending.

DMEAST #9586081 v1

8.    I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable Rules of Professional Conduct and Court rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2006.

_____
Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600