UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. | ) |
| | ) |
| v. | )     Case No. 1:06-cv-00603-GK |
| | ) |
| Neil Seldman, et al. | ) |

## ORDER

Upon consideration of Defendant City Title & Escrow Co., Inc.'s Motion to Stay Initial Scheduling Conference and Related Procedures until the Court Has Ruled on All Pending Dispositive Motions and until the Newly Added Defendant Has Replied to the Suit and the [lack of] Opposition thereto it is this ___ day of _____, 2006,

ORDERED, ADJUDGED and DECREED, the Motion is granted and the Order of this Court entered August 17, 2006, establishing a schedule in this matter is vacated.

_____
United States District Court Judge

G:\C.Title\pldg\postpone.ord.wpd