UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00603-GK |
| ) | |
| Neil Seldman, et al. ) | |

## ORDER

Upon consideration of Plaintiffs' Motion to Stay Proceedings Pending Case in DC Superior Court and the Opposition of Defendant City Title & Escrow Co., Inc. thereto it is this \_\_\_ day of _____, 2006,

ORDERED, ADJUDGED and DECREED, the Motion is denied.

_____
United States District Court Judge

G:\C.Title\pldg\stayorder.wpd