IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LE BON BRUCE WALKER**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **NEIL SELDMAN**, *et al.*, ) | CASE NO. 1:06-cv-00603-GK |
| ) | |
| Defendants, ) | |
| _____) | |

**DEFENDANT INSTITUTE FOR LOCAL SELF-RELIANCE'S
OPPOSITION TO MOTION TO STAY PROCEEDINGS**

Defendant, Institute for Local Self-Reliance ("ILSR"), by its undersigned counsel, files this Opposition to Plaintiff's Le Bon Motion to Stay Proceedings.[1] The Court should deny this Motion and instead rule on the pending Motions for Summary Judgment and/or Motions to Dismiss filed on behalf of the Defendants, including ILSR. To rule otherwise would reward Plaintiffs' efforts to manipulate the judicial system by filing multiple suits claiming that Defendant Neil Seldman and others were involved in a scheme to defraud Plaintiffs.

Indeed, the Court has ample reason to exercise its discretion to deny Plaintiffs' Motion for Stay under the facts at issue here. Motions for stay or dismissal are typically filed and often granted ***where a party seeks to stay or dismiss an action filed by an opposing party in federal court in favor of an action brought by the moving party in state court.*** *See e.g., Kline v. Burke Constr. Co.,* 260 U.S. 226 (1922); *Wilton v. Seven Falls Co.,* 515 U.S. 277 (1995) (cited in Plaintiff's Mem. at 4.). However, that is not the

---

[1] Although Plaintiff's may have "attempted to contact counsel for Appellees to gain their consent to the filing of [his] motion," Walker never sought ILSR's consent pursuant to LCvR 7 (m).

case here. Rather, in this case, ***Plaintiff, Le Bon Bruce Walker, has brought all the federal and D.C. Superior Court actions, and has only filed his belated Motion to Stay after Defendants have filed Motions for Summary Judgment and/or Motions to Dismiss.***

Plaintiffs should not be allowed to utilize a stay to avoid the consequences of filing duplicative litigation in federal court. To the contrary, "the interests of judicial economy" demand a prompt ruling on Defendants' pending Motions for Summary Judgment and/or Motions to Dismiss.

WHEREFORE, Defendant, ILSR, respectfully requests that this Court deny Plaintiffs' Motion to Stay Proceedings.

> Respectfully submitted,
> /s/ Peter K. Tompa
> Albert A. Foster, Jr., Esquire
> Bar Number 464009
> aaf@dillinghammurphy.com
>
> Peter K. Tompa, Esquire
> Bar Number 413752
> pkt@dillinghammurphy.com
>
> Dillingham & Murphy, LLP
> 1155 Connecticut Avenue N.W.
> Suite 1120
> Washington, D.C. 20036
> Telephone: (202) 835-9880
> Facsimile:  (202) 835-9885
> Counsel for Institute for Local Self-Reliance

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of August, 2006, a copy of the Opposition to Motion to Stay was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

      /s/ Peter K. Tompa  
      Peter K. Tompa, Esquire