UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LE BON BRUCE WALKER**, *et al.*,    :
:
      **Plaintiffs,**    :
:
v.    :    Civil Action No. 06-603 (GK)
:
**NEIL SELDMAN**, *et al.*,    :
:
      **Defendants.**    :

### ORDER

    Defendant, City Title & Escrow Co., Inc., has moved to stay the Initial Scheduling Conference scheduled for September 8, 2006 at 10:00 a.m. It would appear from the representations made in the Motion that the case is not yet ready for such a Conference. For example, Plaintiff is being allowed to file a Second Amended Complaint. It must be served on Defendants and they must be given the appropriate period of time in which to respond. In addition, the Second Amended Complaint includes a newly added Defendant who needs to be served and to respond. Consequently, Defendant, City Title & Escrow Co., Inc., is hereby

    **ORDERED**, to inform the Court as soon as all Defendants have been served with the Second Amended Complaint; and it is further

    **ORDERED**, that the Initial Scheduling Conference set for September 8, 2006 is hereby **cancelled**; and it is further

    **ORDERED,** that no later than **October 1, 2006**, the parties are to file a Status Report in this case; and it is further

**ORDERED**, that the Motion to Stay is **granted as to the Initial Scheduling Conference, but denied as to the request to stay the case until all pending dispositive motions have been decided**.


August 24, 2006                                  /s/
                                                 Gladys Kessler
                                                 United States District Judge


**Copies via ECF to all counsel of record**

and

**Le Bon Bruce Walker**
**203 Seaton Place, N.E.**
**Washington, D.C.  20002**

and

**Selker, LLC**
**3001 George Avenue, N.W.**
**Washington, D.C.  20001**