IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 06-CV-0603 |
| NEIL SELDMAN, et al. | * | Judge Gladys Kessler |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT WOLDEHANNA'S MOTION TO DISMISS SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant, Yohannes Woldehanna ("Mr. Woldehanna"), by his attorneys and pursuant to Rules 12(b) and 56 of the Federal Rules of Civil Procedure, hereby moves to dismiss the claims against him on the ground that the Second Amended Complaint fails to state a claim upon which relief may be granted or, alternatively, for summary judgment as there are no material facts in dispute and Mr. Woldehanna is entitled to judgment as a matter of law. The basis for Mr. Woldehanna's Motion is set forth in the attached memorandum of law, which is incorporated by reference herein.

WHEREFORE, Mr. Woldehanna requests that the Court grant his Motion and dismiss with prejudice the claims against Mr. Woldehanna or, alternatively, enter judgment in his favor, and order such other and further relief as may be appropriate.

Respectfully submitted,

_____/s/_____
F. Joseph Nealon (#218966)
Kirsten E. Keating (#453500)
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, D.C. 20005
202-661-2200

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Counsel for Defendant Yohannes Woldehanna

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 06-CV-0603<br>Judge Gladys Kessler |
| NEIL SELDMAN, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT WOLDEHANNA'S MOTION TO DISMISS SECOND AMENDED**
**COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant, Yohannes Woldehanna ("Mr. Woldehanna"), by his attorneys and pursuant to Rules 12(b) and 56 of the Federal Rules of Civil Procedure, hereby submits this Memorandum of law in support of his Motion to Dismiss Second Amended Complaint or, in the Alternative, for Summary Judgment (the "Motion") and states as follows:

1.  On or about June 16, 2006, Mr. Woldehanna filed a Motion to Dismiss Second Amended Complaint or, in the Alternative for Summary Judgment in response to Plaintiff's Amended Complaint. That motion has been fully briefed.

2.  Thereafter, Plaintiff obtained leave to file a Second Amended Complaint for the purpose of adding a new defendant.

3   On or about August 18, 2006, this Court granted Plaintiff's Motion for Leave to file a Second Amended Complaint.

4.  The addition of a new defendant does not change in any way the grounds for Mr. Woldehanna's Motion, nor correct any of the defects in Plaintiff's claims.

DMEAST #9587758 v2

5. Accordingly, the Court should grant Mr. Woldehanna's Motion on the grounds outlined in his June 16, 2006 Memorandum of Law in support of his Motion, which is incorporated by reference herein.

Respectfully submitted,

_____/s/_____
F. Joseph Nealon (#218966)
Kirsten E. Keating (#453500)
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, D.C. 20005
202-661-2200

Robert A. Scott
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Counsel for Defendant Yohannes Woldehanna

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 06-CV-0603 |
| NEIL SELDMAN, et al. | * | Judge Gladys Kessler |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROPOSED ORDER**

UPON CONSIDERATION of the Motion to Dismiss Second Amended Complaint or, in the Alternative, for Summary Judgment (the "Motion") filed by Defendant Yohannes Woldehanna ("Mr. Woldehanna"), and any opposition thereto, if any, it is on this ___ day of _____, 2006 by the United States District Court for the District of Columbia hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that judgment is entered in Mr. Woldehanna's favor on all counts in the Second Amended Complaint; and it is further;

ORDERED AND DECLARED that Yohannes Woldehanna and Betty Sintayehu own the Property at 1934 3rd Street, NW, Washington DC free and clear of any claim by Plaintiffs.

_____
THE HONORABLE JUDGE GLADYS KESSLER
United States District Court for the District of Columbia

DMEAST #9589555 v1

cc:

Le Bon Bruce Walker, *pro se*
203 Seaton Place NE
Washington, DC  20003

Selker, LLC
3001 Georgia Avenue, NW
Washington, DC  20001

James Andrew Sullivan, Jr., Esquire
Miles & Stockbridge, PC
11 North Washington Street
Suite 700
Rockville, Maryland  20850

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC  22314

Eric M. Rome, Esquire
Eisen & Rome, PC
One Thomas Circle NW #850
Washington, DC  20005

Albert A. Foster, Jr., Esquire
Peter Karl Tompa, Esquire
Dillingham & Murphy LLP
1155 Connecticut Avenue NW
Suite 1120
Washington DC  20036

George Taylor Masson, Jr., Esquire
Hamilton & Hamilton, LLP
1900 M Street NW
Suite 410
Washington, DC 20036

Robert N. Levin, Esquire
Robert N. Levin, PC
1901 Research Blvd.
Suite 400
Rockville, Maryland 20850

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Noland, PA
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Pl, NW
Washington DC  20010

Carol McIntyre
1922 3rd Street, NW #9
Washington, DC  20001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25<u>th</u> day of August, 2006 a copy of Defendant Yohannes Woldehanna's Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment, Memorandum in Support Thereto and Proposed Order were served via e-filing and first class mail, postage pre-paid to:

> Le Bon Bruce Walker, *pro se*
> 203 Seaton Place NE
> Washington, DC 20003
>
> Selker, LLC
> 3001 Georgia Avenue, NW
> Washington, DC 20001
>
> James Andrew Sullivan, Jr., Esquire
> Miles & Stockbridge, PC
> 11 North Washington Street
> Suite 700
> Rockville, Maryland 20850
>
> David D. Hudgins, Esquire
> Hudgins Law Firm
> 515 King Street
> Suite 400
> Washington, DC 22314
>
> Albert A. Foster, Jr., Esquire
> Peter Karl Tompa, Esquire
> Dillingham & Murphy LLP
> 1155 Connecticut Avenue NW
> Suite 1120
> Washington, DC 20036
>
> Eric Michael Rome, Esquire
> Eisen & Rome
> One Thomas Circle, NW
> Suite 350
> Washington DC 20005

Carol McIntyre
1922 3rd Street, NW #9
Washington, DC 20001

Alfred Long Scanlan, Jr., Esquire
Eccleston and Wolfe, PC
729 East Pratt Street
Suite 700
Baltimore, Maryland 21202

George Taylor Masson, Jr., Esquire
Hamilton & Hamilton LLP
1900 M Street NW
Suite 410
Washington DC 20036

Robert N. Levin, Esquire
Robert N. Levin, PC
1901 Research Blvd.
Suite 400
Rockville, Maryland 20850

Michael N. Russo Jr., Esquire
Council Baradel Kosmerl & Noland PA
125 West Street, 4th Floor
PO Box 2289
Annapolis, Maryland 21404

Peter Imants Grasis, Esquire
Rathbun & Goldberg PC
10555 Main Street
Suite 450
Fairfax, Virginia 22030

　　　　　　　　　　　　/s/
　　　　　　　　　Kirsten E. Keating