## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER          *
                             *
            Plaintiff        *
                             *
    vs.                      *     Case No. 1:06-cv-00603-GK
                             *
NEIL SELDMAN, et al.         *
                             *
            Defendants       *

---

## DEFENDANT, NEIL SELDMAN'S MEMORANDUM
## IN OPPOSITION TO MOTION TO STAY PROCEEDINGS

COMES NOW the Defendant, Neil Seldman, by his undersigned counsel, pursuant to LCvR 7(b) and files this Memorandum in Opposition to Motion to Stay Proceedings and in support thereof states as follows:

1.      In opposition to Plaintiff's Motion to Stay Proceedings, Defendant, Neil Seldman adopts and incorporates Defendant, Institute for Local Self-Reliance's Opposition to Motion to Stay Proceedings [#57].

WHEREFORE, Defendant, Neil Seldman, respectfully requests that this Court deny Plaintiff's Motion to Stay Proceedings.

Respectfully Submitted,

MILES & STOCKBRIDGE P.C.


__/s/ James A. Sullivan, Jr._____
G. VANN CANADA, JR. (D.C. Bar #366414)
JAMES A. SULLIVAN, JR. (D.C. Bar #475145)
11 North Washington Street
Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600

Attorneys for Defendant, Neil Seldman


## LCvR 5.4(b)(5) CERTIFICATE

I HEREBY CERTIFY that the original signed document is in the possession of the

undersigned and that it is available for review upon request by a party or by the Court.

___/s/ James A. Sullivan, Jr._____
James A. Sullivan, Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2006, a copy of the foregoing was

mailed via first class mail, postage prepaid, to the following:

> Le Bon Bruce Walker
> 203 Seaton Place, N.E.
> Washington, D.C. 20003
>
> Carol McIntyre
> 1922 3rd Street, NW, #9
> Washington, D.C. 20001

    /s/ James A. Sullivan, Jr.    
James A. Sullivan, Jr.
