UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL. :
        Plaintiffs, :
        :
        :
v. : No.1: 06-CV-00603(GK)
        :
NEIL SELDMAN, ET. AL., :
        Defendants. :
_____:

## ORDER

Upon full consideration of Defendant City Title & Escrow Co. Inc's Motion for Summary Judgment, Plaintiff's Opposition thereto the record herein and it appearing that genuine disputes of material fact exist, it is,

**ORDERED**   that the Motion for Summary Judgment is denied and/or in the alternative, it is further,

**ORDERED**   that decisions on all dispositive motions are stayed pending Discovery.

                                                                             Judge Gladys Kessler

cc:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

19

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard

Suite 400
Rockville, MD 20850

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030