IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER,
   Plaintiff,

v.    No. 1: 06-CV-00603 (GK)

NEIL SELDMAN, et. al.,
   Defendants.

**RECEIVED**
AUG 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION TO ENLARGE TIME TO FILE OPPOSITION TO INSTITUTE FOR LOCAL SELF-RELIANCE'S MOTION FOR SUMMARY JUDGMENT

**Rule LCVR 7(m) Statement**

I hereby certify that on Thursday, August 31, 2006 around 5:30 p.m., I attempted to contact counsel for Defendant, the Institute for Local Self-Reliance ("ISLR") to seek consent to the filing of this Motion. Counsel was unavailable and I left a detailed message on his voice mail.

**Motion to Enlarge Time to File Opposition to
Institute for Local Self-Reliance's Motion
For Summary Judgment**

COMES NOW PLAINTIFFS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully move this Court for an Order enlarging the time to thirty (30) days from the date of entry of a decision on the instant Motion or whatever time this Court deems just and proper, within which to file an opposition to the ILSR's Motion for Summary Judgment. Walker refers the Court to the Memorandum of Points and Authorities below in support of this Motion.

1. On August 15, 2006, the ILSR filed a Motion for Summary Judgment arguing generally that the Verified Complaint filed by Plaintiffs should be dismissed under the principles of *res*

*judicata* and collateral estoppel.

2. Despite a diligent attempt to research the facts and legal authority provided in support of Defendant's Motion and to prepare a suitable opposition to the Motion, Walker finds that he is unable to file before the time runs under LcvR 7(m) due to unforseen circumstances.

3. Plaintiff within the last 14 days has had to undertake the supervisory duties of his business associate in addition to his own, due to the fact that his business associate was out of town. Walker runs a construction company in Baltimore, MD. This fact coupled with the fact that Plaintiff is involved in at least two other litigations wherein pleadings are due in those prior cases has caused delay in his ability to file an opposition to the ILSR's Motion timely.

4. Walker would like the opportunity to respond to the ILSR's Motion particularly in view of this Court's position in its previous Orders granting enlargements of time, which is that the failure to respond to the dispositive motion will result in the Court's treating the Motion as conceded.

5. Pursuant to Fed. R. Civ. Proc. 6(b), this Court may enlarge the time to file an opposition to a motion for summary judgment for cause. Walker maintains that he has shown good cause for why an enlargement of time should be granted.

WHEREFORE the premises considered, Walker prays that this Court grant the instant Motion and enlarge the time to 30 days from the date of a decision on this pleading within which to file an opposition to the ILSR's Motion for Summary Judgment.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this __31st__ day of __August__, 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to the following:

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland   21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.

2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Le Bon Bruce Walker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER,          :
         Plaintiff,           :
                              :
v.                            :    No. 1: 06-CV-00603 (GK)
                              :
NEIL SELDMAN, et. al.,        :
         Defendants.          :
_____:

## ORDER

Upon full consideration of Plaintiffs' Motion to Enlarge Timet to File Opposition to Institute for Local Self Reliance's Motion for Summary Judgment, any opposition thereto, the record herein and good cause having been shown, it is this _____ day of _____ 2006,

**ORDERED** that the Motion is **granted** and Plaintiffs shall file an opposition to the Motion for Summary Judgment on or before _____.

_____
Judge Gladys Kessler

cc:

Le Bon Bruce Walker         SELKER, LLC
203 Seaton Pl NE            3001 Georgia Ave NW
Washington, DC 20002        Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland  21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001


Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Peter I Grasis, Esquire
10555 Main Street , Suite 450
Fairfax, Virginia 22030