Doc# 2002032277



THIS DEED

MADE this 18th day of March in the year 2002, by and between Selker, LLC, a limited liability company organized and existing under the laws of the District of Columbia (formerly known as Seldman Walker, LLC), party of the first part; and Neil Seldman, party of the second part:

WITNESSETH: that for and in consideration of the sum of Ten Dollars ($10.00), receipt whereof is hereby acknowledged, the said party of the first part does grant unto the said party of the second part, in fee simple, the following described land and premises, situate in the District of Columbia and known and distinguished as:

Lot numbered 38 in Square numbered 3087 in Catherine J. and Gertrude J. Burns' subdivision of part of Lot 6 in Block 11 in "LeDroit Park", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 43 at folio 169.

Together with all and singular the ways, easements, rights, privileges and appurtenances to the same belonging or in anywise appertaining, and all the estate, right, title, interest and claim, either at law or in equity, or otherwise however, of the said party of the first part, of, in, to, or out of the said land and premises.

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed, and that it will execute such further assurances of said land as may be requisite.

IN TESTIMONY WHEREOF, the said party of the first part, on the day and year first hereinbefore written, has caused these presents to be signed by Neil Seldman, its Managing Member.

                                                  Selker, LLC

                                                  By: _____(Seal)
                                                  Neil Seldman, Managing Member

DISTRICT OF COLUMBIA, to-wit:

    I, Richard L. Sugarman, a Notary Public in and for the aforesaid jurisdiction do hereby certify that Neil Seldman who is personally well known to me as the person named in the foregoing Deed, bearing date the 18th day of March, 2002, and hereto annexed, personally appeared before me in the said jurisdiction and by virtue of the authority vested in him, acknowledged the same to be the act and deed of Selker, LLC, the grantor therein.

    GIVEN under my hand and seal this 18th day of March, 2002.

                                                    _____
                                                    Notary Public

My Commission Expires: 1/31/03


After recording mail to:

Mr. Neil Seldman
P.O. Box 92017
Washington, D.C. 20090

Deed0768

Exhibit 1

```
Doc# 2002032277
Book:
Page:
Filed & Recorded
   03/28/2002  12:57:36 PM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
   RECORDING       $    15.00
   SURCHARGE       $     5.00
   RECORDATION TAX $ 1,097.25
   TRANSFER TAX FE $ 1,097.25
```