UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al. * | |
| Plaintiffs * | |
| v. * | Case No.: 06-CV-00603 |
| NEIL SELDMAN, et al. * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR LEAVE TO FILE COUNTERCLAIM & CROSSCLAIM

**UPON CONSIDERATION** of the Motion for Leave to File Counterclaim & Crossclaim filed by Defendants First American Title Insurance Company, Eastern Market, Carolyn Davis and Eric Emrey, and any opposition thereto, and with good cause shown it is by the United States District Court for the District of Columbia hereby

**ORDERED** that said Motion be and is hereby **GRANTED**, and further

**ORDERED** that Defendants First American Title Insurance Company, Eastern Market, Carolyn Davis and Eric Emrey be and are hereby permitted leave of Court to file a Counterclaim and Cross-claim.

_____
Judge