**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LE BON BRUCE WALKER,** | ) CASE NO. 1:06-cv-00603-GK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **NEIL SELDMAN**, *et al.*, | ) |
| | ) SECOND AMENDED |
| | )  ANSWER |
| | ) |
| Defendants. | ) |

**DEFENDANT INSTITUTE FOR SELF-RELIANCE'S ANSWER TO SECOND
AMENDED COMPLAINT**

Defendant Institute for Local Self-Reliance, through counsel, states the following in Amended Answer to Plaintiff's Amended Complaint:

**FIRST DEFENSE**

In response to the enumerated paragraphs, this Defendant answers as follows:

1. This Defendant is without sufficient information to admit or deny this allegation.

2. This Defendant is without sufficient information to admit or deny this allegation.

3. This Defendant is without sufficient information to admit or deny this allegation.

4. It is admitted that this Defendant is a non-profit organization, concerned with environmental and economic development issues, that it receives public and private funds and that it has offices in Minneapolis and the District of Columbia. All other allegations are denied.

5. This Defendant is without sufficient information to admit or deny this allegation.

6. This Defendant is without sufficient information to admit or deny this allegation.

7. This Defendant is without sufficient information to admit or deny this allegation.

8. This Defendant is without sufficient information to admit or deny this allegation.

9. This Defendant is without sufficient information to admit or deny this allegation.

10. This Defendant is without sufficient information to admit or deny this allegation.

11. This Defendant is without sufficient information to admit or deny this allegation.

12. This Defendant is without sufficient information to admit or deny this allegation.

13. This Defendant is without sufficient information to admit or deny this allegation.

14. This Defendant is without sufficient information to admit or deny this allegation.

15. This Defendant is without sufficient information to admit or deny this allegation.

16. This Defendant is without sufficient information to admit or deny this allegation.

17. This Defendant is without sufficient information to admit or deny this allegation.

18. This Defendant is without sufficient information to admit or deny this allegation.

19. This Defendant is without sufficient information to admit or deny this allegation.

20. This Defendant is without sufficient information to admit or deny this allegation.

21. This Defendant is without sufficient information to admit or deny this allegation.

22. This Defendant is without sufficient information to admit or deny this allegation.

23. This Defendant is without sufficient information to admit or deny this allegation.

24. Denied.

25. This Defendant is without sufficient information to admit or deny this allegation.

26. This Defendant is without sufficient information to admit or deny this allegation.

27. This Defendant is without sufficient information to admit or deny this allegation.

28. This Defendant is without sufficient information to admit or deny this allegation.

29. This Defendant is without sufficient information to admit or deny this allegation.

30. This Defendant is without sufficient information to admit or deny this allegation.

31. This Defendant is without sufficient information to admit or deny this allegation.

32. This Defendant is without sufficient information to admit or deny this allegation.

33. This Defendant is without sufficient information to admit or deny this allegation.

34. This Defendant is without sufficient information to admit or deny this allegation.

35. This Defendant is without sufficient information to admit or deny this allegation.

36. This allegation does not require a response.

37. Paragraphs 1 – 36 are incorporated by reference.

38. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

39. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

40. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

41. Denied.

42. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

43. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

44. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

45. Denied.

46. Denied.

47. Paragraphs 1 – 46 are incorporated by reference.

48. Denied.

49. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

50. Denied.

51. Denied.

52. Paragraphs 1 – 51 are incorporated by reference.

53. Denied.

54. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

55. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

56. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

57. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

58. Paragraphs 1 – 57 are incorporated by reference.

59. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

60. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

61. Paragraphs 1 – 60 are incorporated by reference.

62. Denied.

63. Denied.

64. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

65. Paragraphs 1 – 64 are incorporated by reference.

66. Denied.

67. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

68. The stated fact is not aimed at this particular Defendant, as such the Defendant has no knowledge of, or information pertaining to, the averment.

### SECOND DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

### THIRD DEFENSE

The Complaint is barred by doctrine of Collateral Estoppel.

### FOURTH DEFENSE

Upon information and belief, the Complaint is barred by the statute of limitations.

### FIFTH DEFENSE

The Complaint is barred by the doctrines of laches, unclean hands, and equitable estoppel.

### SIXTH DEFENSE

The Complaint is barred because the Plaintiff has engaged in fraud and illegality.

## SEVENTH DEFENSE

The Complaint is barred under the doctrine of res judicata.

**WHEREFORE,** it is requested that this matter be dismissed with prejudice, that defendant be awarded its costs and attorney's fees, and that this Court order such other and further relief as may be deemed just and proper.

>Respectfully submitted,
>/s/ Peter K. Tompa
>Peter K. Tompa, Esquire
>Bar Number 413752
>pkt@dillinghammurphy.com
>Albert A. Foster, Jr., Esquire
>Bar Number 464009
>aaf@dillinghammurphy.com
>Dillingham & Murphy, LLP
>1155 Connecticut Avenue N.W.
>Suite 1120
>Washington, D.C. 20036
>Telephone: (202) 835-9880
>Facsimile: (202) 835-9885
>Counsel for Institute for Self-Reliance

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of September 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                             /s/ Peter K. Tompa  
                                             Peter K. Tompa, Esquire