## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, et al.    *

    Plaintiffs    *

v.    *   Case No.: 06-CV-00603

NEIL SELDMAN, et al.    *

    Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

**COME NOW** Defendants, First American Title Insurance Company ("FATIC"), Eastern Market Real Estate ("Eastern Market"), Carolyn Davis ("Davis") and Eric Emrey ("Emery") by and through Council, Baradel, Kosmerl & Nolan, P.A., Michael N. Russo, Jr., and Stephen A. Oberg, their attorneys, and pursuant to Fed. R. Civ. P. Rules 12(b) and 56 hereby file this Motion to Dismiss or in the Alternative for Summary Judgment in the above-captioned matter as follows:

    1.   The Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted and Defendants FATIC, Eastern Market, Davis and Emrey are entitled to judgment.

    2.   Alternatively, there are no genuine issues of material fact and Defendants FATIC, Eastern Market, Davis and Emrey are entitled to judgment as a matter of law.

    3.   Defendants FATIC, Eastern Market, Davis and Emrey adopt and incorporate herein the arguments set forth in the accompanying Memorandum in Support of Motion to

Dismiss or in the Alternative for Summary Judgment and the arguments set forth in the dispositive motions of the other Defendants.

**WHEREFORE**, for the foregoing reasons Defendants FATIC, Eastern Market, Davis and Emrey respectfully request an Order from this Court dismissing the Plaintiff's Second Amended Complaint and/or entering judgment in favor of the Defendants and against the Plaintiff.

                                            COUNCIL, BARADEL,
                                            KOSMERL & NOLAN, P.A.

By:    */s/ Stephen A. Oberg*
        Michael N. Russo, Jr. (Bar No.: 07322)
        Stephen A. Oberg (Bar No.: 475925)
        125 West Street, 4th Floor
        Post Office Box 2289
        Annapolis, Maryland 21404-2289

        Annapolis: (410) 268-6600
        Baltimore: (410) 269-6190
        Washington: (301) 261-2247

        *Attorneys for Defendants First American Title Insurance Company, Eastern Market Title, LLC, Carolyn Davis and Eric Emrey*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6 day of September, 2006, a copy of the foregoing document was mailed, first class postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20003


                                                  */s/ Stephen A. Oberg*_____
                                                  Stephen A. Oberg