UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, et al.   *

    Plaintiffs   *

v.   *   Case No.: 06-CV-00603

NEIL SELDMAN, et al.   *

    Defendants   *

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CAROLYN DAVIS

NOW COMES Carolyn Davis to make Affidavit, upon personal knowledge, as follows:

1. I am over eighteen years of age and am competent to testify in the above-entitled action.

2. I am a member of Eastern Market Title, LLC, a title agent licensed to review and issue title insurance in the District of Columbia.

3. Eastern was an agent of First American Title Insurance Company for the limited purpose of issuing title insurance. Since the transactions which are part of this litigation, Eastern has sold its assets but the limited liability company still exists and I am still a member.

4. I have reviewed the records of documents kept in the normal course of Eastern Market's business regarding Eastern Market's settlement of 1964 2nd Street, on March 18, 2002, and can affirm that the documents kept in said file depict information made at or near the time of the events depicted, by persons with such knowledge, that the documents were maintained in the normal course of Eastern Market's business and that it is Eastern Market's practice to maintain such documents. I am the custodian of such records.

5. Included amongst the file as business records is a Deed dated March 18, 2002, executed by the parties transferring 1964 2nd Street from Selker to Seldman. A copy of said Deed is attached hereto as Exhibit A.

6. I have reviewed the records of documents kept in the normal course of Eastern Market's business regarding Eastern Market's settlement of 503 Rhode Island Avenue, N.E., Washington, D.C. on March 22, 2002 and can affirm that the documents kept in said file depict information made at or near the time of the events depicted, by persons with such knowledge, that the documents were maintained in the normal course of Eastern Market's business and that it is Eastern Market's practice to maintain such documents. I am the custodian of such records.

7. Included amongst the file as business records is HUD-1 Settlement Statement of the sale of 503 Rhode Island Avenue, N.E., Washington, D.C. from Selker, LLC to Andrew L. Steed conducted by Eastern Market as well as a copy of the Deed executed by the parties at this settlement. Copies attached hereto as Exhibits B & C, respectively.

8. As part of the process to underwrite the title insurance for the subject property acquired from Neal Seldman of Selker, LLC, the Operating Agreement for Selker, LLC's predecessor, Seldman Walker, LLC, and an Amendment to the Operating Agreement. Copies of each are appended hereto as Exhibits D and E respectively. These documents were also received and are maintained in the normal course of Eastern Market's business.

9. Further, in the process of underwriting the sale of the subject properties, I acquired from the records of the District of Columbia the corporate records depicting the name

2

change of Seldman Walker, LLC to Selker, LLC and the Good Standing Certificate regarding Selker, LLC. Copies of each are appended hereto as Exhibits F and G, respectively.

10. As part of the underwriting process, I also spoke with Le Bon Bruce Walker prior to the settlement of 503 Rhode Island Avenue. At that time Walker was incarcerated in the Maryland House of Corrections at Jessup, Maryland. I spoke with Mr. Walker by telephone to discuss the pending sale of the property. Mr. Walker advised that he had received documentation provided to him by Mr. Seldman regarding the sale of the property which would confirm his approval of this sale as a member of the LLC. Walker was unable to obtain a notary in the institution to execute the document. Mr. Walker did, however, confirm his approval and ask that Eastern Market go forward with the sale of the subject property. Mr. Walker was aware of all the subsequent financial and legal terms of the sale.

11. I have been engaged in the business of reviewing, underwriting and issuing title insurance in the District of Columbia for _21_ years, and it was my professional evaluation that at the time of the settlement of 1964 2nd Street on March 18, 2002, and at the time of the settlement of 503 Rhode Island Avenue on March 22, 2002, Neal Seldman was the appropriately-designated manager of Selker, LLC and that in such role he had the right and privilege, on behalf of Selker, LLC, to transfer the subject properties to Seldman and Steed as was done and was memorialized in the Deeds and settlement documents.

Carolyn Davis

3

~~STATE OF~~ _____
[PRIVATE]
~~COUNTY OF~~ _District of_, to wit:
_Columbia_

I HEREBY CERTIFY that on this __7th__ day of __September__, 2006, before me, the subscriber, a Notary Public, in and for the State and County aforesaid, personally appeared Carolyn Davis, who made oath that she made this Affidavit upon personal knowledge.

AS WITNESS my hand and Notarial Seal.

_____
Notary Public

My Commission Expires: __8/31/2007__

4