06/18/2004 14:03 FAX 2025301430        1ST AMERICAN/CONN. AVE.                    ☒002

## A. SETTLEMENT STATEMENT — U.S. Department of Housing and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1. ☒ FHA  2. ☐ FmHA  3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv. Ins. | 01-599 | 8720617 | 081-0717533-703 |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Andrew L. Steed | Solkor, LLC | H & T Mortgage Corporation |
| 503 Rhode Island Avenue, N.W. | 1922 3rd Street, N.W. | 313 Ushers Road |
| Washington, DC 20001 | Washington, DC 20001 | Ballston Lake, NY 12019 |

| G. Property Location | H. Settlement Agent: Eastern Market Title |
|---|---|
| 503 Rhode Island Avenue, N.W. Washington, DC 20001 Lot 34 in Square S-475 | Place of Settlement: 210 7th Street, S.E., Suite 100, Washington, DC 20003 — I. Settlement Date: 03/22/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 77,000.00 | 401. Contract sales price | 77,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 88,619.35 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  03/22 to 03/31 | 13.75 | 406. City/town taxes  03/22 to 03/31 | 13.75 |
| 107. County taxes  to | | 407. County taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 165,632.88 | 420. GROSS AMOUNT DUE TO SELLER | 77,013.75 |
| 200. Amounts Paid By or In Behalf of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | 500.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 154,750.00 | 502. Settlement charges to seller (line 1400) | 5,832.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan  City First Bank | 68,526.75 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Closing Cost Credit | 2,655.00 | 506. Seller Closing Cost Credit | 2,655.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 157,905.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 77,013.75 |
| 300. Cash At Settlement From or To Borrower | | 600. Cash At Settlement To or From Seller | |
| 301. Gross amount due from borrower (line 120) | 165,632.88 | 601. Gross amount due to seller (line 420) | 77,013.75 |
| 302. Less amounts paid by/for borrower (line 220) | 157,905.00 | 602. Less reduction amount due seller (line 520) | 77,013.75 |
| 303. CASH  FROM  BORROWER | 7,727.38 | 603. CASH  TO  SELLER | |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported...

TIN: 52-239-7967       SELLER SIGNATURE: [signature]

TIN: _____   SELLER SIGNATURE: _____

06/18/2004 14:03 FAX 2025301430       1ST AMERICAN/CONN. AVE.                              ☒003

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT | | | PAGE 2 |
|---|---|---|---|---|
| **L. SETTLEMENT CHARGES:** | FILE #: 01-599 | | **PAID FROM BORROWER'S FUNDS AT SETTLEMENT** | **PAID FROM SELLER'S FUNDS AT SETTLEMENT** |
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 77,000.00 @ 5.00 = | | 3,850.00 | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ 2,310.00 to Michael's Realty | | | | |
| 702. $ 1,540.00 to W.C. & A.N. Miller, Realtors | | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | 3,850.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | P.O.C. Items | | |
| 801. Loan Origination Fee    %   Allstate Lending Services | | | 1,547.50 | |
| 802. Loan Discount    %   Allstate Lending Services | | | 3,095.00 | |
| 803. Appraisal Fee   to | | | | |
| 804. Credit Report   to   Allstate Lending Services | | | 63.00 | |
| 805. Lender's Inspection Fee   to | | | | |
| 806. Mtg. Ins. Application Fee   to | | | | |
| 807. Assumption Fee   to | | | | |
| 808. Flood Certification   First American Flood Data | | | 16.00 | |
| 809. Mortgage Payments Escrowed   M & T Mortgage Corporation | | | 6,131.40 | |
| 810. Contingency Reserves   M & T Mortgage Corporation | | | 6,500.00 | |
| 811. Total Cost of Repairs   M & T Mortgage Corporation | | | 65,000.00 | |
| 812. Consultant Fee   Paul Jackson | | 800B | | |
| 813. Architectural Fees   M & T Mortgage Corporation | | 1100B | | |
| 814. Supplemental Origination Fee   M & T Mortgage Corporation | | | 1,202.35 | |
| 815. Additional Charges   *** See Attached Addendum *** | | 2514.69S | 625.00 | 845.00 |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from 03/22/02 to 04/01/02 @ $ 31.80 /day   10 Days | | | 317.98 | |
| 902. Mortgage Insurance Premium for   to | | | | |
| 903. Hazard Insurance Premium for   yrs to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance   3 mo.@$ 38.33 /mo. | | | 114.99 | |
| 1002. Mortgage Insurance   0 mo.@$ 64.21 /mo. | | | | |
| 1003. City property taxes   3 mo.@$ 41.71 /mo. | | | 125.13 | |
| 1004. County property taxes   mo.@$ /mo. | | | | |
| 1005. Annual Assessments   0 mo.@$ /mo. | | | | |
| 1006.   mo.@$ /mo. | | | | |
| 1007.   mo.@$ /mo. | | | | |
| 1008. | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee   to   Eastern Market Title | | | 425.00 | 150.00 |
| 1102. Abstract or title search   to   Abstract Solutions, Inc. | | | 197.00 | |
| 1103. Title examination   to | | | | |
| 1104. Title insurance binder   to | | | | |
| 1105. Document preparation   to | | | | |
| 1106. Notary fees   to | | | | |
| 1107. Attorney's fees   to | | | | |
| (includes above items No: ) | | | | |
| 1108. Title insurance   to   First American Title Ins. Co. | | | 972.00 | |
| (includes above items No: ) | | | | |
| 1109. Lender's coverage $ 154,750.00 ---- 581.25 | | | | |
| 1110. Owner's coverage $ 77,000.00 ---- 390.75 | | | | |
| 1111. Tax Certificate   Eastern Market Title | | | | |
| 1112. Process 1 Release   Eastern Market Title | | | 25.00 | |
| 1113. Courier Fees   Eastern Market Title | | | | 75.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording fees   Deed $ 20.00 ; Mortgage $ 110.00 ; Releases $ 40.00 | | | 130.00 | 40.00 |
| 1202. City/county/stamps   Deed $ 1,706.78 ; Mortgage $ | | | 1,706.78 | |
| 1203. State tax/stamps   Deed $   ; Mortgage $ | | | | |
| 1204. Recordation Tax | | | | |
| 1205. | | | | 847.00 |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey   to   Capitol Surveys, Inc. | | | 400.00 | |
| 1302. Pest Inspection   to   Home Paramount Pest Control Co. | | 79.31B | | |
| 1303. | | | | |
| 1304. Recording Service   First American Title Ins. Co. | | | 25.00 | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | | | 88,619.13 | 5,832.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____                  _____
Andrew L. Giles                                 Neil S. Oliman
Buyer/Borrower                                   Seller

