06/15/2004 14:15 FAX 2025301130   ST AMERICAN/CONN. AVE.
01/23/2002 09:10  2024525042

# OPERATING AGREEMENT
## OF
## SELDMAN WALKER, LIMITED LIABILITY COMPANY.

This OPERATING AGREEMENT is made this 7th day of Jan, 2002 by and between Neil Seldman and LB Walker, (hereinafter referred to as "Members", and Sellman Walker Limited Liability company ("SWLLC") pursuant to the District of Columbia Limited Liability Company Act.

In consideration of the mutual promises set forth herein, the parties agree as follows:

1. PURPOSE. the parties have organized a District of Columbia limited liability company for he purpose of owning, operating, renovating and developing real properties and any other lawful business SWLLC may pursue.

The name of the company shall be Seldman Walker, LLC.

2. DURATION. The term of the company shall continue from its formation until 2101, unless sooner terminated as herein provided or as otherwise provided by law.

3. LOCATION. The principal office of SWLLC shall be at such place or places as the Members may from time to time determine.

1

Exhibit D

06/15/2004 14:05 FAX 2026301430       1ST AMERICAI/CONN. AVE.                    PAGE 014
01/23/2002 09:18    2024523042

4. **TRANSFERABILITY.** Membership in SWLLC is not transferable or assignable, nor can it be pledged as security for any reason without the unanimous consent of all other members. Should a member transfer his/her membership to another without the written consent of the remaining members, the transfer shall be void and without effect.

5. **SEAL.** The Company may have a seal which shall be circular in form and shall bear such inscription as the Members from time to time may determine.

6. **FISCAL YEAR.** The fiscal year of the Company shall be the calendar year ending December 31 or such other fiscal year as shall be fixed by resolution of the Members.

7. **MANAGEMENT.** The management of SWLLC shall be by LF Walker The undersigned herein are the sole members at this time. All decisions shall be by majority agreement of all members, except as may otherwise be provided herein.

Management by a manager or managers may be established by the majority vote of the members at such times, and under such circumstances, as the members may hereafter elect. The duties, powers and compensation of such manager and managers shall be determined by the members. Any manager or managers, once appointed, may be removed, with or without cause, by a majority vote of the members. In the event of a stalemate as to a decision regarding the operation of the company, the parties agree to abide by a decision of a mutually appointed third party after an arbitration or mediation of the dispute.

```
08/15/2004 14:05 FAX 2025301430      1ST AMERICAN/CONN. AVE.              ☒015
          01/23/2002  09:10  2024523542      CI                  PAGE  07
```

8. **NEW MEMBERS.** No new member may be admitted without the unanimous consent of all existing members and in such terms and conditions as shall be approved by all existing members.

9. **CONTINUATION OF SWLLC.** The death, retirement, resignation, insanity, expulsion, bankruptcy or dissolution of any member terminates SWLLC. The members may, (if there are at least two), by unanimous consent of all existing members, within 90 days of such event of dissolution, elect to continue SWLLC. In the event of dissolution, then SWLLC will be liquidated in accordance with law, its assets sold, debts paid and surplus distributed equally to its members or heirs.

10. **CONTRIBUTIONS.** The initial contributions to the company shall be as follows:

    Mr. LB Walker        $ _____
    Mr. Neil Seldman     $ _____

11. **PROFITS AND LOSSES.** The members shall share in the profits and losses of SVLLC on the following basis:

    Mr. LB Walker        70%
    Mr. Neil Seldman     30%

The members shall also make contributions, as needed, to the company on the aforementioned basis.

12. **BANK ACCOUNTS.** The members shall be empowered to open all necessary bank accounts

3

and any expenditures over $500 shall require signatures of all members.

13. GOVERNING LAW. This operating agreement is governed by the law of the District of Columbia.

MEMBER: MR. LB WALKER

*[signature: CB Walker]*

MEMBER: MR. NEIL SELDMAN

*[signature: Neil Seld]*

SELDMAN WALKER LIMITED LIABILITY COMPANY

BY: *[signature: CB Walker]* Manager
    Seldman Walker LLC