03/19/2002  16:44    2024623542

Date: March 18, 2002

**Department of Consumer and Regulatory Affairs**
**Business Regulation Administration Corporations Division**
**Corporation Abstract Print Out**

*Corporation Detail*

File No: **L06056**   Inc Date: **06/07/2000**   Type Code: **DLC**      Country: **UNITED STATES**

State: **DC**   Status: **AC**   Status Date:                        Fee: **100.00**   Bundle No: **D-50**

Name: **SELKER, LLC**

Agent: **Neil Seldman**

Address: **3362 Tennyson Street, NW**                        Zip Code: **20015**   Zip 4:

Stock:                                    Dollar Value:

Retire Date:            Retired Box:        Liber No:        Folio No:

Perpetual:            Duration: **06/06/2100**   Goodstandings:

Special Note:

Miscellaneous:

| File No | Filed Date | Type | Description | Fee Paid | Bundle No |
|---------|-----------|------|-------------|----------|-----------|
| L06056 | 10/31/2001 | SOCD | STATEMENT OF CHANGE | 25.00 | A026 |
| L06056 | 11/07/2000 | NCHD | FROM SELDMAN WALKER, LLC | 100.00 | A012 |

Reports:

| File No | Year | Rcvd Date | Filed Date | Status | Status Date | Bundle | Fee Paid | Rec No |
|---------|------|-----------|-----------|--------|-------------|--------|----------|--------|
| L06056 | 2001 | 10/31/2001 | 11/30/2001 | OK | | A0274 | 75.00 | 361503 |
| L06056 | 2000 | 11/02/2000 | 11/02/2000 | OK | | a0113 | 75.00 | 331821 |

*Page 1 of 1*

Exhibit
F