## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the 7th day of June, 2000 *Articles of Organization of*:

**SELKER, LLC**

**WE FURTHER CERTIFY** that the above named Company is in **Good Standing** and duly organized and existing according to the records of Corporations Division, having filed all reports as required by the District of Columbia Limited Liability Company Act.

**IN TESTIMONY WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed this 18th day of March, 2002.

David Clark
DIRECTOR

Elizabeth O. Kim
Administrator
Business Regulation Administration

*Patricia E. Graye*
Patricia E. Graye
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

Exhibit G