## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No.: 06-CV-00603 |
| NEIL SELDMAN, et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MATERIAL FACTS NOT IN DISPUTE IN DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

**COME NOW** Defendants, First American Title Insurance Company ("First American"), Eastern Market Real Estate ("Eastern Market"), Carolyn Davis ("Davis") and Eric Emrey ("Emrey") each by Council, Baradel, Kosmerl & Nolan, P.A.; Michael N. Russo, Jr.; and Stephen A. Oberg, their attorneys, offer the following as facts not in dispute in their Motion to Dismiss or alternatively for entry of summary judgment:

1. On June 7, 2000, an Operating Agreement was made by and between Neil Seldman and L.B. Walker and Seldman Walker Limited Liability Company ("SWLLC", later renamed "Selker, LLC") pursuant to the District of Columbia Limited Liability Company Act. The Agreement provided that the operations of the LLC may be managed by a manager appointed though a majority vote of the members. (See Exhibit D to Davis Affidavit)[1]

---

[1] All cited exhibits are appended to the Affidavit of Carolyn Davis attached as Exhibit 1 to the Defendants' Motion to Dismiss or in the Alternative for Summary Judgment which is incorporated herein by reference.

2. On June 18, 2001, an Amendment was executed by Walker and Seldman which transferred the management of Selker, LLC from Walker to Seldman. (See Exhibit E to Davis Affidavit)

3. The subject properties are 503 Rhode Island Avenue, N.W. and 1964 2nd Street, Washington, D.C.

4. On March 18, 2002, the sale of the 1964 2nd Street property from Selker, LLC to Seldman, individually, was conducted. (Davis Affidavit Exhibit A)

5. On March 22, 2002, the sale of the 503 Rhode Island Avenue property from Selker, LLC by its manager, Neil Seldman, to Andrew L. Steed was conducted. (Davis Affidavit Exhibits B & C)

6. Eastern Market is a settlement Company which conducted the settlement of the 503 Rhode Island Avenue and 1964 2nd Street properties. Eastern Market is a limited agent of First American for the purpose of issuing title insurance.

7. Eastern Market issued a Policy of Title Insurance to Andrew L. Steed, the individual who purchased 503 Rhode Island from Selker, LLC, on March 22, 2002.

8. Eastern Market issued a Policy of Title insurance to Eric Emrey, the individual who on June 14, 2002, purchased 1964 2nd Street from Seldman who had acquired the property from Selker via Deed on March 18, 2002.

9. Davis is an Eastern Market employee who worked on these settlements.

10. On December 4, 2003 a letter was written by Walker to Seldman acknowledging that Seldman was, up to that time, the manager of Selker, LLC, and purporting to remove Seldman from that role within twenty

(20) days from the date of that letter or by December 24, 2003. (Attached to Second Amended Complaint as Exhibit 2)

11. First American, Eastern Market, Davis and Emrey are not involved in any other property referred to in the Complaint.

                    COUNCIL, BARADEL,
                    KOSMERL & NOLAN, P.A.


By:    */s/ Stephen A. Oberg*
        Michael N. Russo, Jr. (Bar No.: 07322)
        Stephen A. Oberg (Bar No.: 475925)
        125 West Street, 4th Floor
        Post Office Box 2289
        Annapolis, Maryland 21404-2289

        Annapolis: (410) 268-6600
        Baltimore: (410) 269-6190
        Washington: (301) 261-2247

        *Attorneys for Defendants First American Title Insurance Company, Eastern Market Title, LLC, Carolyn Davis and Eric Emrey*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2006, a copy of the foregoing document was mailed, first class postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20003


        */s/ Stephen A. Oberg*
        Stephen A. Oberg