**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LE BON BRUCE WALKER, et al. | * |
| Plaintiffs | * |
| v. | *   Case No.: 06-CV-00603 |
| NEIL SELDMAN, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION TO DISMISS
AND/OR FOR SUMMARY JUDGMENT**

**UPON CONSIDERATION** of the Motion to Dismiss and/or for Summary Judgment filed by Defendants First American Title Insurance Company, Eastern Market, Carolyn Davis and Eric Emrey, and any opposition thereto, and with good cause shown it is by the United States District Court for the District of Columbia hereby

**ORDERED** that said Motion be and is hereby **GRANTED**, and further

**ORDERED** that judgment be entered against Plaintiff Le Bon Bruce Walker and in favor of Defendants First American Title Insurance Company, Eastern Market, Carolyn Davis and Eric Emrey as to all Counts in the Plaintiff's Second Amended Complaint.

_____
Judge