06/15/2004 14:11 FAX 2025301430          1ST AMERICAN/CONN. AVE.

01-500

***This Deed*** made this 22nd day of March, 2002 by and between Neil Seldman, managing member of Selker LLC, formerly known as Seldman Walker, L.L.C., a District of Columbia limited liability company, party of the first part, and Andrew Steed, party of the second part:

***Witnesseth***, that for and in consideration of the sum of Ten Dollars, the said party of the first part does grant unto the said party of the second part, in fee simple, as *Sole Owner*, the following described land and premises, with the improvements, easements and appurtenances thereunto belonging, situate, lying and being in the District of Columbia, namely:

Lot Thirty-four (34) in Square South of Square Four Hundred Seventy-five (S-475) in a subdivision made by Edward Volland, as per plat recorded in Liber 63 at folio 20 among the Records of the Office of the Surveyor for the District of Columbia.

***And*** the said party of the first part does hereby covenant to warrant specially the property hereby conveyed and to execute such further assurances of said land as may be requisite.

***Witness*** the hand and seal of Neil Seldman, managing member of Selker LLC on the day and year first hereinbefore written.

Signed, sealed and delivered in the presence of:

SELKER, LLC

_____(SEAL)
By: Neil Seldman, Managing Member


***District of Columbia***, to-wit:

I, Carolyn Davis, a Notary Public in and for the District of Columbia, DO HEREBY CERTIFY that Neil Seldman, as Managing Member of Selker, LLC, who is personally well known to me as party to and who executed the foregoing and annexed Deed bearing date the 22nd day of March, 2002, personally appeared before me in said District of Columbia and acknowledged the same to be the act and deed of Selker, LLC.

***Witness*** my hand and official seal this 22nd day of March, 2002.

My Commission expires August 14, 2005

_____
Notary Public, D.C.

After recordation mail to:
Andrew Steed
503 Rhode Island Avenue, N.W.
Washington, DC 20001

Exhibit 2