

Doc# 2002071045

FILE NO: 03205038
FATICO - BUROW

**This Deed** Made this 14TH day of JUNE, 2002, by and between NEIL SELDMAN, party of the first part, and ERIC J. EMREY and KELLY A. METZLER, parties of the second part:

**Witnesseth**, that for and in consideration of the sum of Ten Dollars, the said party of the first part does grant unto the said parties of the second part, in fee simple as JOINT TENANTS the following described land and premises, with the improvements, easements and appurtenances thereunto belonging, situate, lying and being in the District of Columbia, namely:

Lot 38 in Square 3087 in a subdivision made by Catherine J. and Gertrude J. Burnes of part of Lot 6 in Block 11 in "LeDroit Park", as per plat recorded in Liber No. 43 at Folio 169 among the Land Records of the Office of the Surveyor of the District of Columbia.

**And** the said party of the first part does hereby covenant to warrant specially the property hereby conveyed and to execute such further assurances of said land as may be requisite.

**Witness** this hand and seal on the day and year first hereinafter written.

Signed, sealed and delivered in presence of;

_Neil Seldman_ (SEAL)
NEIL SELDMAN

_____

**DISTRICT OF COLUMBIA** } to wit:

I, RICHARD-SCOTT BUROW, a Notary Public in and for the aforementioned jurisdiction DO HEREBY CERTIFY that NEIL SELDMAN who is personally well known to me as party to and who executed the foregoing and annexed Deed bearing date the 14TH day of JUNE, 2002, personally appeared before me in said jurisdiction and acknowledged the same to be his/her act and deed.

**Witness** my hand and official seal this 14TH day of JUNE, 2002.

Notary Public, RICHARD-SCOTT BUROW

My Commission Expires: 6/15/06

RETURN TO:
ERIC J. EMREY
KELLY A. METZLER
1964 2ND STREET NW
WASHINGTON, DC 20001



Exhibit
3

Doc# 2002071045
Book:
Page:
Filed & Recorded
    06/18/2002  12:44:27 PM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
  RECORDING       $     15.00
  SURCHARGE       $      5.00
  RECORDATION TAX $  3,564.00
  TRANSFER TAX FE $  3,564.00