IN THE UNITED STATES DISTRICT
COURT FOR DISTRICT OF COLUMBIA

LE BON BRUCE WALKER
   Plaintiffs,

v.

   No. 06-CV-0603(G.K.)

NEIL SELDMAN, ET. AL.,
   Defendants.

## PLAINTIFF'S MOTION TO ENLARGE TIME TO ANSWER DISCOVERY, TO PROPOUND DISCOVERY AND TO STAY PROCEEDINGS PENDING DISCOVERY

### Rule LcvR 7 Statement

I certify that I attempted to contact counsels for Defendants to gain consent to the relief sought herein. I was unable to reach any of the counsels for Defendants except counsel for Defendant, Yohannes Woldehanna, who requested that he see a copy of the Scheduling Order before making any decision.

### Plaintiff's Motion to Enlarge Time to Answer Discovery, to Propound Discovery and to Stay Proceedings Pending Discovery

COMES NOW PLAINTIFF, LE BON BRUCE WALKER ("Walker") *pro se* and SELKER, LLC and moves this Court for an Order to enlarge the time to 30 days and to 60 days respectively within which to answer Discovery Requests and to Propound Discovery requests upon all of the Defendants to this matter. Walker et. al. refer the Court to the Memorandum of Points and Authorities below in support of this Motion.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Plaintiffs pray that this Court grant the instant Motion and enlarge the time to 30 days and 60 days respectively, within which to submit answers to Discovery Requests and to propound Discovery requests upon the Defendants.

RECEIVED
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

_Le Bon Bruce Walker_
Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002
(202) 491-2790

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2006, a copy of the foregoing Motion was mailed first class, postage prepaid to:

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

_Le Bon Bruce Walker_

IN THE UNITED STATES DISTRICT
COURT FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER | : | |
|      Plaintiffs, | : | No. 06-CV-0603(G.K.) |
| | : | |
| v. | : | |
| | : | |
| NEIL SELDMAN, ET. AL., | : | |
|      Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. On August 2, 2006, Defendant City Title & Escrow Co., Inc ("City Title") propounded Requests for Admissions, Interrogatories and Requests for Production upon Walker, et. al. in addition to its filing a Motion for Summary Judgment on the same date.

Walker seeks an enlargement of time so that he may answer the Discovery Requests and so that he may in turn propound Discovery Requests upon all of the Defendants to this case. Despite diligent efforts to answer Discovery, Walker et. al. were unable to do so within a reasonable time (30 days) in light of several circumstances.

Plaintiffs have been inundated with having to prepare for filing responses to numerous dispositive motions by *inter alia* Defendants, Neil Seldman ("Seldman"), Elizabeth Menist ("Menist"), Yohannes Woldehanna ("Woldehanna"), Institute for Real Self-Reliance ("ILSR"), City Title and Jonas Monast ("Monast") and other related pleadings within the last 60 days. In addition to filing oppositions to dispositive Motions on behalf of Seldman, et. al., Walker has another pro se pleading to file in the District of Columbia Court of Appeals (Petition for Rehearing or Rehearing *en banc* due 9/11/06) in a case prior to the initiation of the instant matter (Dist of Col Ct of App. No. 06-000479; DC Super Ct. No. 03-CA-3882). The result of having to research and prepare responsive

3

pleadings in these cases is that Plaintiffs have been greatly delayed in submitting Answers to City Title's Discovery Requests and in propounding Discovery requests upon Seldman, et. al.

Walker maintains that a stay of any rulings on the dispositive Motions in addition to the stay of the scheduling conference already in effect, is necessary because Plaintiffs' Amended Verified and Second Amended Verified Complaint alleges *inter alia* fraud, conspiracy and violations of RICO, all of which goes to the intent of the Defendants. Under these circumstances, dispositive Motions should either be denied at this stage or stayed pending Seldman, et. al.'s answers to Walker's Discovery Requests. See for example, *Willis v. Cheek,* 387 A.2d 716 (DC 1978); *Green v. Gibson,* 613 A.2d 361 (DC 1992)(Summary judgment is to be used sparingly in cases involving motive or intent). See also *Richardson v. District of Columbia,* 522 A.2d 1295 (DC 1987)(Summary judgment ordinarily should not be granted where testimony of an interested party is the sole basis and knowledge of the basis for that testimony is largely in the hands of the witness). Plaintiffs also argue that an enlargement of time to answer and propound Discovery Requests and a stay of any rulings of the dispositive Motions pending Discovery is appropriate in that this case is in its early stages and Walker, et. al. in all fairness, should have the right to supplement his Oppositions to the various dispositive Motions after Discovery.

Pursuant to Fed R. Civ. Proc. 6(b) and LCvR 7, this Court may enlarge the time to answer and propound Discovery Requests and it may stay the proceedings pending Discovery, including rulings on dispositive Motions for cause. Walker et. al. maintain that they have shown good cause for why the relief sought in the instant Motion should be granted.

Respectfully submitted,

*Le Bon Bruce Walker*
203 Seaton Pl., NE
Washington, DC 20002
(202) 491-2790

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2006, a copy of the foregoing was mailed first class, postage prepaid to:

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esq
MILES & STOCKBRIDGE
11 N Washington St Ste 700
Rockville, MD 20850

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Albert A. Foster, Jr., Esq
Peter K. Tomopa, Esquire

Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Alfred L Scanlan, Jr. Esq
ECCLESTON & WOLF, P.C.
2001 S Street NW, Ste 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
601 13th St NW Ste 1000 S.
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
300 East Lombard St 18th Flr
Baltimore, MD 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

*Le Bon Bruce Walker*

IN THE UNITED STATES DISTRICT
COURT FOR DISTRICT OF COLUMBIA

LE BON BRUCE WALKER :
      Plaintiffs, :
                                : No. 06-CV-0603(G.K.)
v. :
                                :
NEIL SELDMAN, ET. AL., :
      Defendants. :
_____:

**ORDER**

This matter having come before this Court on Plaintiffs' Motion to Enlarge Time to Answer Discovery, to Propound Discovery and to Stay Proceedings Pending Discovery, the opposition thereto if any, the record herein and good cause having been shown, it is this ____ day of _____, 2006,

**ORDERED**   that the Motion is granted and it is further,

**ORDERED**   that Plaintiffs shall file answers to Defendant, City Title's Discovery Requests on or before _____, 2006, and it is further,

**ORDERED**   that Plaintiffs shall propound Discovery Requests, if any, upon Defendants on or before _____, 2006, and it is further,

**ORDERED**   that all matters pertaining to this case are stayed pending Discovery until _____ _____, 2006 and it is further,

**ORDERED**   that Plaintiffs may supplement their Responsive pleadings if any, on or before ___ _____, 2006.

                                                                         _____
                                                                         Judge Gladys Kessler

cc:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001


SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001


Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Maryland   21404-2289


David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314


James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington Street, Suite 700
Rockville, MD 20850


Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC  20036


Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON AND WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125


F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street NW Ste 1000 South
Washington, DC 20005


Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202


Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850


Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030