## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LE BON BRUCE WALKER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NEIL SELDMAN,** *et al.,* | ) | CASE NO. 1:06-cv-00603-GK |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

### DEFENDANT INSTITUTE FOR LOCAL SELF-RELIANCE'S
### OPPOSITION TO MOTION TO ENLARGE TIME TO ANSWER DISCOVERY
### AND STAY PROCEEDINGS PENDING DISCOVERY

Defendant, Institute for Local Self-Reliance ("ILSR"), by its undersigned counsel,

files this Opposition to Plaintiffs' Motion to Enlarge Time to Answer Discovery, and

Stay Proceedings Pending Discovery (Document No. 69.)[1]  The Court should deny this

Motion and instead rule on the pending Motions for Summary Judgment filed on behalf

of the Defendants, including ILSR.[2]

The Court has already given Plaintiffs ample time to respond to ILSR's Motion

for Summary Judgment.  In an order dated August 21, 2006 (Document No. 52), the

Court extended the time for any opposition until September 21, 2006.  In another minute

order dated September 7, 2006, the Court extended the time for Plaintiffs to respond for a

second time to October 1, 2006.  To now stay responses to and ruling on pending motions

for summary judgment and to instead allow Walker to propound discovery on Defendant

---

[1] The exact status of Plaintiff Selker, LLC remains unclear to ILSR, i.e., whether Walker can sue on its
behalf and represent it *pro se*.  Another party (City Title) has already filed a motion for summary judgment
on this issue.

[2] Plaintiffs' Rule LCVR 7(m) statement is inaccurate.  Undersigned counsel has no record of Plaintiff
Walker seeking ILSR's consent to this motion.

ILSR is antithetical to the very principles of *res judicata* and *collateral estoppel* upon

which Defendant ILSR's Motion for Summary Judgment is based.  Granting Plaintiffs'

Motion will prejudice ILSR, requiring this not-for-profit organization to expend yet more

of its limited time and resources defending against Plaintiffs' claims.  Plaintiffs

voluntarily decided to bring this matter against ILSR and a host of other defendants here

and in other Courts and should be required to comply with the Court deadlines their own

actions prompted.

      WHEREFORE, Defendant, ILSR, respectfully requests that this Court deny

Plaintiffs' Motion to Enlarge Time.

<div style="margin-left:40%">

Respectfully submitted,
/s/ Peter K. Tompa
Albert A. Foster, Jr., Esquire
Bar Number 464009
aaf@dillinghammurphy.com

Peter K. Tompa, Esquire
Bar Number 413752
pkt@dillinghammurphy.com

Dillingham & Murphy, LLP
1155 Connecticut Avenue N.W.
Suite 1120
Washington, D.C. 20036
Telephone: (202) 835-9880
Facsimile:  (202) 835-9885
Counsel for Institute for Local Self-Reliance

</div>

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15 day of September, 2006, a copy of the

Foregoing Motion for Summary Judgment was filed electronically.  Notice of this filing

will be sent by operation of the Court's electronic filing system to all parties indicated on

the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties

may access this filing through the Court's system.

/s/ Peter K. Tompa
Peter K. Tompa, Esquire