IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LE BON BRUCE WALKER,** *et. al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NEIL SELDMAN,** *et al.*, | ) | CASE NO. 1:06-cv-00603-GK |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

## ORDER

**THIS MATTER** being opened to the Court by Plaintiffs, for entry of an order extending the time to file an opposition to Defendant Institute for Local Self Reliance's Motion for Summary Judgment, and the Court having reviewed the papers submitted in support and opposition to the motion and for other good cause having been shown;

**IT IS** on the _____ day of _____, 2006

**ORDERED** that Plaintiffs' Motion is hereby denied.

                                                                                                      _____
                                                                                                      U.S.D.J.

Cc:   Peter I. Grasis
        Rathbun & Goldberg, P.C.
        The Fairfax Building
        10555 Main Street, Suite 450
        Fairfax, Virginia 22030

        David D. Hudgins
        HUDGINS LAW FIRM
        515 King Street
        Suite 400
        Washington, DC 22314

Kristen E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13TH Street, NW
Suite 1000 South
Washington, DC 2005

Robert A. Scott
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, MD 21202

Robert N. Levin
ROBERT N. LEVIN, PC
1901 Research Blvd
Suite 400
Rockville, MD 20850

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Alfred Long Scanlan, Jr.
ECCLESTON AND WOLF, P.C.
729 East Pratt Street
Suite 700
Baltimore, MD 21202-4460

James Andrew Sullivan, Jr.
MILES & STOCKBRIDGE, P.C.
11 North Washington Street
Suite 700
Rockville, MD 20850-4229

Albert A. Foster, Jr.
Dillingham & Murphy, LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

Peter K. Tompa
Dillingham & Murphy, LLP
1155 Connecticut Avenue, NW Suite 1120
Washington, DC 200036

First American Title Insurance Co.
401 E. Pratt Street, SE, Suite 323
Baltimore, MD 21202

Eastern Market Real Estate
7942 Wisconsin Avenue
Bethesda, MD 20814-3620

Eric J. Emrey
1964 2nd Street, NW
Washington, DC 20001

Carolyn Davis
Eastern Market Real Estate
210 9th Street, SE, Suite 100
Washington, DC 20003

Le Bon Bruce Walker and Selker, LLC
203 Seaton Place, NE
Washington, DC 20002