IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBON BRUCE WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00603 |
| ) | |
| NEIL SELDMAN, <u>ET</u> <u>AL</u>., ) | |
| ) | |
| Defendants ) | |

**OPPOSITION TO MOTION TO ENLARGE TIME**

Defendants Dianne Stewart ("Stewart"), Elizabeth Menist ("Menist"), and John Scheuermann ("Scheuermann"), by counsel, file their Opposition to the Motion to Enlarge Time to Answer Discovery, to Propound Discovery and to Stay Proceedings Pending Discovery filed by plaintiff LeBon Bruce Walker, and state as follows:

Plaintiff LeBon Bruce Walker ("Walker") essentially claims that discovery should be stayed because defendants have filed dispositive motions in this matter, which required responses from him. The mere filing of these motions does not warrant a stay of the entire case while plaintiff drafts his responses.

The other argument set forth by Walker in his Motion to Enlarge Time is likewise without merit. He claims that he is busy prosecuting other matters in the District of Columbia Court of Appeals and the District of Columbia Superior Court, so that he has no time to respond to discovery in the instant action.[1] Defendants filed a Motion to

---

[1] The action cited as "pending" in his Motion, Superior Court Case No. 03-CA-03882, was actually dismissed, and the dismissal was affirmed on appeal (*See*, Motion to Dismiss of Stewart, Menist and Scheuermann, previously filed herein, Exhibits A, B and C). In the other case cited by Walker, Superior Court Case No. 04-CA-4631, these defendants are not parties, and the property that is the subject matter of the instant case is not at issue in that proceeding.

Dismiss Walker's Complaint on May 10, 2006. Any further delay would be prejudicial to these defendants, who have been wrongfully named in this litigation, and seek an early resolution of the matter.

While the decision to enlarge time is discretionary with the court, in the interests of judicial economy, Walker's second request for an extension of time should be denied. Having filed his spurious claims in multiple jurisdictions and against a dozen defendants does not warrant numerous extensions of time to comply with pleading and discovery deadlines. Walker has not stated good cause for the requested extension[2], and his motion should be denied.

WHEREFORE, the Motion to Enlarge Time to Answer Discovery, to Propound Discovery and to Stay Proceedings Pending Discovery filed by plaintiff LeBon Bruce Walker should be denied, and defendants Dianne Stewart, Elizabeth Menist and John Scheuermann should be awarded their costs in defending this Motion, including reasonable attorneys' fees.

**DIANNE STEWART, ELIZABETH MENIST, and JOHN SCHEUERMANN**

By: _/s/ David D. Hudgins_
Counsel

David D. Hudgins
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA  22314
(703) 739-3300

---

[2] Once again, counsel for defendants Stewart, Menist and Scheuermann was not contacted by the plaintiff in a good faith effort to resolve this motion.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Opposition was sent via electronic filing and mailed, first class and postage prepaid, this 19th day of September, 2006 to:

LeBon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20002

Selker, LLC
3001 Georgia Ave., N.W.
Washington, D.C. 20001

James Sullivan
Miles & Stockbridge
11 N. Washington St., Suite 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tompa, Esquire
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

Carole McIntyre
1922 3rd St. NW #9
Washington, D.C. 20001

George Taylor Masson, Jr.
HAMILTON & HAMILTON, LLP
1900 M Street, NW
Suite 410
Washington, DC 20036-3532

Robert N. Levin, Esquire
Law Offices of Robert N. Levin, PC
1901 Research Boulevard
Suite 400
Rockville, MD 20850

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Kirsten E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005

Jonas J. Monast
Urban Communities, LLC
1350 Meridian Place, N.W.
Washington, D.C. 20010

By: _____
Counsel