UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL., <br> Plaintiffs, | : <br> : <br> : |
| v. | : |
| NEIL SELDMAN, ET. AL., <br> Defendants, | : No. 06-CV-00603(G.K.) <br> : |
| FIRST AMERICAN, ET. AL., <br> Counter-Plaintiffs, | : <br> : |
| v. | : |
| LE BON BRUCE WALKER, ET. AL., <br> Counter-Defendants, | : <br> : |
| FIRST AMERICAN, ET. AL., <br> Cross-Plaintiffs, | : <br> : |
| v. | : |
| NEIL SELDMAN, ET. AL., <br> Cross-Defendants. | : <br> : |

**MOTION TO ENLARGE TIME TO FILE OPPOSITION TO
DEFENDANTS'/COUNTER-PLAINTIFFS'/CROSS-PLAINTIFFS', MOTION
TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

<u>LCvR 7 Statement</u>

I hereby certify that I was unable to contact counsels for Defendants/Counter-Plaintiffs to gain their consent prior to the filing of this Motion.

RECEIVED
SEP 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Motion to Enlarge Time to File Opposition to Defendants'/counter-plaintiffs'/cross-plaintiffs', Motion to Dismiss, or in the Alternative for Summary Judgment**

COMES NOW PLAINTIFFS/COUNTER-DEFENDANT'S LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully move this Court for an Order enlarging the time to 30 days from the date of a decision on this Motion, within which to file an opposition to Defendants'/Counter-Plaintiffs'/Cross-Plaintiffs', Carolyn Davis, Eastern Market Real Estate' Co., Eric J. Emrey and First American Title Insurance Co. (Collectively known as First American, et.al.) Motion to Dismiss, or in the Alternative for Summary Judgment. Walker refers the Court to the Memorandum of Points and Authorities below in support of this Motion to Enlarge.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Walker, et.al. Pray that this Court grant the Motion and enlarge the time to 30 days from the date of a ruling within which to file an opposition to First American's Motion to Dismiss, or in the Alternative for Summary Judgment.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002
(202) 491-4940

## CERTIFICATE OF SERVICE

I hereby certify that on this __22nd__ day of __September__, 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to the following:

Copies

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md   21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON & WOLF, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia   22030

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

_/s/_
Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL.,<br>Defendants, | : | No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>Counter-Plaintiffs, | : | |
| v. | : | |
| LE BON BRUCE WALKER, ET. AL.,<br>Counter-Defendants, | : | |
| FIRST AMERICAN, ET. AL.,<br>Cross-Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL.,<br>Cross-Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On September 7, 2006, First American, et. al. filed a Motion to Dismiss, or in the Alternative a Motion for Summary Judgment. Walker, et. al. intend to file an opposition to the Motion; however, Plaintiff/Counter-Defendant seeks an enlargement of time to file due to extenuating circumstances.

As this Court is aware, Walker, et.al. have filed several oppositions within the last 60 days

to the various dispoisitve motions filed by Defendants. Walker needs the enlargement of time to file the opposition to First American et. al.'s Motion due to the fact that he had to research and prepare for filing, an Opposition to Defendant, City Title's Motion to Dismiss (due September 1, 2006), and an Opposition to Defendant, Jonas Monast's Motion to Dismiss (September 18, 2006).

Walker et. al. are now in the process of preparing Answers to numerous Discovery Requests propounded upon Walker and SELKER, LLC individually by Defendant City Title & Escrow Co., Inc. and their Discovery Requests include Admissions, Interrogatories, and Requests for Production of Documents. All of these factors have caused Plaintiffs delay in adequately researching and preparing a final version of the Opposition to First American's Motion to Dismiss or for Summary Judgment. Walker, et.al. would further submit that none of the Defendants, including First American's et. al would be prejudiced by this request for an enlargement of time to file an opposition. However, Walker would suffer irreparable harm if he is not given an enlargement of time to file his Opposition, particularly since Plaintiffs have been inundated with numerous dispositive Motions from practically all of the Defendants which he has had to answer in recent days and weeks. Moreover, without an enlargement of time within which to file an opposition to First American et. al.'s dispositive, Motion, Walker et.al. could end up with a dismissal of his claims against these Defendants on procedural grounds.

Pursuant to Fed. R. Civ. Proc. 6(b) and LCvR 7, this Court may enlarge the time within which to file an opposition to First American, et. al.'s Motion to Dismiss, or in the Alternative for Summary Judgment for cause. Walker, et. al maintain that they have shown good cause for why the instant Motion should be granted.

Respectfully submitted,

Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>NEIL SELDMAN, ET. AL.,<br>　　　　　　Defendants, | <br><br><br><br><br>No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>　　　　　　Counter-Plaintiffs,<br><br>v.<br><br>LE BON BRUCE WALKER, ET. AL.,<br>　　　　　　Counter-Defendants, | |
| FIRST AMERICAN, ET. AL.,<br>　　　　　　Cross-Plaintiffs,<br><br>v.<br><br>NEIL SELDMAN, ET. AL.,<br>　　　　　　Cross-Defendants. | |

ORDER

Upon full consideration of Plaintiffs' Motion to Enlarge Time to File Opposition to Defendants'/Counter-Plaintiffs'/Cross-Plaintiffs', Motion to Dismiss, or in the Alternative for Summary Judgment, The opposition thereto if any, the record herein and good cause having been shown, it is this _____ day of _____, 2006,

**ORDERED** that the Motion is granted and it is further,

**ORDERED** that Plaintiffs shall file any Opposition to Defendants, First American's Carolyn

Davis', Eastern Market Realty's and Eric Emery's Motion to Dismiss, or in the Alternative for Summary Judgment on or before _____ 2006.

_____
Judge Gladys Kessler

cc:

Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON & WOLF, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850