UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Le Bon Bruce Walker, et al.        )
                                   )
v.                                 )    Case No. 1:06-cv-00603-GK
                                   )
Neil Seldman, et al.               )

MEMORANDUM OF POINTS AND AUTHORITIES
FILED ON BEHALF OF CITY TITLE & ESCROW CO., INC. IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO ANSWER DISCOVERY, TO PROPOUND DISCOVERY AND TO STAY PROCEEDINGS PENDING DISCOVERY

Comes now Defendant City Title & Escrow Co., Inc. ("City Title"), by and through counsel, and for opposition to the Plaintiffs' Motion to Stay Proceedings Pending Discovery respectfully shows the Court as follows:

In dispositive motion after dispositive motion, Defendants herein have demonstrated to the Court that Plaintiff Selker, LLC cannot appear in this action *pro se*, that Plaintiff Walker has no standing, and that the Complaint fails to state a claim for which relief can be granted under RICO or §1983.  City Title's Motion for Summary Judgment has demonstrated that it acted entirely properly and in reliance upon a document signed by Mr. Walker, the Amended Operating Agreement for Selker, in regard to the two transactions in which it presided at settlement of the sale of two properties as to which Selker was the grantor.  City Title has demonstrated that there is no action to which it was a party which would constitute fraud, fraudulent conveyance or collusion. It has demonstrated that it was not party to any contract with Mr. Walker.  Finally, it is clear that this Court lacks diversity jurisdiction (D.C. residents on both sides of the case) and Federal jurisdiction (giving the complaints their most favorable reading, the two Federal statutes would not have been violated).

Plaintiffs claim that the Court should not act on the dispositive motions because their claims depend upon "intention" and therefore are not susceptible to summary disposition.  That misses the

point that the given facts, including the very Exhibits to the complaints, demonstrate that Plaintiffs cannot win against City Title because it did no illegal act and therefore its "intention" is irrelevant.

Mr. Walker's record of abusing the courts and using the processes of the courts to abuse others is clear. His record was no better when he was represented by his now disbarred lawyer than it has been when he has acted pro se.

It is respectfully submitted that the Court should put an end to this case by ruling favorably on the many outstanding dispositive motions now pending in this matter.

Respectfully submitted,

/s/
Robert N. Levin, #79137
Law Offices of Robert N. Levin, PC
1901 Research Boulevard
Suite 400
Rockville, MD 20850
Tel:   (301) 517-8727
Fax:   (301) 762-4056
Email: r.levin@erols

G:\C.Title\pldg\oppmotiontostay.wpd