UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Le Bon Bruce Walker, et al.     )
                                        )
v.                                  )     Case No. 1:06-cv-00603-GK
                                          )
Neil Seldman, et al.         )

## ORDER

Upon consideration of the Plaintiffs' Motion for Extension of Time to Answer Discovery, to Propound Discovery and to Stay Proceedings Pending Discovery and Defendant City Title & Escrow Co., Inc.'s Opposition thereto  it is this ___ day of _____, 2006,

ORDERED, ADJUDGED and DECREED, the Motion is denied.

_____
United States District Court Judge

G:\C.Title\pldg\oppstayorder.wpd