UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>　　　　Plaintiffs, | :<br>:<br>: |
| v. | :<br>: |
| NEIL SELDMAN, ET. AL.,<br>　　　　Defendants, | :　　No. 06-CV-00603(G.K.)<br>:<br>: |
| FIRST AMERICAN, ET. AL.,<br>　　　　Counter-Plaintiffs, | :<br>:<br>: |
| v. | :<br>: |
| LE BON BRUCE WALKER, ET. AL.,<br>　　　　Counter-Defendants, | :<br>:<br>: |
| FIRST AMERICAN, ET. AL.,<br>　　　　Cross-Plaintiffs, | :<br>:<br>: |
| v. | :<br>: |
| NEIL SELDMAN, ET. AL.,<br>　　　　Cross-Defendants. | :<br>: |

RECEIVED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO ENLARGE TIME**

COME NOW PLAINTIFFS/COUNTER-DEFENDANTS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully reply to Defendants, Dianne Stewart's ("Stewart"), Elizabeth Menist's ("Menist") and John Scheuermann's ("Scheuermann's") Opposition to the

Motion to Enlarge Time to Answer Discovery, to Propound Discovery and to Stay Proceedings Pending Discovery and state the following in support of this Reply:

Walker et. al. have asked the Court to Stay its rulings on the dispositive Motions filed by all of the Defendants/Counter-Plaintiffs in this matter pending Discovery so that he may propound Discovery requests upon the parties to enable him to prosecute his case. Discovery is an essential part and is normally permitted in legal actions and Defendants' rush to file, dispositive Motions should not affect this process. Fed. R. Civ. Proc. 26 et. seq. This is the particularly true where one Defendant, City Title & Escrow, Co. has propounded Discovery upon Walker, et. al.

Discovery is especially necessary in this instance because a great deal of Plaintiffs' allegations in their Verified Complaint hinges on the intent of the parties. Walker and SELKER, LLC argue that Discovery is particularly important in light of this fact and Plaintiffs should be permitted to propound Discovery within a reasonable time and supplement their Oppositions to the dispositive Motions and/or be in a better position to prepare for trial or reach settlement of this case. To this extent, Stewart's, Menist's and Scheuermann's position that the "mere filing of these motions does not warrant a stay of the entire case while plaintiff drafts his responses" is erroneous and completely misinterprets Walker, et.al.'s intentions.

Stewart, et.al. argue that any delay would be prejudicial to them if Walker is granted the right to propound Discovery Requests and if a stay of the rulings on the dispositive Motions is granted. Defendant argue this because they filed their Motion to Dismiss Walker's Complaint on May 26, 2006. Walker, et. al. contend that a 4 month delay early on in this case where Plaintiffs have filed an Opposition to Defendant's Motion (along with other Oppositions to the practically all of the numerous Defendants in this case) in order to obtain Discovery in a relatively short period of time

Respectfully submitted,

_/s/_
Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002
(202) 491-4940

## CERTIFICATE OF SERVICE

I hereby certify that on this __29th__ day of __September__, 2006, a copy of the foregoing reply was mailed first class, postage prepaid to the following:

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md  21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
Miles & Stockbridge
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
Eccleston & Wolf, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia   22030

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

_/s/_
Le Bon Bruce Walker

4