UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Le Bon Bruce Walker, et al. | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00603-GK |
| | ) |
| Neil Seldman, et al. | ) |

<u>Supplemental Report by City Title & Escrow, Co., Inc.
Pursuant to this Court's Order of August 24, 2006 (Document 58)</u>

Comes now Defendant City Title & Escrow Co., Inc. ("City Title"), by and through counsel, and supplements the Report (Docket No. 79) that it filed with the Court on September 29, 2006, (the "Report").

<u>Defendant John Scheuermann</u>

In the Report the undersigned advised the Court that the newly added Defendant, John Scheuermann, had not responded to the suit. Counsel for Mr. Scheuermann has pointed out that Mr. Scheuermann filed a Motion to Dismiss the Second Amended Complaint. That Motion appears as Docket Entry 16 and was filed <u>July 5, 2006.</u> The undersigned did not look at entries on the Docket Report that predated the date that the Court granted the Motion to File the Second Amended Complaint (<u>August 18, 2006</u>) or the date that the Second Amended Complaint was filed (<u>September 1, 2006</u>) and apologizes for any inconvenience caused.

Respectfully submitted,

/s/
_____
Robert N. Levin, #79137
Law Offices of Robert N. Levin, PC
1901 Research Boulevard, Suite 400
Rockville, MD 20850
Tel:   (301) 517-8727
Fax:   (301) 762-4056
Email:  r.levin@erols.com

G:\C.Title\pldg\reportsupp.wpd