UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2006 OCT -2  P II: 54

LE BON BRUCE WALKER, ET. AL.,
        Plaintiffs,

v.

NEIL SELDMAN, ET. AL.,
        Defendants.

No. 06-CV-00603(G.K.)

FIRST AMERICAN, ET. AL.,
        Counter-Plaintiffs,

v.

LE BON BRUCE WALKER, ET. AL.,
        Counter-Defendants.

FIRST AMERICAN, ET. AL.,
        Cross-Plaintiffs,

v.

NEIL SELDMAN, ET. AL.,
        Cross-Defendants.

RECEIVED
OCT 2 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PARTIAL CONSENT MOTION FOR CLARIFICATION
OF ORDER ENTERED ON AUGUST 24, 2006**

<u>Rule 7.1 (m) Statement</u>

I hereby certify that on Wednesday September 27, 2006 between 4:30 - 5:00 p.m., I contacted several counsels for Defendants and I attempted to contact the remaining counsels to gain consent

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL., <br>    Plaintiffs, <br><br> v. <br><br> NEIL SELDMAN, ET. AL., <br>    Defendants. | No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL., <br>    Counter-Plaintiffs, <br><br> v. <br><br> LE BON BRUCE WALKER, ET. AL., <br>    Counter-Defendants. | |
| FIRST AMERICAN, ET. AL., <br>    Cross-Plaintiffs, <br><br> v. <br><br> NEIL SELDMAN, ET. AL., <br>    Cross-Defendants. | |

PARTIAL CONSENT MOTION FOR CLARIFICATION
OF ORDER ENTERED ON AUGUST 24, 2006

### Rule 7.1 (m) Statement

I hereby certify that on Wednesday September 27, 2006 between 4:30 - 5:00 p.m., I contacted several counsels for Defendants and I attempted to contact the remaining counsels to gain consent

to the filing of this Motion. Counsels for Defendant City Title & Escrow Co. and the Institute for Local Self-Reliance consented to the filing of this Motion. Counsels for the other Defendants, were not available and detailed massages were left on each counsels respective voice mail. Counsel for Defendant, Johannes Woldehanna, however, did not give his consent to the relief sought herein.

**Partial Consent Motion for Clarification of Order Entered on August 24, 2006**

COME NOW PLAINTIFFS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully move this Court for an Order clarifying its Court's Order of August 24, 2006, ordering that Defendant City Title & Escrow Co., Inc. provide proof of service and that the parties file a Status Report in this case on or before October 1, 2006. The grounds for this Motion are fully set out herein in the Memorandum of Points and Authorities below.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Walker, et.al. pray that this Court grant the instant Motion and clarify its Order of August 24, 2006. Walker would also request that once the Order is clarified, he be given an additional 15 days to prepare the Status Report in accordance with the Federal Rules.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002
(202) 491-2940

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __2nd__ day of __October__, 2006, a copy of the foregoing was mailed first class, postage prepaid to the following:

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
Miles & Stockbridge
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tompa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
Eccleston & Wolf, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

_/s/ Le Bon Bruce Walker_
Le Bon Bruce Walker

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NEIL SELDMAN, ET. AL.,<br>　　　　　Defendants. | No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>　　　　　Counter-Plaintiffs,<br><br>　　　　v.<br><br>LE BON BRUCE WALKER, ET. AL.,<br>　　　　　Counter-Defendants. | |
| FIRST AMERICAN, ET. AL.,<br>　　　　　Cross-Plaintiffs,<br><br>　　　　v.<br><br>NEIL SELDMAN, ET. AL.,<br>　　　　　Cross-Defendants. | |

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 24, 2006, this Court entered an Order granting Defendant City Title & Escrow Co., Inc.'s ("City Title")Motion and stayed its Initial Scheduling Order pending rulings on all dispositive Motions and required that the parties file a status report in this matter on or before

October 1, 2006. The Order entered by the Court on 8/24/06; however, has some confusing language that Walker, et.al. seek to have clarified by this Court, prior to the submission of the Status Report.

The Order stated that Defendant City Title is to inform the Court as soon as all Defendants have been served with the Second Amended Complaint. The Order of 8/24/08 also cancelled the Initial Scheduling Conference set originally for September 8, 2006, but ordered that the parties file a status Report no later that October1, 2006. The Order further granted the Motion to Stay (City Title's) the Initial Status Conference but denied the request to stay the case until all pending dispositive motions had been decided. Walker, et.al. need clarification as to (1) whether the Plaintiffs are to provide proof of service to all of the Defendants of a copy of the Second Amended Complaint and (2) whether it is Plaintiffs' duty to initiate the meeting with all of the Defendants and be responsible for the preparation of the Status Report.

This confusion is also reflected in City Title's counsel's letter to all of the parties dated August 30, 2006 wherein counsel stated that Judge Kessler ordered him to inform the Court when all parties had been served with the Second Amended Complaint. Counsel for City Title also indicated that it would normally be the duty of a Plaintiff to provide that information. (See letter of August 30, 2006, attached hereto as Exhibit #1). The letter further indicated that City Title's counsel, pursuant to the Order of 8/24/06, was undertaking the task of filing the Status Report; a task that Plaintiffs believe that they were to initiate by meeting with the parties to discuss the case followed by filing a Joint Status Report.

When Walker contacted counsel for City Title to set up the meeting, counsel indicated that it was Plaintiffs' duty to set up the meeting and counsel also indicated that he did not read the language of the Order to mean that City Title was to initiate the process and ultimately file the Status Report notwithstanding his letter of August 30, 2006. Walker, et.al. seek clarity of the Order with

5

respect to whether Plaintiffs instead City Title should provide proof of service of the Second Amended Complaint and whether Plaintiffs instead of City Title should set up a meeting with all of the Defendants for the purposes of preparation and filing of a Status Report in this case.

Walker, et.al. contend that such clarification by the Court is vital to Plaintiffs' case and to insure that issues presented in the States Report fully represent Plaintiffs' position. It would not prejudice the Defendants nor would it delay the case for the Court to clarify this issue and grant a 15 day enlargement of time to file the Status Report.

Respectfully submitted,

Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>            Plaintiffs,<br><br>v.<br><br>NEIL SELDMAN, ET. AL.,<br>            Defendants.<br>_____<br><br>FIRST AMERICAN, ET. AL.,<br>            Counter-Plaintiffs,<br><br>v.<br><br>LE BON BRUCE WALKER, ET. AL.,<br>            Counter-Defendants.<br>_____<br><br>FIRST AMERICAN, ET. AL.,<br>            Cross-Plaintiffs,<br><br>v.<br><br>NEIL SELDMAN, ET. AL.,<br>            Cross-Defendants.<br>_____ | No. 06-CV-00603(G.K.) |

## ORDER

Upon full consideration of Plaintiffs' Partial Consent Motion for Clarification of Order Entered on August 24, 2006, the Opposition thereto if any, the record herein and good cause having been shown and it appearing that clarification of the Order is necessary, it is this _____ day _____ 2006,

ORDERED    that the Motion is granted to the extent that _____

_____

7

_____

_____, and it is

further

ORDERED that the Status Report shall be filed on or before _____, 2006.

_____
Judge Gladys Kessler

cc:  Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002

Selker, LLC
3001 Georgia Avenue NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
Miles & Stockbridge
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
Eccleston & Wolf, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850