UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,
    Plaintiffs,

v.

NEIL SELDMAN, ET. AL.,               No. 06-CV-00603(G.K.)
    Defendants.

FIRST AMERICAN, ET. AL.,
    Counter-Plaintiffs,

v.

LE BON BRUCE WALKER, ET. AL.,
    Counter-Defendants.

FIRST AMERICAN, ET. AL.,
    Cross-Plaintiffs,

v.

NEIL SELDMAN, ET. AL.,
    Cross-Defendants.

**SECOND MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT THE INSTITUTE FOR LOCAL SELF-RELIANCE'S MOTION FOR SUMMARY JUDGMENT**

**Rule 7.1 Statement**

I hereby certify that I was unable to reach any of the counsels for Defendants to gain consent to the relief sought herein, prior to the filing of this Motion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
    Plaintiffs, :
:
:
v. :
:
NEIL SELDMAN, ET. AL., : No. 06-CV-00603(G.K.)
    Defendants. :
_____:
:
FIRST AMERICAN, ET. AL., :
    Counter-Plaintiffs, :
:
:
v. :
:
LE BON BRUCE WALKER, ET. AL., :
    Counter-Defendants. :
_____:
:
FIRST AMERICAN, ET. AL., :
    Cross-Plaintiffs, :
:
:
v. :
:
NEIL SELDMAN, ET. AL., :
    Cross-Defendants. :
_____:

**SECOND MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT THE INSTITUTE FOR LOCAL SELF-RELIANCE'S MOTION FOR SUMMARY JUDGMENT**

**Rule 7.1 Statement**

I hereby certify that I was unable to reach any of the counsels for Defendants to gain consent to the relief sought herein, prior to the filing of this Motion.

**Second Motion to Enlarge Time to File Opposition to Defendant the Institute for Local Self-Reliance's Motion for Summary Judgment.**

COME NOW PLAINTIFFS LE BON BRUCE WALKER AND SELKER, LLC and respectfully request a second enlargement of time to 5 days from the date of entry of a decision within which to file Plaintiffs' Opposition to Defendant, the Institute for Local Self Reliance's (ILSR") Motion for Summary Judgment and refer the Court to the Memorandum of Points and Authorities below as grounds for this Motion.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Walker et.al. pray that the Court grant the instant Motion and enlarge the time to 5 days from the date of a decision within which to file Plaintiffs' Opposition to ILSR's Motion for Summary Judgment.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this ___2nd___ day of ___October___, 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to the following:

:  Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
Miles & Stockbridge
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tompa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
Eccleston & Wolf, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850

_____
Le Bon Bruce Walker

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>        Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL.,<br>        Defendants. | : | No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>        Counter-Plaintiffs, | : | |
| v. | : | |
| LE BON BRUCE WALKER, ET. AL.,<br>        Counter-Defendants. | : | |
| FIRST AMERICAN, ET. AL.,<br>        Cross-Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL.,<br>        Cross-Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 6, 2006, this Court entered an Order enlarging the time within which to file an opposition to the ILSR's Motion for Summary Judgment to on or before October 1, 2006. While Walker has nearly completed the final version of the Opposition to the Motion, Plaintiffs find that

4

they require a second small enlargement of time to gather and assemble copies of certain documents to use as attachments to their Opposition.

Walker, has in his possession certain documents to support his claims against the ILSR, which he would like to present as evidence in support of Plaintiffs' Opposition to the Motion for Summary Judgment. Unfortunately, Walker is still in the process of locating some of these documents needed for inclusion in his Opposition and would beg the Court's patience in permitting the small enlargement of time requested. A second short enlargement of time is not unreasonable to include certain documents as evidence, given the fact that a ruling in favor of summary judgment is based upon extrinsic evidence and summary judgment in favor of the ILSR would effectively dismiss Walker's and SELKER's case.

Under Fed R. Civ. Proc 6 (b), this Court may enlarge the time to file an Opposition to the ILSR's Motion for cause. Walker, et.al. have shown good cause for why this Court should grant the instant Motion and enlarge the time to 5 days after a decision within which to file their Opposition to the ILSR's Motion for Summary Judgment.

Respectfully submitted,

_____
Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL., : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> NEIL SELDMAN, ET. AL., : <br> Defendants. : <br> _____: <br> : <br> FIRST AMERICAN, ET. AL., : <br> Counter-Plaintiffs, : <br> : <br> v. : <br> : <br> LE BON BRUCE WALKER, ET. AL., : <br> Counter-Defendants. : <br> _____: <br> : <br> FIRST AMERICAN, ET. AL., : <br> Cross-Plaintiffs, : <br> : <br> v. : <br> : <br> NEIL SELDMAN, ET. AL., : <br> Cross-Defendants. : <br> _____: | No. 06-CV-00603(G.K.) |

**ORDER**

Upon full consideration of Plaintiffs' Second Motion to Enlarge Time to File Opposition to Defendant, the Institute for Local Self-Reliance's Motion for Summary Judgment, the opposition thereto if any, the record herein and good cause having been shown, it is this ___ day of _____ 2006,

6

**ORDERED**   that the Motion is **granted** and it is further,

**ORDERED**   that Plaintiffs shall file their position no later than _____, 2006.

_____
Judge Gladys Kessler

cc:

Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md   21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
Miles & Stockbridge
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tompa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC  20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
Eccleston & Wolf, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia   22030

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850