**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LE BON BRUCE WALKER, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No.: 06-CV-00603 |
| NEIL SELDMAN, et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE OF NEW COUNSEL AND NOTICE OF WITHDRAW OF COUNSEL

Carol S. Blumenthal, hereby enters her appearance on behalf of Defendant Andrew Steed, and Council, Baradel, Kosmerl and Nolan, P.A., Michael N. Russo, Jr. and Stephen A. Oberg, hereby notes their withdrawal as counsel for Mr. Steed.

Date: October __, 2006

                        COUNCIL, BARADEL,
                        KOSMERL & NOLAN, P.A.

By:   */s/ Stephen A. Oberg*_____
       Michael N. Russo, Jr. (Bar No.: 07322)
       Stephen A. Oberg (Bar No.: 475925)
       125 West Street, 4th Floor
       Post Office Box 2289
       Annapolis, Maryland 21404-2289

       Annapolis: (410) 268-6600
       Baltimore: (410) 269-6190
       Washington: (301) 261-2247

*Attorneys for Defendants First American Title Insurance Company, Eastern Market Title, LLC and Carolyn Davis.*

1

By:    */s/ Carol S. Blumenthal*_____
        Carol S. Blumenthal (Bar No.: 351403)
        Blumenthal & Shanley
        Suite 301
        Washington, DC 20009-2453

        (202) 332-5279

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12 day of October, 2006, a copy of the foregoing document was mailed, first class postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20003

James Sullivan, Jr., Esquire
Vann Canada, Esquire
Miles & Stockbridge
11 N. Washington St., #700
Rockville, MD 20850
David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314

Kirsten E. Keating, Esquire
Ballard, Spahr, Andres & Ingersoll, LLP
601 13th Street, NW, Suite 1000 South
Washington, DC 20005

        */s/ Stephen A. Oberg*_____
        Stephen A. Oberg