**EXHIBIT 1**

DISTRICT OF COLUMBIA:
TO WIT:

## AFFIDAVIT

I, LE BON BRUCE WALKER, being first duly sworn/affirmed hereby deposes and states the following:

1.    That I am over the age of eighteen and have personal knowledge of the facts and matters recited herein.

2.    That I am a resident of the District of Columbia and I presently reside at 203 Seaton Place, Northeast, Washington, DC 20002.

3.    Neil Seldman carried on business in the name of ILSR in a manner of ILSR being his own personal business enterprise, as Seldman received funds and disbursed funds that Seldman described as funds belonging to ILSR.

4.    On occasion Seldman requested me to loan several thousands dollars to ILSR so that ILSR's financial statement would show the receipt of funds that he and his staff promised to ILSR's Board or Directors. Seldman asked me to make a loan to ILSR, but to write "Donation" on my check. To off-set for the money that Seldman asked me to lend/ "Donate", Seldman promised me that he would cause ILSR to forgive a loan that was then due to ILSR. I transmitted funds to ILSR in the form of a check from a company, Veterans' Inc., that I owned.

5.    Seldman solicited and obtained funds for ILSR from DC Government Department of Housing (DCHD) and Fannie Mae's Foundation. On more than one occasion, I met with DCHD and (Fannie Mae) executives to lobby for grants and donations of funds to ILSR for ILSR projects that my company, Veterans' Inc., were performing and expected to perform for Seldman and his

company ILSR.

6. My company Veterans Inc. performed the renovation work for a housing Neighborhood Reclamation Demonstration Project. The project consisted of acquiring a house located at 1835 L Street NE, Washington DC, renovating the house and selling the renovated house to a person from within the local neighborhood to get the project started, I personally found a house to renovate, and then contracted to purchase the property, and then assigned my contract to Seldman for purchase. The house was to be renovated as ILSR's demonstration of neighborhood reclamation.

7. During my initial dealings with Seldman/ILSR I did not know that ILSR was a not for profit Corporation, governed by law for how it received and disbursed money. Seldman made me believe that ILSR was his company, a company that he started many years ago to find and perform profitable economic projects, while doing business fairly with minority small business individuals.

Before Seldman double crossed me to take my property and assets; he pretended to be a friend and was trusted by me. As an example, a short time following my incarceration Seldman agreed to negotiate with banks to obtain a loan of several hundred thousand dollars. This loan was to have been secured by real property owned by me, including 1922 3rd St NW, DC. The loan was to create a fund from which I could pay legal fees and other expenses. During his negotiations with banks, that included Eagle Bank, Seldman received an offer to re-finance 1922 3rd Street NW from Eagle Bank Washington DC. Following realization of the great value of my property Seldman, with the help of others, illegally foreclosed. Soon following foreclosure, Seldman deeded the property to himself and obtained a loan believed to be from Eagle Bank for more than three hundred fifty thousand dollars, using my property as collateral.

Le Bon Bruce Walker

### Notary's Statement

Before me the undersigned  Notary, personally appeared Le Bon Bruce Walker on 11th

September, 2006 ___, known to me to be this person, and after being duly sworn

executed this document, stating that to the best of his knowledge, information and belief, it is true

and correct.

