UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
US DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV -4 AM 2: 05

NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL., <br> Plaintiffs, | : <br> : <br> : |
| v. | : |
| NEIL SELDMAN, ET. AL., <br> Defendants, | : No. 06-CV-00603(G.K.) <br> : |
| FIRST AMERICAN, ET. AL., <br> Counter-Plaintiffs, | : <br> : |
| v. | : |
| LE BON BRUCE WALKER, ET. AL., <br> Counter-Defendants, | : <br> : |
| FIRST AMERICAN, ET. AL., <br> Cross-Plaintiffs, | : <br> : |
| v. | : |
| NEIL SELDMAN, ET. AL., <br> Cross-Defendants. | : <br> : |

**PARTIAL CONSENT MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS'/COUNTER-PLAINTIFFS' /CROSS-PLAINTIFFS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

<u>Good Faith Certification</u>

I certify that on Thursday, November 2, 2006, at 3:30 p.m., I contacted some counsels and

attempted to contact the other counsels for Defendants/Counter-Plaintiffs to gain consent to the relief sought herein. Counsels for Defendant City Title and Escrow Company and for Jonas Monast consented to the filing of this Motion. Counsels for the other Defendants were unavailable.

### Partial Consent Motion To Enlarge Time To File Opposition To Defendants'/Counter-Plaintiffs'/Cross-Plaintiffs' Motion To Dismiss Or In The Alternative For Summary Judgement

COMES NOW PLAINTIFFS/ COUNTER DEFENDANTS LE BON BRUCE WALKER ("Walker")and SELKER, LLC and respectfully move this Court for an Order enlarging the time to 10 days from the date of entry of a decision on this Motion within which to file an opposition to Defendants, First American Title Insurance Company's, Carolyn Davis', Eastern Market Realty Company's and Eric Emery's (collectively known as First American, et. al.) Motion to Dismiss or in the Alternative for Summary Judgment. Walker refers the Court to the Memorandum of Points and Authorities below in support of this Motion.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Plaintiff prays that this Court grant the Motion and enlarge the time to 10 days after a ruling on this pleading within which to file Plaintiffs' opposition to First American, et. al.'s Motion to Dismiss or in the Alternative for Summary Judgment.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place NE
Washington, DC 20002
(202) 491-2940

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to:

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400,
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
ECCLESTON & WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

Robert A. Scott, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
300 East Lombard St, 18th Flr
Baltimore, Md 21202

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11 N. Washington St, Suite 700
Rockville, MD 20850

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

_____
Le Bon Bruce Walker

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL., <br>     Plaintiffs, <br><br> v. <br><br> NEIL SELDMAN, ET. AL., <br>     Defendants, | No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL., <br>     Counter-Plaintiffs, <br><br> v. <br><br> LE BON BRUCE WALKER, ET. AL., <br>     Counter-Defendants, | |
| FIRST AMERICAN, ET. AL., <br>     Cross-Plaintiffs, <br><br> v. <br><br> NEIL SELDMAN, ET. AL., <br>     Cross-Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On September 29, 2006, this Court entered a Minute Order granting Walker's and SELKER's Motion to Enlarge Time to File an Opposition to First American et. al's Motion to Dismiss or in the

Alternative for Summary Judgment. The Order stated that any opposition to the Motion was to be filed on or before October 27, 2006. The Order indicated that it was sent electronically to the various counsels and sent by other means (mailed) to Plaintiffs.

Walker et. al. never received a copy of the Order in the mail. Plaintiff called the U. S. District Clerk's Office on Thursday, November 2, 2006 to make inquiry about the status of his case and to verify whether any ruling on his Motion to Enlarge had been entered. The Clerk verified the fact that a Minute Order granting the Motion had been entered.

Walker et. al. now seek an enlargement of time to file their opposition to First American et. al.'s dispositive Motion in light of the above circumstances. Plaintiffs also seek an enlargement of time to file an opposition to the Motion out of an abundance of caution in that they do not wish for this Court to enter a ruling on First American's Motion to Dismiss or for Summary Judgment without first entertaining their opposition to the Motion.

Pursuant to Fed. R. Civ. P. 6(b), this Court may grant an enlargement of time even after the period within which to file a pleading has expired. Walker and SELKER maintain that they have shown good cause for why the Court should grant the instant Motion. This is particularly true since Plaintiffs have filed Responses to all of the Defendants' dispositive Motions with the exception of First American, et. al.'s and this Court could treat the Motion as conceded by Plaintiffs if they are not given the opportunity to file an opposition to the current dispositive pleading.

Respectfully submitted,

_____
Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>Plaintiffs, | : |
| v. | : |
| NEIL SELDMAN, ET. AL.,<br>Defendants, | : No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>Counter-Plaintiffs, | : |
| v. | : |
| LE BON BRUCE WALKER, ET. AL.,<br>Counter-Defendants, | : |
| FIRST AMERICAN, ET. AL.,<br>Cross-Plaintiffs, | : |
| v. | : |
| NEIL SELDMAN, ET. AL.,<br>Cross-Defendants. | : |

### **ORDER**

Upon full consideration of Plaintiffs' Partial Consent Motion to Enlarge Time to File Opposition to Defendant/Counter- Plaintiff's Motion to Dismiss, or in the Alternative for Summary Judgment, the opposition thereto, if any, the record herein and good cause having been shown, it is

this _____ day of _____, 2006,

**ORDERED** that the Motion is granted and it is further,

**ORDERED** that Plaintiffs shall file any opposition to Defendants, First American's, Eastern Market Realty's Carolyn Davis' and Eric Emery's Motion to Dismiss or for Summary Judgment on or before _____ ,2006.

_____
Judge Gladys Kessler

copies to:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11. North Washington St, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

Alfred L Scanlan, Jr. Esquire
ECCLESTON & WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard St, 18th Floor
Baltimore, Md 21202