UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Le Bon Bruce Walker, et al.    )
                               )
v.                             )    Case No. 1:06-cv-00603-GK
                               )
Neil Seldman, et al.           )

ORDER

Upon consideration of Plaintiffs' Motion to Stay Proceedings Pending Case in DC Superior Court and the Opposition of Defendant City Title & Escrow Co., Inc. thereto it is this 9th day of November, 2006,

ORDERED, ADJUDGED and DECREED, the Motion is denied.

*Gladys Kessler*
United States District Court Judge

G:\C.Title\pldg\stayorder.wpd