## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, *et. al.*   )
           )
   Plaintiffs,     )
           )
   v.        )
           )
NEIL SELDMAN, *et al.,*    )  CASE NO. 1:06-cv-00603-GK
           )
   Defendants,    )
           )

### ORDER

**THIS MATTER** being ~~opened~~ presented to the Court by Plaintiffs, for entry of an order

extending the time to file an opposition to Defendant Institute for Local Self Reliance's

Motion for Summary Judgment, and the Court having reviewed the papers submitted in

support and opposition to the motion and for other good cause having been shown;

  **IT IS** on the 9th day of Nov, 2006

  **ORDERED** that Plaintiffs' Motion is hereby denied.

            Gladys Kessler
               U.S.D.J.

Cc:  Peter I. Grasis
   Rathbun & Goldberg, P.C.
   The Fairfax Building
   10555 Main Street, Suite 450
   Fairfax, Virginia 22030

   David D. Hudgins
   HUDGINS LAW FIRM
   515 King Street
   Suite 400
   Washington, DC 22314

Kristen E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13TH Street, NW
Suite 1000 South
Washington, DC 2005

Robert A. Scott
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, MD 21202

Robert N. Levin
ROBERT N. LEVIN, PC
1901 Research Blvd
Suite 400
Rockville, MD 20850

Michael N. Russo, Jr.
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

Alfred Long Scanlan, Jr.
ECCLESTON AND WOLF, P.C.
729 East Pratt Street
Suite 700
Baltimore, MD 21202-4460

James Andrew Sullivan, Jr.
MILES & STOCKBRIDGE, P.C.
11 North Washington Street
Suite 700
Rockville, MD 20850-4229

Albert A. Foster, Jr.
Dillingham & Murphy, LLP
1155 Connecticut Avenue, NW
Suite 1120
Washington, DC 20036

Peter K. Tompa
Dillingham & Murphy, LLP
1155 Connecticut Avenue, NW Suite 1120
Washington, DC 200036

2

First American Title Insurance Co.
401 E. Pratt Street, SE, Suite 323
Baltimore, MD 21202

Eastern Market Real Estate
7942 Wisconsin Avenue
Bethesda, MD 20814-3620

Eric J. Emrey
1964 2nd Street, NW
Washington, DC 20001

Carolyn Davis
Eastern Market Real Estate
210 9th Street, SE, Suite 100
Washington, DC 20003

Le Bon Bruce Walker and Selker, LLC
203 Seaton Place, NE
Washington, DC 20002