UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
         Plaintiffs, :
          :
   v. :
          :
NEIL SELDMAN, ET. AL., :   No. 06-CV-00603(G.K.)
         Defendants. :
_____:

FIRST AMERICAN, ET. AL., :
         Counter-Plaintiffs, :
   v. :
LE BON BRUCE WALKER, ET. AL., :
         Counter-Defendants. :
_____:

FIRST AMERICAN, ET. AL., :
         Cross-Plaintiffs, :
   v. :
NEIL SELDMAN, ET. AL., :
         Cross-Defendants. :
_____:

**ORDER**

Upon full consideration of Plaintiffs' Second Motion to Enlarge Time to File Opposition to Defendant, the Institute for Local Self-Reliance's Motion for Summary Judgment, the opposition thereto if any, the record herein and good cause having been shown, it is this ___ day of Nov , 2006,

**ORDERED** that the Motion is **granted** and it is further,

**ORDERED** that Plaintiffs shall file their position no later than _Nov. 15_, 2006.

_____
Judge Gladys Kessler

cc:
Le Bon Bruce Walker
203 Seaton Pl., NE
Washington, DC 20002

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Michael N. Russo, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

James A. Sullivan, Jr., Esquire
Miles & Stockbridge
11 N Washington Street, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tompa, Esquire
Dillingham & Murphy, LLP
1155 Connecticut Ave NW Ste 1120
Washington, DC 20036

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L Scanlan, Jr. Esquire
Eccleston & Wolf, PC
2001 S Street NW, Suite 310
Washington DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 South
Washington, DC 20005

Peter I Grasis, Esquire
10555 Main Street, Suite 450
Fairfax, Virginia 22030

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Fl
Baltimore, Maryland 21202

Robert N. Levin, Esquire
1901 Research Boulevard
Suite 400
Rockville, MD 20850