## A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

OMB No. 880*0268

B. Type of Loan

| | | |
|---|---|---|
| I.JLW* *._r»«A S._CW,. IMM. *._V» S._O~..«. | ».!*«*« M5g9 | ». U*. *»** 8720617!, | i. Itart,... hWMM. O». Nvm»« 081-0717533.703 |

a NOTE: TW» (orm h lumfchod to give you « statement ol sau.il i«U«mem com. Amount* peW to and by the Mtttomanl agent eft shown. Itaois marked (P.ac.) wen part outslda Ihe closing; they in shown hara tor htemwiton purpoees and an not tickioad In me lota*

| D. Name and Address o» Boirower | E. Name and Addresa ol Satar | F. Name and Addnws ol Lender |
|---|---|---|
| Andrew L. Steed | Salkw. UC | H t T Mortgage Corporation •*v |
| ^ 501 Rhode Island Avenue. M.M. | 19K 3rd Street, H.H. | 313 Ushers Road teitfnyton. |
| DC 20001 | HiiMnotOfl. DC 20001 | Ballston Uk«. NY 12019 |
| 1 | ? | |

| 3. Property Location 503 Rhode Island Avenue. N.H. Washington. DC 20001 Lot 34 In Square 5-475 | H. Saltlemant Agent Eastern Market T^le |
|---|---|
| | Place ol Settieienr. 210 7th Street. St.. Suite 100 Washington. DC 20003 | 1. SeUemenl Dale 03/22/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARVOF SEUER'S TRANSACTION: | |
|---|---|---|---|
| 100. Qroaa Amount Qua From Borrower | | «o. Qroae Amwnt Due To Seller | |
| 101. Control tales price | 77.000.11 | 401. Contract aaha' price | 77, 000. « |
| 102. Paraoral property | | 402. PersoneJ prooerty | |
| 103. Setdemonl chagiis to bomower (One 1400] | 8B.£19.i | 403. | |
| 104. | | 404. | |
| 105. | | 408. | |
| AdjuatmentB for item* paid by seller In advance f* | | Adjuctmenia for Itema paid by aeller In advance | |
| 106, CKvAown laaa 03/22 to 03/3* | 13.*5 | 40t. Cly/town lane 03/22 to 03/31 | 13.75 |
| 107. County lanes to | ~T | 407. County laxju to | |
| 108. Asceumonta to | | 408. AuessinentS - to | |
| 109. | | 400, | |
| 110. | | 4io | |
| 111. | a | 411. | i |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BOHFOWEH | % 165. | 420. GROSS AMOtINT DUE TO SEUEH | 77.013.75 |
| 200. Amounts Paid By or In Behalf of Borrower | | soo. Heduetlona. In Amount Due To Seller | |
| 201. Oapoak or aame*! monav | SGO-I | SOI. Excess OeoooeJt (see Inatruotlone) | |
| 202. Prkiclpol amounl ol new loan(s) | 154.750.^ | S02. SetUement chfaes to seller [lne 1400} | 5. 832. 00 |
| 208. Exfring loan(«) taken aubjeet to | • \ | SOt, ExdHng to«n^ taken subleot to | |
| 204. | | 504. Payo* of Unit «ior)gaoe loan City First Bank | 68.526.75 |
| 206. | 1* | SOS. Payoff ol aaeond mortgage loan | |
| 206. Seller Closing Cost Credit | 2.655.II | 506. Seller Closl« Cost Credit | 2,655.0( |
| 207. | ' | 8W. | |
| 208. | ! | SOB. | |
| 209. | wF | SOT. | |
| Adfustmerrte for Itema unpaid by aeller | | Adjuatmerfie for itema unpaid by aaller | |
| 210. City/town taxes to | | 510. Cty/lown laxii lo | |
| 211. County laxee to | J" | 511. County taxes ~ lo | |
| 212. Assessment to | | 512. Assessments to | |
| 213. | | 513. | |
| m | I | 514, * | |
| 216. | | SIS. i | |
| 216. | I | 516. £ | |
| 217. | | 517. t | |
| 218. | ■ / | S18. >* | |
| 218. | | 519. * | |
| | | £ sac. TOTAL REDUCTION AMOUNT DUE SEUER | 77.013.75 |
| 220. TOTAL PAID BY/FOR BORROWER | 157. 905. W | | |
| 300. Caen At Settlement From or To Borrower | | no. Cash At Settlement To or From Seller | |
| 301. Orou amount due tarn oonower flhe 120) | 165, 632 JB | 01. Qrosa amounfidue to seller (lne 420] | 77.013.75 |
| 302. Leas amounta paid by/for bomower (line 220) | 157,905.* | 02. Lees reducttonxamoum due seller [lne 520] | 77,013.75 |
| 303. CASH FROM BORROWER | 7.7Z7.8B | 60S. CASH TO SELLER | |

SUBSTITUTE FORM 1099 SELLER STATEMENT): The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.
SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).
You are required by law to provide Eastern Market Title (621)974702) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: 52-233-7967      SELLER SIGNATURE: [signature]

