UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, et al.<br><br>    Plaintiffs<br><br>v.<br><br>NEIL SELDMAN, et al.<br><br>    Defendants | Civil Action No. 06-CV-00603 |

**MOTION TO DISMISS**

Defendant W.C. and A.N. Miller Development Company (Miller), by and through undersigned counsel, moves this Court to dismiss with prejudice the Complaint and states as follows:

1. Plaintiffs filed the Complaint in this action on March 31, 2006.

2. Federal Rule of Civil Procedure 4(m) required Plaintiffs to serve the summons and Complaint upon Miller within 120 days of filing the Complaint, i.e. by August 14, 2006.

3. Pursuant to Miller's Motion to Quash, this Court determined that service on Miller was improper and accordingly quashed Plaintiffs' return of service for Miller in the October 3, 2006 Minute Order.

4. To date, Miller has not been properly served with the summons or Complaint in this matter.

WHEREFORE, Defendant W.C. and A.N. Miller Development Company respectfully requests this Court to grant its motion and to dismiss with prejudice the Complaint against Defendant in this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. FED. R. CIV. P. 4(m).

1. Minute Order of October 3, 2006.

Respectfully submitted,

_____
Alfred L. Scanlan, Jr. (#395048)
ECCLESTON AND WOLF, P. C.
2001 S Street, N. W., Suite 310
Washington, DC 20009-1125
(202) 857-1696

### LCvR 5.4(b)(5) CERTIFICATE

I HEREBY CERTIFY that the original signed document is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

_____
Alfred L. Scanlan, Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2006, a copy of the foregoing was sent via first class mail, postage prepaid, to:

Le Bon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20003

Selker, LLC
3001 Georgia Avenue, N.W.
Washington, D.C. 20001

_____
Alfred L. Scanlan, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, et al.

    Plaintiffs

v.

NEIL SELDMAN, et al.

    Defendants

Civil Action No. 06-CV-00603

**ORDER**

Upon consideration of Defendant W.C. and A.N. Miller Development Company's Motion to Dismiss, any opposition thereto, and the entire record of this case, it is on this _____ day of _____ 2006, hereby

ORDERED that Defendant W.C. and A.N. Miller Development Company's Motion to Dismiss Plaintiffs Le Bon Bruce Walker's and Selker LLC's Complaint be, and the same hereby is, GRANTED; and

FURTHER ORDERED that the Complaint in this matter against Defendant W.C. and A.N. Miller Development Company be, and the same hereby is, dismissed with prejudice.

                                                      _____
                                                      United States District Court Judge