UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
:
         Plaintiffs, :
:
:
v. :
:
NEIL SELDMAN, ET. AL., : No. 06-CV-00603 (G.K.)
:
         Defendants, :
_____ :

**CONSENT MOTION TO ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT ANDREW STEED'S
MOTION FOR SUMMARY JUDGMENT**

**Good Faith Certification**

I certify that on Tuesday December 5, 2006 around 3:30 p.m., I attempted to contact counsel for Defendant Andrew Steed ("Steed") to gain her consent to the filing of this Motion. Counsel was unavailable and I left a detailed message on his voice mail. Counsel contacted me on December 6, 2006 and consented to the filing of this Motion.

**Consent Motion to Enlarge Time to File Opposition to
Defendant Andrew Steed's Motion for Summary Judgment**

COME NOW PLAINTIFFS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully request that this Court enlarge the time to 12 days from the date of entry of a decision on this Motion within which to file an opposition to Steed's Motion for Summary Judgment. Walker et.al. refer the Court to the Memorandum of Points and Authorities below in support this Motion.

RECEIVED

DEC 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE based on the issues and argument raised in the Memorandum of Points and Authorities below, Walker prays that this Court grant the instant Motion and enlarge the time to 12 days from the date of entry of a ruling, within which to file an opposition to the Motion for Summary Judgment filed on Steed's behalf.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this 7TH day of December 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to: Carol S. Blumenthal, Esquire, BLUMENTHAL & SHANLEY, 1700 17th Street NW, Suite 301, Washington, DC 20009 and to the following:

| | | |
|---|---|---|
| Robert N. Levin, Esquire<br>1901 Research Blvd., Ste 400,<br>Rockville, MD 20850 | Albert A. Foster, Jr., Esquire<br>Peter K. Tomopa, Esquire<br>Dillingham & Murphy, LLP<br>1155 Conn Ave NW Ste 1120<br>Washington, DC 20036 | Robert A. Scott, Esquire<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>300 East Lombard St, 18th Flr<br>Baltimore, Md 21202 |
| David D. Hudgins, Esquire<br>515 King Street, Suite 400<br>Alexandria, VA, 22314 | Carole McIntyre<br>1922 3rd Street NW #9<br>Washington, DC 20001 | James A. Sullivan, Jr., Esquire<br>MILES & STOCKBRIDGE<br>11 N. Washington St, Ste 700<br>Rockville, MD 20850 |
| F. Joseph Nealon, Esquire<br>Kirsten E. Keating, Esquire<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>601 13th St NW Ste 1000 S<br>Washington, DC 20005 | Alfred L Scanlan, Jr. Esquire<br>ECCLESTON & WOLF, P.C.<br>2001 S Street NW, Ste 310<br>Washington, DC 20009-1125 | Peter I Grasis, Esquire<br>10555 Main St, Suite 450<br>Fairfax, Virginia 22030 |

Le Bon Bruce Walker

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,          :
                                        :
        Plaintiffs,                     :
                                        :
    v.                                  :
                                        :
NEIL SELDMAN, ET. AL.,                  :    No. 06-CV-00603 (G.K.)
                                        :
        Defendants,                     :
_____ :

**MEMORANDUM OF POINTS AND AUTHORITIES**

On or about November 21, 2006, Steed filed a Motion for Summary Judgment in this Court alleging that there existed no genuine dispute of material fact so as to entitle Defendant to judgment as a matter of law. Pursuant to LCvR 7(b) and Fed. R. Civ.P.6(a) and (e), any opposition to the dispositive Motion is due on or before December 7, 2006.

Despite a diligent effort to research and prepare an opposition to the Motion for Summary Judgment prior to the above due date, Walker finds that he is unable to do so in light of extenuating circumstances. Plaintiffs, therefore, seek an enlargement of time.

On November 29, 2006, Walker and SELKER had a matter (mediation) before the DC Superior Court in Case No. 04-CA-4631 which is a prior case. Plaintiff had to meet with counsels in that matter to discuss the case and to discuss a possible settlement. As a result, Walker could not devote his full attention to the preparation of an opposition to Steed's Motion for Summary Judgment. Walker argues that it is necessary that he be given the opportunity to file an opposition since LcvR 7(b) gives this Court the authority to treat a motion as conceded if no opposing

3

memorandum is filed within the prescribed time.

Pursuant to Fed. R. Civ. P. 6(b), this Court may enlarge the time within which to file an opposing memorandum to the Motion for Summary Judgment for cause. Walker and SELKER maintain that they have shown good cause for why an enlargement of time should be granted.

Respectfully submitted,

_____
Le. Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,  :
:
              Plaintiffs,  :
:
:
v.  :
:
NEIL SELDMAN, ET. AL.,  :  No. 06-CV-00603(G.K.)
:
             Defendants,  :
_____:

## ORDER

Upon full consideration of Plaintiffs' Motion to Enlarge Time to File Opposition to Defendant Andrew Steed's Motion for Summary Judgment, the opposition thereto, if any, the record herein and good cause having been shown, it is this _____ day of_____, 2006,

**ORDERED**   that the Motion is granted and it is further,

**ORDERED**   that Plaintiffs shall file any opposition to Defendant Andrew Steed's Motion for Summary Judgment on or before _____,2006.

                                                         Judge Gladys Kessler

copies to:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11. North Washington St, Ste 700

Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

Alfred L Scanlan, Jr. Esquire
ECCLESTON & WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard St, 18th Floor
Baltimore, Md 21202