UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
                Plaintiffs, :   No. 06-CV-00603 (G.K.)
                      :
     v. :
                      :
NEIL SELDMAN, ET.AL., :
                Defendants. :
_____:

## MOTION TO EXTEND TIME TO EFFECTUATE SERVICE UPON REGISTERED AGENT FOR DEFENDANT W.C. AND A.N. MILLER DEVELOPMENT COMPANY

### LcvR Rule 7 Statement

I hereby certify that on Monday, December 11, 2006, at 2:15 p.m. I attempted to contact counsel for defendant, W.C. and A.N. Miller Development Company (Miller") for his consent to filing the instant Motion. Counsel was unavailable and I left a message on his voice mail outlining the relief sought herein.

### Motion to Extend Time to Effectuate Service upon Registered Agent for Defendant W.C. and A.N. Miller Development Company

COME NOW PLAINTIFFS/ LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully move this Court for an Order extending the time to permit Walker et.al. to effectuate service upon the Registered Agent for Miller within 60 days from the date of entry of decision. Plaintiffs refer the Court to the Memorandum of Points below in support of this Motion.

WHEREFORE, the premises considered in the Memorandum of Points and Authorities below, Walker prays that this Court grant the instant Motion and permit Plaintiffs 60 days from the

RECEIVED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

date of entry of its ruling, within which to effectuate service upon the Registered Agent for Miller or a proper party as specified by the Rules.

Respectfully submitted,

*/s/*

Le Bon Bruce Walker
203 Seaton Place NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of December 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to: Alfred L. Scanlan, Jr. Esquire, ECCLESTON & WOLF, P.C., 2001 S Street NW, Suite 310,Washington, DC 20009-1125 and to the following:

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

James A. Sullivan, Jr., Esq
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
300 East Lombard St, 18th Flr
Baltimore, Md 21202

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

*/s/*
Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL., : | |
| Plaintiffs, : | No. 06-CV-00603 (G.K.) |
| : | |
| v. : | |
| : | |
| NEIL SELDMAN, ET.AL., : | |
| Defendants. : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 31, 2006, Walker et.al. initiated their action in this Court and effectuated service of the Summons and Verified Complaint upon an Officer of the Company prior to August 14, 2006. This Court on October 3, 2006, entered a Minute Order granting Miller's Motion to Quash Service due to the fact that Walker failed to serve the Registered Agent of the Company and therefore, service was improper. Walker et. al. now seek an extension of time to properly serve Miller in light of the above facts.

Plaintiffs contend that they should be permitted to effectuate service upon the Registered Agent for Miller because the lack of service would result in a dismissal of the case against this Defendant on technical or procedural grounds and not on the merits of the case. Walker argues that it is a societal preference in this jurisdiction that cases be decided on the merits. See for example *Iannucci v. Pearlstein,* 629 A.2d 555 (DC 1993).

Pursuant to Fed. R. Civ. P.6(b), this Court may extend the time to effectuate or renew service upon Miller for cause. Walker and SELKER maintain that they have shown good cause for why the Court should grant the instant Motion.

Respectfully submitted,

_/s/_
Le Bon Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,                :
                 Plaintiffs,     :   No. 06-CV-00603 (G.K.)
                                :
v.                                           :
                                :
NEIL SELDMAN, ET.AL.,                        :
                 Defendants.    :
_____      :

## ORDER

Upon full consideration of Plaintiffs' Motion to Extend Time to Effectuate Service Upon Registered Agent for Defendant W.C. and A.N. Miller Development Company, the opposition thereto, if any, the record herein, and good cause having been shown, it is this _____ day of _____, 2006,

**ORDERED** that the Motion is **granted** and it is further,

**ORDERED** that Plaintiffs shall effectuate proper service upon Defendants, W.C. and A.N. Miller on or before _____, 2006.

_____
Judge Gladys Kessler

copies to:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L. Scanlan, Jr. Esquire,
ECCLESTON & WOLF, P.C.,
2001 S Street NW, Ste 310
Washington, DC 20009-1125

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
300 East Lombard St, 18th Flr
Baltimore, Md 21202