UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
         Plaintiffs, :
                           :
                           :
v. :
                           :
                           :
NEIL SELDMAN, ET. AL., : No. 06-CV-00603 (G.K.)
         Defendants. :
_____ :

**OPPOSITION TO MOTION TO DISMISS**

COME NOW PLAINTIFFS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully oppose Defendant, W.C. and A.N. Miller's ("Miller") Motion to Dismiss on grounds fully set out in the Memorandum of Points and Authorities below.

WHEREFORE the premises considered as fully set out in the Memorandum of Points and Authorities below, Walker prays that this Court deny Miller's Motion to Dismiss.

                                                            Respectfully submitted,

RECEIVED
DEC 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                                            Le Bon Bruce Walker
                                                            203 Seaton Place NE
                                                            Washington, DC 20002
                                                           (202) 491-2940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 13rd day of December, 2006, a copy of the foregoing Opposition above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to: Alfred L. Scanlan, Jr. Esquire, ECCLESTON & WOLF, P.C., 2001 S St NW, Ste 310 Washington, DC 20009-1125.

| | | |
|---|---|---|
| Robert N. Levin, Esquire<br>1901 Research Blvd., Ste 400,<br>Rockville, MD 20850 | Albert A. Foster, Jr., Esquire<br>Peter K. Tomopa, Esquire<br>Dillingham & Murphy, LLP<br>1155 Conn Ave NW Ste 1120<br>Washington, DC 20036 | James A. Sullivan, Jr., Esquire<br>MILES & STOCKBRIDGE<br>11 N. Washington St, Ste 700<br>Rockville, MD 20850 |
| Carol Blumenthal, Esquire<br>1700 17th Street NW, Ste 301<br>Washington, DC 20005 | | Peter I Grasis, Esquire<br>10555 Main St, Suite 450<br>Fairfax, Virginia 22030 |
| David D. Hudgins, Esquire<br>515 King Street, Suite 400<br>Alexandria, VA, 22314 | Carole McIntyre<br>1922 3rd Street NW #9<br>Washington, DC 20001 | |
| F. Joseph Nealon, Esquire<br>Kirsten E. Keating, Esquire<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>601 13th St NW Ste 1000 S<br>Washington, DC 20005 | Robert A. Scott, Esquire<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>300 East Lombard St, 18th Flr<br>Baltimore, Md 21202 | _____<br>Le Bon Bruce Walker |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
                    Plaintiffs, :
                    :
                    :
v. :
                    :
NEIL SELDMAN, ET. AL., :    No. 06-CV-00603(G.K.)
               Defendants. :
_____:

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 3, 2006 this Court entered a Minute Order, pursuant to Miller's Motion to Quash Service, quashing service of process of the Summons and Verified Complaint upon Miller. This was done presumably on grounds of service upon an improper person in the Company. Miller is incorporated in the State of Delaware and has a Registered Agent. On or about November 29, 2006, Miller filled a Motion to Dismiss itself as a party-Defendant to Walker, et. al.'s case based upon improper service. See Fed R. Civ. P. 4(m).

Walker et. al. oppose Miller's Motion to Dismiss itself as a party Defendant. On December 11, 2006, Plaintiffs filed a Motion to Extend Time to Effectuate Service upon Registered Agent for Defendant, W.C. and A.N. Miller which is pending before this Court. Walker argues that the Motion to Dismiss filed on behalf of Miller is premature at this time in light of Plaintiffs' Motion to effectuate proper service upon this Defendant.

Plaintiffs also argue that Miller should not be dismissed as a party simply because Walker failed to serve the proper Agent for the Company. Dismissal would be a drastic remedy in this instance

because Walker, et. al. did personally serve a Representative of the Company within the 120 day period required under Fed. R. Civ. P. 4(m).

Miller should not be dismissed as a party-Defendant to this case on technical ground because it would promote an unfair prejudice to Walker and SELKER. Miller is one of the key Defendants in this case and the Company participated in the unlawful sales of Walker's and SELKER's real properties when it had personal and constructive notice that lis pendens had been filed against the titles to these properties prior to the transfer of title. In addition, Walker should be permitted to serve the proper agent for Miller prior to a dismissal of the case against it because Miller participated in the sale of SELKER's real property without any written resolution from Walker who owns a 70% interest in SELKER, LLC.

Respectfully submitted,

_____
Le Bon Bruce Walker

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, ET. AL., | : | RECEIVED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |
| Plaintiffs, | : | 2006 DEC 11  PM 11: 53 |
| | : | No. 06-CV-00603 (G.K.) |
| v. | : | NANCY M.<br>MAYER-WHITTINGTON<br>CLERK |
| NEIL SELDMAN, ET.AL., | : | |
| Defendants. | : | |

**MOTION TO EXTEND TIME TO EFFECTUATE SERVICE UPON REGISTERED AGENT FOR DEFENDANT W.C. AND A.N. MILLER DEVELOPMENT COMPANY**

**LcvR Rule 7 Statement**

I hereby certify that on Monday, December 11, 2006, at 2:15 p.m. I attempted to contact counsel for defendant, W.C. and A.N. Miller Development Company (Miller") for his consent to filing the instant Motion. Counsel was unavailable and I left a message on his voice mail outlining the relief sought herein.

**Motion to Extend Time to Effectuate Service upon Registered
Agent for Defendant W.C. and A.N. Miller Development Company**

COME NOW PLAINTIFFS/ LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully move this Court for an Order extending the time to permit Walker et.al. to effectuate service upon the Registered Agent for Miller within 60 days from the date of entry of decision. Plaintiffs refer the Court to the Memorandum of Points below in support of this Motion.

