IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06-cv-00603-GK |
| | * | |
| NEIL SELDMAN, et al. | * | |
| | * | |
| Defendants | * | |

### DEFENDANT, NEIL SELDMAN'S SECOND SUPPLEMENT
### TO REPLY MEMORANDUM
### IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the Defendant, Neil Seldman, by his undersigned counsel, pursuant to Fed. R. Civ. P. Rule 56 and LCvR 7(d) and in supplement to his Reply Memorandum in Support of his Motion for Partial Summary Judgment states as follows:

As previously noted in Defendant, Neil Seldman's first Supplement to Reply Memorandum in Support of his Motion for Partial Summary Judgment [#47], subsequent to the filing of his Reply Memorandum, the Court of Appeals issued its decision in the Second Appeal (Appeal No. 06-CV-479), granting Seldman's Motion for Summary Affirmance. Consequently, the Court of Appeals affirmed the Superior Court's Order docketed on April 14, 2006.

Walker subsequently filed a Petition for Rehearing or Rehearing En Banc in the Second Appeal, which the Court of Appeals denied on November 3, 2006. A true and correct copy of the Court of Appeals' Order entered on November 3, 2006, denying Walker's Petition for Rehearing or Rehearing En Banc is attached hereto as **Exhibit 8**. Consequently, the Court of

Appeals' decision granting summary affirmance in favor of Seldman in the Second Appeal remains undisturbed.[1]

Furthermore, counsel for Seldman has recently been apprised that Walker has recorded a "New" Notice of Lis Pendens among the Land Records of the Recorder of Deeds for the District of Columbia, purporting to "cancel the first Notice recorded in the Land Records as instrument # 58964 and to give notice that on March 31, 2006" the present action before this Court was filed. A true and correct copy of the "New" Notice of Lis Pendens is attached hereto as **Exhibit 9**. By virtue of the recording of this "New" Notice of Lis Pendens, Walker is attempting to, once again, preclude and/or delay Seldman from going to settlement on the Property located at 1922 3rd Street, N.W., with his contract purchaser.

The constant delays that Seldman has had to endure to get a final resolution of the issues involving the 1922 3rd Street Property is simply unfair and unjust. Walker filed the first case involving the 1922 3rd Street Property in the Superior Court case back in May of 2003. It is now almost four years later, and despite the fact that Seldman prevailed in the Superior Court, and endured two appeals, which were summarily affirmed by the Court of Appeals, Seldman has now had to respond to this second suit involving the 1922 3rd Street Property in this Court notwithstanding the fact that this suit, as it pertains to the 1922 3rd Street Property, is clearly barred by principles of res judicata. In that regard, Seldman is requesting a resolution of the present Motion for Partial Summary Judgment as expeditiously as possible so that he can proceed to settlement with his contract purchaser.

---

[1] Walker has subsequently informed the Court of Appeals that he intends to file a Petition for Writ of Certiorari before the United States Supreme Court and has obtained a stay of the issuance of the Mandate in the Second Appeal; nevertheless, once again, as set forth in Seldman's Reply Memorandum [#43] this would not defeat the *res judicata* effect of the final judgment entered in the Superior Court.

Respectfully Submitted,

MILES & STOCKBRIDGE P.C.


　/s/ James A. Sullivan, Jr.
G. VANN CANADA, JR. (D.C. Bar #366414)
JAMES A. SULLIVAN, JR. (D.C. Bar #475145)
11 North Washington Street
Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600

Attorneys for Defendant, Neil Seldman


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2007, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

>　Le Bon Bruce Walker
>　203 Seaton Place, N.E.
>　Washington, D.C. 20003


　/s/ James A. Sullivan, Jr.
　James A. Sullivan, Jr.