# District of Columbia
# Court of Appeals

No. 06-CV-479

LEBON BRUCE WALKER,

Appellant,

CA3882-03

v.

NEIL SELDMAN, ET AL.,

Appellees.

BEFORE:  *Washington, Chief Judge; *Farrell, Ruiz, Reid, Glickman, Kramer, Fisher, Blackburne-Rigsby, and Thompson, Associate Judges; *Terry, Senior Judge.

ORDER

On consideration of appellant's *pro se* petition for rehearing or rehearing en banc, it is

ORDERED by the merits division* that the petition for rehearing is denied; and it appearing that no judge of this court has called for a vote on the petition for rehearing en banc, it is

FURTHER ORDERED that the petition for rehearing en banc is denied.

PER CURIAM

Copies to:

Honorable Frederick H. Weisberg

Clerk, Superior Court



EXHIBIT
8

2

Lebon Bruce Walker
203 Seaton Place, NE
Washington, DC  20002

G. Vann Canada, Jr., Esquire
11 North Washington Street
Suite 700
Rockville, MD  20850

Craig S. Brodsky, Esquire
One South Street
20th Floor
Baltimore, MD  21202

sl