

## (NEW)
## NOTICE OF LIS PENDENS

BE IT KNOWN TO ALL PERSONS THAT LeBon Bruce Walker A.K.A. L.B. Walker, former record owner of the real property 1922 3rd Street NW Washington, DC 20001, hereby files this notice of Lis pendens pursuant to DC Act 13-299 (March, 2000) now codified as DC Code§42-1207 against any sale or transfer of title of the above property whose legal description is known as;

> Lot Ten (10) in Block thirteen (13) in A.L. Barber and Company's subdivision of LeDroit Park, as per plat recorded among the Records of the Office of the Surveyor of the District of Columbia in Liber Governor Shepherd at folio 15;

> Note At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for purposes of assessment and taxation as lot numbered Ten (10) in square numbered Thirty-Hundred Eighty-nine (3089).

1. Le Bon Bruce Walker ("Walker") hereby files this Notice of Lis Pendens to cancel the first Notice recorded in the Land Records as instrument # 58964 and to give notice that on March 31, 2006, an action involving the above described real property was filed in the United States District Court for the District of Columbia against his former business partner Neil Seidman, as well as, Substitute Trustees, Elizabeth Menist, Diane Stewart and against Carole McIntyre for wrongful foreclosure, fraudulent transactions and damages, pursuant to the illegal foreclosure on the above described real property. The above action captioned *Le Bon Bruce Walker v. Neil Seidman, et. al.* and assigned Civil Action No. 06-CA-0603 also seeks damages against Neil Seidman (and others) for the illegal sales of four (4) real properties that belonged to Walker's company, SELKER, LLC.

2. On April 13, 2006, the DC Superior Court in Civil Action No.03-CA-3882 issued a new Order dismissing the case against *Seidman, et. al.* with prejudice, ordering Walker to pay $91,702.50 in legal fees and $3,367.05 in costs including the cost of canceling and releasing the Notice of *Lis Pendens*, plus interest and ordering the Notice of *Lis Pendens* released and cancelled (No. 58964). Walker has noted an appeal of that decision in the D.C. Court of Appeals. Walker states that all of these actions in the D.C. Superior Court stem from the fact

**EXHIBIT 9**

that he was never given the opportunity to cure the alleged default despite several letters requesting the amount to cure, pursuant to the terms of the notice of default.

3. Accordingly no transfer or conveyance of title to this property should go forth pending the action to be filed in the D.C. Superior Court; and thereafter until the action is resolved by the Court and/or the resolution of any appeal.

_____
LeBon Bruce Walker