UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>Plaintiffs, | : |
| v. | : |
| NEIL SELDMAN, ET. AL.,<br>Defendants. | : No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>Counter-Plaintiffs, | : |
| v. | : |
| LE BON BRUCE WALKER, ET. AL.,<br>Counter-Defendants. | : |
| FIRST AMERICAN, ET. AL.,<br>Cross-Plaintiffs, | : |
| v. | : |
| NEIL SELDMAN, ET. AL.,<br>Cross-Defendants. | : |

RECEIVED
JAN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION FOR CLARIFICATION**

**<u>Good faith Certificate</u>**

I hereby certify that on Thursday January 11, 2007, I was unable to contact counsels for Defendants to gain their consent to the filing of this Motion.

## Motion for Clarification

COME NOW PLAINTIFFS LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully request that this Court take notice of Walker's clarification of his mailing address and permit Plaintiff an additional 10 days within which to file an Opposition to First American Title Insurance Company's, Eastern Market's, Carolyn Davis', and Eric Emery's ("Collectively known as First American et. al.") and Andrew Steed's dispositive Motions. Walker notes that he is in the process of preparing final drafts of his Oppositions to the above Defendants Motions to Dismiss or in the Alternative for Summary Judgment. Plaintiffs further request the enlargement of time to file their Answer to First American et. al.'s Counter-Claim and Cross-Claim. Walker and SELKER refer the Court to the Memorandum of Points and Authorities below as grounds for this Motion.

WHEREFORE, the premises considered in the Memorandum of Points and Authorities below, Walker, et. al. pray that the Court grant the instant Motion to Clarify and take Judicial Notice of the error in Walker's mailing address and enlarge the time to 10 days within which to file Plaintiffs' Oppositions to Defendants' disposition Motions and to file Answers to First American, et. al.'s Counter-Claim and Cross-Claim.

> Respectfully submitted,
>
> Le Bon Bruce Walker
> 203 Seaton Pl., NE
> Washington, DC 20002
> (202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this ___12th___ day of ___January, 2007___, a copy of the foregoing Motion above and Memorandum of Points and Authorities below was mailed first class, postage prepaid to :

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L. Scanlan, Jr. Esquire
ECCLESTON & WOLF, PC
2001 S Street NW, Ste 310
Washington, DC 20009-1125

James A. Sullivan, Jr., Esq
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews &

Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews &
Ingersoll, LLP
300 East Lombard St, 18th Flr
Baltimore, Md 21202

Michael N. Russo, Jr. Esq. &
Stephen A. Oberg, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md 21404-2289

_/s/ Le Bon Bruce Walker_
Le Bon Bruce Walker

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>　　　　　Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL.,<br>　　　　　Defendants. | : | No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>　　　　　Counter-Plaintiffs, | : | |
| v. | : | |
| LE BON BRUCE WALKER, ET. AL.,<br>　　　　　Counter-Defendants. | : | |
| FIRST AMERICAN, ET. AL.,<br>　　　　　Cross-Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL.,<br>　　　　　Cross-Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

　　Walker, et. al. wish for this Court to take Judicial notice of the fact that a clarification of the zip code in Plaintiff's address needs to be entered into the Court Docket. It seems that when Walker filed his initial Verified Complaint, he entered a typographical error and listed his Zip Code as 20003

instead of 20002. Walker's correct zip code for mailing is 20002.

Plaintiff brings this matter to the Court's attention because he has experienced problems in receiving its Court Orders in his case. Walker did not receive for example in the mail, copies of the Court's Orders granting Plaintiffs' Motions for enlargement of time to file Oppositions to Defendants First American et. al.'s Dispositive Motion, and to Defendant Andrew Steed's Motion to Dismiss. (Minute Order granting entry #76; #91; #92; Minute Order granting entry # 95). In addition, Walker never received the Minute Order granting First American's Motion for Leave to File Counter-Claim and Cross-Claim (Entry #64).

Walker respectfully requests that this Court permit him an enlargement of time to submit his Oppositions to the dispositive Motions (First American, et. al. and Andrew Steed's) and to file an Answer to the Counter-Claim and Cross-Claim in light of his original error in listing the proper zip code in his address. Plaintiff contends that this could be reason that he has not been receiving his correspondence from the Court.

Plaintiffs note that this Court has been extremely fair in granting enlargements of time in light of Walker's pro se status and he implores the Court to grant a final enlargement, under these circumstances, in order for Plaintiffs to file their Oppositions to the relevant dispositive Motions and to file an Answer to the Counter-Claim and Cross-Claim. Walker requests the enlargement in view of the Court's position that in instances where no opposing memoranda is filed, the Court may treat the motion as conceded.

Respectfully submitted,

Le Bon-Bruce Walker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER, ET. AL.,<br>    Plaintiffs, | : |
| v. | : |
| NEIL SELDMAN, ET. AL.,<br>    Defendants. | :   No. 06-CV-00603(G.K.) |
| FIRST AMERICAN, ET. AL.,<br>    Counter-Plaintiffs, | : |
| v. | : |
| LE BON BRUCE WALKER, ET. AL.,<br>    Counter-Defendants. | : |
| FIRST AMERICAN, ET. AL.,<br>    Cross-Plaintiffs, | : |
| v. | : |
| NEIL SELDMAN, ET. AL.,<br>    Cross-Defendants. | : |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Clarification, the opposition thereto if any, the record herein and it appearing that Plaintiff mistakenly typed the wrong zip code for mailing in his Initial Verified Complaint, it is this _____ day of __January,__ 2007,

**ORDERED** that the Motion Granted and it is further,

**ORDERED** that the Clerk shall note the change of Plaintiff's mailing address to 203 Seaton Place NE, Washington, DC 20002, and it is further,

**ORDERED** that Plaintiff shall file any opposition to Defendants First American's, Carolyn Davis' Eastern Market Realty's, Eric Emery's and Andrew Steed's Motion to Dismiss or for Summary Judgment on or before _____ 2007, and it is further,

**ORDERED** that Plaintiff shall file an Answer to First American's Carolyn Davis', Eastern Market and Eric Emery's Counter-Claim and Cross-Complaint on or before _____, 2007.

_____
Judge Gladys Kessler

cc:
Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC  20002

SELKER, LLC
3001 Georgia Avenue, NW
Washington, DC  20001

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC  20005

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC  20036

Alfred L. Scanlan, Jr. Esq
ECCLESTON & WOLF, PC
2001 S Street NW, Ste 310
Washington, DC  20009-1125

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia  22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC  20001

James A. Sullivan, Jr., Esq
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
601 13th St NW Ste 1000 S
Washington, DC  20005

Robert A. Scott, Esquire
Ballard Spahr Andrews
& Ingersoll, LLP
300 East Lombard St, 18th Floor
Baltimore, Md 21202

Michael N. Russo, Jr., Esquire
& Stephen A. Oberg, Esquire
125 West Street 4th Floor
Post Office Box 2289
Annapolis, Md  21404-2289