UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LE BON BRUCE WALKER, et al.,          :
                                      :
      Plaintiffs,                     :
                                      :
           v.                         :    Civil Action
                                      :    No. 06-603 (GK)
NEIL SELDMAN, et al.,                 :
                                      :
      Defendants.                     :
_____:

### ORDER

    The claims of Plaintiffs Le Bon Bruce Walker ("Walker") and Selker, LLC ("Selker") arise from the disposition of real property and money by Selker's then managing member, Defendant Neil Seldman ("Seldman"). Defendants are numerous individuals and business entities that were involved, to varying degrees, in the purchase or sale of certain real estate.[1] In his Second Amended Complaint, Walker argues that the transactions at issue support claims for the following: 1) violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C §§ 1961-68; 2) violations of 42 U.S.C. § 1983; 3) "fraudulent conveyance"; 4) conspiracy to

---

[1] The fourteen Defendants are Neil Seldman ("Seldman"), Dianne Stewart ("Stewart"), Elizabeth Menist ("Menist"), Carole McIntyre ("McIntyre"), the Institute for Local Self-Reliance ("ILSR"), W.C. & A.N. Miller Development Company ("Miller"), City Title and Escrow Company ("City Title"), Carolyn Davis ("Davis"), Eastern Market Real Estate ("Eastern Market"), First American Title Insurance Company ("First American"), Andrew Steed ("Steed"), Eric Emrey ("Emrey"), Yohannes Woldehanna ("Woldehanna"), Jonas Monast ("Monast"), and John Scheuermann ("Scheuermann").

commit fraud; 5) "collusion and unjust enrichment"; and 6) breach of contract.

Defendants First American, Eastern Market, Davis, and Emrey have filed a counterclaim against Walker and Selker to quiet title in some of the real property at issue, and they have filed cross-claims against Seldman for fraud, indemnification, and breach of warranty.

The matter is currently before the Court on motions to dismiss and/or motions for summary judgment by almost every Defendant.[2] Based on the pleadings, motions, oppositions, replies, and the entire record, for the reasons stated in the Court's Memorandum Opinion, it is hereby

**ORDERED** that Defendants' motions [#12], [#35], [#10], [#93], [#4], and [#46] are **granted** in part; and it is further

**ORDERED** that Plaintiffs' RICO and 42 U.S.C. § 1983 claims are **dismissed**; and it is further

**ORDERED** that all remaining claims, counterclaims, and cross-claims are **dismissed** pursuant to 28 U.S.C. § 1367(c); and it is further

---

[2] Defendant McIntyre is the sole exception; she does not appear to have been served with process and has not filed any motions or pleadings in this matter. McIntyre is a former employee of Selker. Additionally, Defendant Seldman filed a Motion for Partial Summary Judgment.

**ORDERED** that all remaining motions are **denied** as moot; and it is further

**ORDERED** that the case is **dismissed.**

This is a final order under Rule 4 of the Federal Rules of Appellate Procedure.

|  |  |
|---|---|
| January 18, 2007 | /s/<br>Gladys Kessler<br>U.S. District Judge |

<u>Copies to</u>:  attorneys of record via ECF, and

**LE BON BRUCE WALKER**
**203 Seaton Place, NE**
**Washington, DC 20003**