_____                  _____
Buyer/Borrower                                   Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                  June 22, 2002
Settlement Agent                                 Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# HUD PAGE 2 ADDENDUM

Prepared by
Eastern Market Title
210 7th Street, S.E., Suite 100
Washington, DC 20003
202-546-3100

**SELLER(S):** Selker, LLC

**PURCHASER(S):** Andrew L. Steed

**LENDER:** M & T Mortgage Corporation

**PROPERTY:** 503 Rhode Island Avenue, N.W., Washington, DC 20001 Lot 34 in Square S-475,

**FILE #:** 01-599

**SETTLEMENT DATE:** 03/22/02

| ITEMS PAYABLE IN CONNECTION WITH LOAN | | Borrower | Seller |
|---|---|---|---|
| 816. Inspection Fees & Title Update | M & T Mortgage Corporation | | |
| 817. Commitment Fee | M & T Mortgage Corporation | 625.00 | |
| 818. Broker Fee | $2514.69 [POC] M&T to Allstate | | 350.00 |
| 819. Processing Fee | Allstate Lending Services | 2514.69 | |
| | | | 495.00 |
| | TOTALS | 625.00 | 845.00 |

| TITLE CHARGES | | | |
|---|---|---|---|
| 1114. | | | |
| 1115. | | | |
| 1116. | | | |
| 1117. | | | |
| 1118. | | | |
| 1119. | | | |
| 1120. | | | |
| 1121. | | | |
| | TOTALS | | |

| ADDITIONAL SETTLEMENT CHARGES | | | |
|---|---|---|---|
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| 1312. | | | |
| 1313. | | | |
| | TOTALS | | |

06/15/2004 14:04 FAX 2025301430        1ST AMERICAN/CONN. AVE                    ☒005

## ADDENDUM TO HUD-1
## SETTLEMENT STATEMENT

THE PARTIES HERETO AGREE THAT IN ACTING AS SETTLEMENT AGENT, EASTERN MARKET TITLE (THE COMPANY) ASSUMES NO LIABILITY FOR THE CORRECTNESS OF INFORMATION FURNISHED BY OTHERS. THIS INCLUDES PRINCIPAL, INTEREST, INSURANCE, ESCROW FUNDS, WATER RENT, TAXES AND SPECIAL OR PENDING ASSESSMENTS. IF PRORATION OF TAXES AND ASSESSMENTS WERE MADE ON ESTIMATES PRIOR TO RECEIPT OF ACTUAL BILLS, THEN THE PURCHASER AND SELLER AGREE TO ADJUST THE PRORATIONS SHOWN ON THE SETTLEMENT STATEMENT WHEN THE ACTUAL BILLS ARE RECEIVED. PAYMENT OF OUTSTANDING REAL ESTATE TAXES NOT DUE AND PAID AT SETTLEMENT ARE ASSUMED BY THE PURCHASER, WITH THE EXCEPTION OF ADDITIONAL TAXES AND/OR PENALTY AND INTEREST DUE AS A RESULT OF AUDITS OF PAST TAX PAYMENTS, INCLUDING AUDITS OF QUALIFICATIONS FOR HOMESTEAD AND SENIOR CITIZEN EXEMPTIONS. ANY ADDITIONAL TAXES AND/OR PENALTY AND INTEREST DUE AS THE RESULT OF AN AUDIT SHALL BE THE SOLE RESPONSIBILITY OF THE SELLER WHO HEREBY INDEMNIFIES THE COMPANY AGAINST ANY LOSS, COST OR DAMAGES THAT IT MAY INCUR FROM CLAIMS RESULTING FROM SUCH AN AUDIT. THE PARTIES HERETO FURTHER AGREE THAT THE COMPANY MAY MAKE SUBSEQUENT ADJUSTMENTS IN THE EVENT SAID INFORMATION PROVES INCORRECT OR ESCROWED FUNDS PROVE INSUFFICIENT AND AGREE TO PAY THE COMPANY ANY FURTHER SUMS THUS FOUND DUE.

I HAVE CAREFULLY REVIEWED THE ABOVE STATEMENT, AND BY SIGNING BELOW DO HEREBY AGREE TO BE BOUND BY THE TERMS THEREOF.

_____           _____
Andrew Steed, PURCHASER                  Selker, LLC, SELLER