_____
Notary

**EXHIBIT 2**

**VETERANS, INC.**
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD ST. NW  202-328-0180
WASHINGTON, DC  20001

1543

DATE 11/16/99

PAY TO THE ORDER OF  ILSR

$700.00

Seven Hundred

**RIGGS**  Riggs Bank N.A.
Washington Office
Washington, DC 20004

DOLLARS

FOR  loan Repayment

⑈0000⑈543⑈ ⑆054000030⑈ ⑈70787722⑈ ⑈000000700.00⑈

---

**VETERANS, INC.**
1904 - 3RD ST. NW  202-328-0180
WASHINGTON, DC  20001

2021

DATE 11-11-99

PAY TO THE ORDER OF  Institute for Local Self-Reliance

$300.00

Three-hundred

**RIGGS**  Riggs Bank N.A.
Washington Office
Washington, DC 20004

DOLLARS

FOR  loan payment — November 1999

⑈0002027⑈ ⑆054000030⑈ ⑈70785731⑈ ⑈000000300.00⑈

---

**VETERANS, INC.**
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD ST. NW  202-328-0180
WASHINGTON, DC  20001

1501

DATE 10 - 22 - 99

PAY TO THE ORDER OF  Neil Seldman

$5,000.00

Five - thousand

**RIGGS**  Riggs Bank N.A.
Washington Office
Washington, DC 20004

DOLLARS

FOR  Repayment of loan

⑈00001501⑈ ⑆054000030⑈ ⑈70787227⑈ ⑈000005000.00⑈

100115



VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1001 / 3RD sT. NW   202-321-5180
WASHINGTON, DC  20001

DATE  6/30/00

$ 220

Two hundred twenty ——————————— DOLLARS

RIGGS

FOR  WPE  6/28/00

100117



VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD. ST. NW  202-328-0180
WASHINGTON, DC. 20001

DATE 6/23/00

PAY TO THE ORDER OF  ILSR                                    $ 220.00

Two hundred twenty                                     DOLLARS

RIGGS

FOR W/E 6/21/00                           C Blwah

⑆0000ᴸ678⑆ ⑈054000030⑈  1707672⑈       ⑆00000220⑈

---

-1656

VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD. ST. NW  202-328-0180
WASHINGTON, DC. 20001

DATE 6/16/00

PAY TO THE ORDER OF  ILSR                                    $ 220.00

Two hundred twenty                                     DOLLARS

FOR W/E 6/14/00                           C Blwah

⑆00001656⑆ ⑈054000030⑈  1701672⑈

100118



FOR DEPOSIT ONLY
INSTITUTE FOR LOCAL SELF-RELIANCE
05-17088124
RIGGS NATIONAL BANK
054000030

FOR DEPOSIT ONLY
INSTITUTE FOR LOCAL SELF-RELIANCE
05-17088124
RIGGS NATIONAL BANK
054000080

FOR DEPOSIT ONLY
FOR LOCAL SELF-RELIANCE
05-17088124
GS NATIONAL BANK
054000080

100119



VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD ST. NW  202-828-0180
WASHINGTON, DC  20001

1596

15-3 00013
540

DATE 5/26/00

PAY TO THE ORDER OF  ILSP                                          $ 220 00

Two hundred , twenty

RIGGS  Riggs Bank N.A.
Washington Office
Washington, DC 20004

DOLLARS

FOR 5-24-00

⑆00001596⑆ ⑈054000030⑈ 170767 22⑆                    ⑈000002 2000⑆

---

VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD ST. NW  202-328-0180
WASHINGTON, DC  20001

1578

15-3 00013
540

DATE 5/19/00

PAY TO THE ORDER OF  ILSP                                          $ 220 00

Two hundred, twenty

RIGGS  Riggs Bank N.A.
Washington Office
Washington, DC 20004

DOLLARS

FOR W.E 5/17/00

⑆00001578⑆ ⑈054000030⑈ 170767 22⑆                    ⑈08000 2 2000⑆

100120



ENDORSE HERE
FOR DEPOSIT ONLY
INSTITUTE FOR LOCAL SELF-RELIANCE
05-17068124
RIGGS NATIONAL BANK
054000030

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVE FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
FOR DEPOSIT ONLY
INSTITUTE FOR LOCAL SELF-RELIANCE
05-17068124
RIGGS NATIONAL BANK
054000030

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVE FOR FINANCIAL INSTITUTION USE

1636

VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD ST. NW  202-328-0180
WASHINGTON DC 20001

15-3 00013
540

DATE 6/9/00

PAY
TO THE
ORDER OF  ILSR                                              $ 220.00

Two-hundred, twenty                                         DOLLARS

**RIGGS**  Riggs Bank N.A.
Washington D.C.
Washington, DC 20004

FOR W15  6/7/00                      C Bu_____

⑈"000016 36"⑈  ⑈:054000030:⑈  1707 672 2⑈"    ⑈"00000 22000⑈"