TIN: _____  SELLER SIGNATURE: _____

r^1 ^EXHIBIT .Jim

| UB/10/4MM* UA OP MENT OF HOUSNS AND URBAN DEVROPMeNT | SE iMENT STATEMENT | | PA06Z |
|---|---|---|---|
| L SETii£MENT CHARGES!     FILE i: 01-599 | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FRC SELLER' FUNDS / SETTLEME |
| , TOa TOTM. SMfSBROKEFTO COMMISSION bu«> on Mice • ^.OtiO.OOOf 5.00 •:, 3.860.00 | | | |
| • Oj*ton of spmniWon MM 700) i> toton* - | | | |
| TOT* 2.310.00 » WchMl's Rwlt* | | | |
| na. • 1.S40.00 to U.C. 4 A.N. Hllltr. teiltors v | | | |
| 70). CamnlHian otld M SotHomml | "4 | | 3.6S |
| 704. | | | |
| BOO. ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. tana | | |
| am. LOW Oriatwiton FW * Allit«tt Lending Service*¹: | | 1.547.50 | |
| BOB. loan Obopunt % AllftItl Lending SenHcw_ | | 3.B9S.M | |
| an. ApfnAol Poo to 2 | | | |
| 804. Cndt Repair lo Allstrte Lending Service* | | 63.00 | |
| 806- Lendert Inunction FM u | | | |
| aoo. Mto. in*. Apofcajbn IN* to IT | | | |
| 807. AMUmpfcn Feo to - | | | |
| 606. Flood Certlftcrtlon First AMrtcin Flood DiW) I | | 16.00 | |
| sat. Itortgiet Puwnt* EscroMd N i T HortBMl Con»rittal 7 | | 6.13; .40 | |
| •10. Contliwncv Rntrvct NAT NortgHi Corporitloir | | 6.50 .01 | |
| sn. ToUl Cost of Rtptlrf N 4 T Mortgtgf Corporatlai | | 65.000.01 | |
| Bi£ Coraultant FM Pwl Jtduoii ' ~BOOB | | | |
| 113. ArchltKturil Fen HIT *rto»ot Corporation .11001 | | | |
| 814. Supplmntll OHolmtlon Fet M 1 T NortOIM ConiorttlgiL | | 1.202.35 | |
| •if. AdcHtlonil Chirm *** S«* AtUcM Addmdui •*» .. 2514.69$ | | 625.00 | 845. |
| 90a rTEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE r | | | |
| 901. Mmt ftam 03/22/Ot lo 04/W/W •• 31.80 /dw .10 Otyi | | 317.96 | |
| 90fc MoitoMi Iniunum Prwnkmi lor to : | | | |
| 90). Hiwd kumneo Pnmkun tor yn to | | | |
| 904. | | | |
| 90S. .' t, | | | |
| tooa RESERVES DEPOSTTED WITH LENDER FOR | | | |
| 1001. Hjwrt Injuninoj 3 mo4f 38.33 Ana. | | 114.99 | |
| ifltt Monawo mwnvwf 0 tno.^t 64.21 /mo. | | | |
| 1003. Cty oiwcrty im» 3 mo.M 41.71 AIM. | | 125.13 | |
| 1004. County DreoMy to«j mo.9t ^ Am. 'I | | | |
| 1005. AwiMl AMWKTwnU jnOjgj ii ADO. T | | | |
| 1006. nwA* j; /mo. | | | |
| 1007- mo.9l 7 Am. | | | |
| ion. • | | | |
| iioa TITLE CHAHQbS g. | | | |
| 1101. SaUamont or ckwkig too w Eutom Hirket T1tlt AL | | 425.00 | 150.0 |
| iioa. Abmot or uk *o*oh to Abitrtct Solbtlom. Inc. | | 197.00 | |
| 110). Tlh •omktiltan » y | | | |
| 1104. Tkh kwurano* bhdor to p . | | | |
| 1109. Oooumjni pupanllon to . • l | | | |
| 1106. Notary hM to ^ | | | |
| 1107. Anonwy'i IN* to r . | | | |
| (hdudoi *oo«o tanj Mo: ,t ) «. | | | |
| 1106. JHj kwuranco to First AMrlcan Tltli Ins. Q>. | | 972.00 | |
| (hcMM obo«o tarnt No: •' ) | | | |
| tiO>.Undor'«eo¥omgo6 154.7SO.W -••- 581.2$ 7 7 | | | |
| ilia (Xmor¹! COVSAM • 77,000.00 — • 390.75 ' | | | |
| 1111. Tw CertiTlcrt; Ejstjrri Nsrtot Title . I | | 25.00 | |
| nii Process i Roleeso Eistern Hirktt Title j, 2. | | | 75.00 |
| ml Courltr Foes Cistern Mjrjeet Tttlf '. , | | | 25.00 |
| im QOVERNMENT RECORDING AND TRANSFER CHA IOES l | | | |
| 1801. Ftaconaifl Hot Dud 6 20.00 ; MorkMo* M 110,00 ; RelMm 1 40.00 | | 130.00 | 40.01 |
| laOB. CRyAMumyMMmpi DMd 1 1.706.71 ; Mortgwo *1 l | | 1.706.78 | |
| 1201 SIW to^tonM Modi .-Morttooofi | | | |
| 120*. Recordftlon Tix • | | | 847.0! |
| ia* « | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES * ! | | | |
| 1301. swvof w C«p1tsl Survtvs. Inc. « ! | | 400.00 | |
| 130i POM taeootton » HoMP.riHuntPestControi.Co. .79.318 "" | | | |
| '» | | | |
| 130*. Decerdlni Scrvlco First AMTICM Title Ins. to. | | 25.01 | |
| 1» ff ' | | | |
| 1301. § . ----------- | | | |
| 1307. | | | |
| 130*V j | | | |
| iioa TOTAL SETTLEMENT CHARGES [ontor an fcos 103 »d«B. Soottons J snd § | | 38.619.13 | 5,832.00 |