WHEREFORE, the premises considered in the Memorandum of Points and Authorities below, Walker prays that this Court grant the instant Motion and permit Plaintiffs 60 days from the

date of entry of its ruling, within which to effectuate service upon the Registered Agent for Miller or a proper party as specified by the Rules.

Respectfully submitted,

/s/
Le Bon Bruce Walker
203 Seaton Place NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2006, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to: Alfred L. Scanlan, Jr. Esquire, ECCLESTON & WOLF, P.C., 2001 S Street NW, Suite 310, Washington, DC 20009-1125 and to the following:

| | | |
|---|---|---|
| Robert N. Levin, Esquire<br>1901 Research Blvd., Ste 400<br>Rockville, MD 20850 | James A. Sullivan, Jr., Esq<br>MILES & STOCKBRIDGE<br>11. North Wash St, Ste 700<br>Rockville, MD 20850 | Robert A. Scott, Esquire<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>300 East Lombard St, 18th Flr<br>Baltimore, Md 21202 |
| Carol Blumenthal, Esquire<br>1700 17th Street NW, Ste 301<br>Washington, DC 20005 | Albert A. Foster, Jr., Esquire<br>Peter K. Tomopa, Esquire<br>Dillingham & Murphy, LLP<br>1155 Conn Ave NW Ste 1120<br>Washington, DC 20036 | Peter I Grasis, Esquire<br>10555 Main St, Suite 450<br>Fairfax, Virginia 22030 |
| David D. Hudgins, Esquire<br>515 King Street, Suite 400<br>Alexandria, VA, 22314 | | |
| Carole McIntyre<br>1922 3rd Street NW #9<br>Washington, DC 20001 | F. Joseph Nealon, Esquire<br>Kirsten E. Keating, Esquire<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>601 13th St NW Ste 1000 S<br>Washington, DC 20005 | /s/<br>Le Bon Bruce Walker |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, ET. AL., | : | |
| Plaintiffs, | : | No. 06-CV-00603 (G.K.) |
| | : | |
| v. | : | |
| | : | |
| NEIL SELDMAN, ET.AL., | : | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 31, 2006, Walker et.al. initiated their action in this Court and effectuated service of the Summons and Verified Complaint upon an Officer of the Company prior to August 14, 2006. This Court on October 3, 2006, entered a Minute Order granting Miller's Motion to Quash Service due to the fact that Walker failed to serve the Registered Agent of the Company and therefore, service was improper. Walker et. al. now seek an extension of time to properly serve Miller in light of the above facts.

Plaintiffs contend that they should be permitted to effectuate service upon the Registered Agent for Miller because the lack of service would result in a dismissal of the case against this Defendant on technical or procedural grounds and not on the merits of the case. Walker argues that it is a societal preference in this jurisdiction that cases be decided on the merits. See for example *Iannucci v. Pearlstein*, 629 A.2d 555 (DC 1993).

Pursuant to Fed. R. Civ. P.6(b), this Court may extend the time to effectuate or renew service upon Miller for cause. Walker and SELKER maintain that they have shown good cause for why the Court should grant the instant Motion.

Respectfully submitted,

_____
Le Bon Bruce Walker

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,  :
                     Plaintiffs,  :  No. 06-CV-00603 (G.K.)
                                  :
      v.                         :
                                  :
NEIL SELDMAN, ET.AL.,  :
                     Defendants.  :
_____ :

## ORDER

Upon full consideration of Plaintiffs' Motion to Extend Time to Effectuate Service Upon Registered Agent for Defendant W.C. and A.N. Miller Development Company, the opposition thereto, if any, the record herein, and good cause having been shown, it is this _____ day of _____, 2006,

**ORDERED**   that the Motion is **granted** and it is further,

**ORDERED**   that Plaintiffs shall effectuate proper service upon Defendants, W.C. and A.N. Miller on or before _____, 2006.

                                                          Judge Gladys Kessler

copies to:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC  20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia  22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC  20001

Alfred L. Scanlan, Jr. Esquire,
ECCLESTON & WOLF, P.C.,
2001 S Street NW, Ste 310
Washington, DC 20009-1125

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC  20036

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard  Spahr  Andrews  &
Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC  20005

Robert A. Scott, Esquire
Ballard  Spahr  Andrews  &
Ingersoll, LLP
300 East Lombard St, 18th Flr
Baltimore, Md  21202

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :
          Plaintiffs, :
           :
           :
v. :
           :
           :
NEIL SELDMAN, ET. AL., :   No. 06-CV-00603(G.K.)
          Defendants. :
_____:

### ORDER

Upon full consideration of the Motion to Dismiss, Plaintiff's Opposition to the Motion, the record herein and good cause not having been shown, it is this ____ day of_____, 2006,

**ORDERED**   that the Motion to Dismiss on behalf of W.C. and A.N. Miller is hereby **denied**.


_____
Judge Gladys Kessler

copies to:

Le Bon Bruce Walker
203 Seaton Pl NE
Washington, DC 20001

SELKER, LLC
3001 Georgia Ave NW
Washington, DC 20001

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

James A. Sullivan, Jr., Esquire
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

Alfred L Scanlan, Jr. Esquire
ECCLESTON & WOLF, P.C.
2001 S Street NW, Ste 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
300 East Lombard St, 18th Flr
Baltimore, Md 21202