---

1616

VETERANS, INC.
SPECIAL ACCT 1835 L ST. NW DC
1904 - 3RD ST. NW  202-328-0180
WASHINGTON, DC  20001

15-3 00013
540

DATE 6/2/00

PAY
TO THE
ORDER OF  ILSR                                              $ 220.00

Two-hundred, twenty                                         DOLLARS

**RIGGS**  Riggs Bank N.A.
Washington D.C.
Washington, DC 20004

FOR                                   C Bu_____

⑈"000016 16"⑈  ⑈:054000030:⑈  1707 672 2⑈"    ⑈"00000 22000⑈"

100122





**EXHIBIT 3**

**ILSR**

332-6015
3280180

National Office:
2425 18th Street NW
Washington, DC
20009-2096

Phone: (202) 232-4108
Fax: (202) 332-0463
ilsr@ilsr.org

Midwest Office:
1313 5th Street SE
Minneapolis, MN
55414

Phone: (612) 379-3815
Fax: (612) 379-3920
ilsr@ilsr.org

# MEMORANDUM - DRAFT

TO: Hoole Elliot
FROM: Neil Seldman, GWU Division of Enterprise Programs
RE: ILSR and Ivy Development
DATE: 13 MAY 2000

The following is a brief way to demonstrate a proven multifaceted program in the area of deconstruction, green building and community development which can be incorporated into GWU's own development plans and academic activities.

ILSR's team leaders are Neil Seldman, Ph.D.

ILSR, the Institute for Local Self-Reliance, with community development organizations, has developed a training program for low-income residents of DC through job training and placement in high wage jobs in the metropolitan area. Over 30 workers have been trained and placed in the last 18 months. These jobs are paying $14 per hour or more, not including overtime. At the same time, workers deconstruct buildings scheduled for takedown, which means they recover valuable building materials that are either reused or sold to available markets. ILSR's program also rehabilitates buildings, including single family homes (3711 Garfield Street, NW) small apartment buildings (1922 - 3rd Street, NW) and apartment complexes (Stanton Terrace Public Housing Complex, SE).

Two companies have been formed to carry out these services: The Ivy City-Trinidad Dream Teams Inc. comprised of workers trained on taking down buildings; and Veterans, Inc. *a Development & Const Co)* comprised of formerly homeless veterans trained in rehabilitation of apartment units and buildings.

ILSR also works with DC-based firms that recycle construction and demolition waste, offering cost-effective pricing and in-town drop-off sites, further reducing costs of disposal.

Deconstruction is the first step in green building.

In addition, ILSR offers extensive expertise on green building techniques and materials. ILSR's Healthy Building Network is connected to over two hundred organizations involved in green building material research and implementation. ILSR has access to environmentally-sound materials that are viable substitutes for dangerous building materials that threaten the health and productivity at the work place and in dorm rooms. ILSR can identify cost-effective substitutes that will not increase costs of construction and/or maintenance.

*environmentally sound economic development.*

100134

The university will also be able to develop valuable ties with community development organizations that have sponsored and nurtured these local minority-owned companies.

ILSR staff have extensive university administration and academic experience, including experience with the GWU Division of Experimental Programs. ILSR can develop deconstruction, rehabilitation and green and healthy building programs in combination with academic courses for engineering, business and design students. This will give GWU students a strong market credential in the rapidly expanding area of green construction and healthy building implementation. The programs would also be ideal for students of political science, urban planning, DC studies, and community development.

ILSR's team leaders are: Neil Seldman, Ph.D., and Brenda Platt, Eng., ILSR; Bill Walsh, Healthy Building Network; Jim Schulman, Arch., and Chuck Thomson, Ivy City-Trinidad Dream Team, Inc.; and L.B. Walker, Veterans, Inc.

I am available to discuss possible working arrangements between ILSR and GWU.