# HUD PAGE 2 ADDENDUM

Prawned by
Eastern Market Title
210 7th Street, S.E, Suite 100
Washington, DC 20003
202-546-3100

SELLERfS): ............ **Selker, LLC**

PURCHASEH(S): ...... **Andrew L, Steed**

LENDER: .................. **M & T Mortgage Corporation**

PROPERTY:          503 Rhode Island Avenue, N.W., Washington DC 20001
Lot 34 in Square S-475,

SETTLEMENT DATE: 03/22/02

| ITEMS PAYABLE IN CONNECTION WITH LOAN | Borrower | Seller |
|---|---|---|
| 816. Inspection Fees & Title Update   M 4 T Mortgage Corporation | 625.00 | |
| 817. Cowltinent Fee           M & T Mortgage Corporation | | 350.00 |
| 81& Broker Fee         32514.69 [POC] M|T to Allstate     2514.69 | | |
| 819. Processing Fee         Allstate Lending Services | | 495.00 |
| TOTALS | 625.00 | 845.00 |

| TITLE CHARGES | | |
|---|---|---|
| 1114. | | |
| 1115. | | |
| 1116. | | |
| 1117. | | |
| 1118. | | |
| 1119. | | |
| 1120. | | |
| 1121. | | |
| TOTALS | | |

| ADDITIONAL SETTLEMENT CHARGES | | |
|---|---|---|
| 1309. | | |
| 1310. | | |
| 1311. | | |
| 1312. | | |
| 1313. | | |
| TOTALS | | |

OB/I5/Z004 14:04 FAA 2025301430          1ST AM1SKiCAN/CONM. AVB-                    UJUU5

# ADDENDUM TO HUD-1
## SETTLEMENT; STATEMENT

THE PARTIES HERETO AGREE THAT IN ACTING AS SETTLEMENT AGENT, EASTERN MARKET TITLE (THE COMPANY) ASSUMES NO LIABILITY FOR THE CORRECTNESS OF INFORMATION FURNISHED BY OTHERS. THIS INCLUDES PRINCIPAL, INTEREST, INSURANCE, ESCROW FUNDS, WATER RENT, TAXES AND SPECIAL OR PENDING ASSESSMENTS. IF PRORATION OF TAXES AND ASSESSMENTS WERE MADE ON ESTIMATES PRIOR TO RECEIPT OF ACTUAL BILLS, THEN THE PURCHASER AND SELLER AGREE TO, ADJUST THE PRORATIONS SHOWN ON THE SETTLEMENT STATEMENT WHEN THE ACTUAL BILLS ARE RECEIVED. PAYMENT OF OUTSTANDING REAL ESTATE TAXES NOT DUE AND PAID AT SETTLEMENT ARE ASSUMED BY THE PURCHASER, WITH THE EXCEPTION OF ADDITIONAL TAXES AND/OR PENALTY AND INTEREST DUE AS A RESULT OF **AUDITS OF PAST TAX PAYMENTS, INCLUDING AUDITS OF QUALIFICATIONS FOR HOMESTEAD AND SENIOR CITIZEN EXEMPTIONS. ANY ADDITIONAL TAXES AND/OR PENALTY AND INTEREST DUE AS THE RESULT OF AN AUDIT SHALL BE THE SOLE RESPONSIBILITY OF THE SELLER WHO HEREBY INDEMNIFIES THE COMPANY AGAINST ANY LOSS, COST OR DAMAGES THAT IT MAY INCUR FROM CLAIMS RESULTING FROM SUCH AN AUDIT. THE PARTIES HERETO FURTHER AGREE THAT THE COMPANY MAY MAKE SUBSEQUENT ADJUSTMENTS IN THE EVENT SAID INFORMATION PROVES INCORRECT OR ESCROWED FUNDS PROVE INSUFFICIENT AND AGREE TO PAY THE COMPANY ANY FURTHER SUMS THUS FOUND DUB.**

**I HAVE CAREFULLY REVIEWED THE ABOVE STATEMENT, AND BY SIGNING BELOW DO HEREBY AGREE TO BE BOUND BY THE TERMS THEREOF,**

**Andrew Steed, PURCHASER**                              Selker, ELC, SELLER