IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * Case No. 1:06-cv-00603-GK |
| | * |
| NEIL SELDMAN, et al. | * |
| | * |
| Defendants | * |

### AFFIDAVIT OF G. VANN CANADA, JR.

G. Vann Canada, Jr., being first duly sworn, deposes as follows:

1. I am over eighteen (18) years of age and am competent to testify to the matters stated herein.

2. I am counsel of record in this matter for Defendant, Neil Seldman.

3. I have personal knowledge of the matters stated herein.

4. I am a principal of the firm of Miles & Stockbridge P.C. and have been practicing law in the courts of the State of Maryland and the District of Columbia since 1966.

5. I am familiar with the hourly rates and legal fees customarily charged by attorneys in the D.C. metropolitan area for cases involving the same or similar issues as in the present case.

6. I am familiar with the issues in this case as well as the time, labor and skill requisite to perform the legal services on behalf of Defendant, Neil Seldman in this case.

7. Legal fees of $17,415.00 and expenses in the amount of $268.47 were expended on behalf of Defendants, Neil Seldman in this litigation by James A. Sullivan, Jr., an associate of

EXHIBIT C

Miles & Stockbridge P.C. Attached hereto as **Exhibit 1** are true and correct copies of all invoices issued to Defendant, Neil Seldman by Miles & Stockbridge P.C., since May 4, 2006, a Billing Information Memorandum (BIM) of Miles & Stockbridge P.C. reflecting fees and costs for the month of January 2007, and a summary of all fees and costs which were directly related to this litigation.[1]

8. I am familiar with the experience, reputation and skill and ability of James A. Sullivan, Jr., who performed the legal services reflected in the attached **Exhibit 1**. Mr. Sullivan has been an associate with Miles & Stockbridge P.C. since 2001 and has been practicing law since 1994.

9. In my opinion, the hours expended by Mr. Sullivan on this case were fair and reasonable, and the hourly rates charged by Miles & Stockbridge P.C. for Mr. Sullivan's services are consistent with the market rates in the D.C. metropolitan area.

10. Miles & Stockbridge P.C. who has been representing Defendant, Neil Seldman in matters filed by Plaintiff, Le Bon Bruce Walker in the Superior Court of the District of Columbia since 2003, previously received an award of attorneys' fees by the Superior Court of the District of Columbia in the amount of $91,702.50.

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE FACTS AND MATTERS CONTAINED IN THE FOREGOING AFFIDAVIT ARE TRUE.

_____
Date    Feb 1, 2007

_____
G. Vann Canada, Jr.

---

[1] All bills have been redacted for privilege and for fees and expenses related to the cases pending in the Superior Court of the District of Columbia and the Court of Appeals.

## SUMMARY OF INVOICES (FEES)

| Invoice No. | Date | Total Hours (Fees) | Hours attributed to Case No.06-cv-00603-GK | Fees Claimed |
|---|---|---|---|---|
| 1558701 | 5/4/06 | 19.2 ($5,472) | 10.4 | $ 1,964.00 |
| 1580208 | 6/6/06 | 5.3 ($1,510.50) | 1.0 | $ 285.00 |
| 1595481 | 7/11/06 | 24.10 ($6,868.50) | 13.1 | $ 3,733.50 |
| 1611466 | 8/8/06 | 1.2 ($342.00) | 1.2 | $ 342.00 |
| 1629902 | 9/11/06 | 22.8 ($6,498.00) | 21.4 | $ 6,099.00 |
| 1634587 | 10/5/06 | 3.7 ($1,054.50) | 3.7 | $ 1,054.50 |
| 1662201 | 11/7/06 | 5.5 ($1,705.00) | 3.1 | $ 961.00 |
| 1672452 | 12/6/06 | .7 ($217.00) | .3 | $ 93.00 |
| BIM | 1/31/07 | 9.3 ($2,883.00) | 9.3 | $ 2,883.00 |
| **TOTAL** | | | 63.5 | **$17,415.00** |

## SUMMARY OF INVOICES (COSTS)

| Invoice No. | Date | Costs Claimed |
|---|---|---|
| 1558701 | 5/4/06 | 0.00 |
| 1580208 | 6/6/06 | 0.00 |
| 1595481 | 7/11/06 | 0.00 |
| 1611466 | 8/8/06 | $208.79 |
| 1629902 | 9/11/06 | $ 39.68 |
| 1634587 | 10/5/06 | 0.00 |
| 1662201 | 11/7/06 | $ 13.76 |
| 1672452 | 12/6/06 | 0.00 |
| BIM | 1/31/07 | $ 6.24 |
| **TOTAL** | | **$ 268.47** |

EXHIBIT 1

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

May 4, 2006
Invoice # 1558701
17407       .       0-GVC
FEI# 52-1852131

Neil Seldman
3362 Tennyson Street, NW
Washington, DC  20015

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/20/06 | JS | Receipt and review of new lawsuit filed by LeBon Walker; telephone call to Craig Brodesky; telephone call with Laura Seldman; emails with Laura; analyze issues for dismissal of case. | 1.70 | 484.50 |
| 4/24/06 | JS | Emails with Laura Seldman re: ▓▓▓▓. | .20 | 57.00 |
| 4/25/06 | JS | Meeting with Neil and Laura Seldman re: ▓▓▓▓; prepare for meeting; review of issues re: new case filing. | 3.30 | 940.50 |
| 4/25/06 | JS | Research of Abstention issues and concurrent jurisdiction and parallel cases in DC Federal/State County for filing of Motion. | 2.40 | 684.00 |
| 4/26/06 | JS | Receipt of telephone message from Richard Grodsky re: status of case; emails to Laura Seldman. | .30 | 85.50 |
| 4/26/06 | JS | Draft/revise Motion to Dismiss Complaint. | 2.30 | 655.50 |
| 4/27/06 | JS | Email to Laura Seldman re: status. | .20 | 57.00 |

TOTAL HOURS                                                                 19.20

Total Fees                                                              $ 5,472.00

# MILES & STOCKBRIDGE P.C.

Neil Seldman

Page     2
May 4, 2006
Invoice # 1558701
17407      .            0-GVC

Summary of Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sullivan, James A. | 19.20 | 285.00 | 5,472.00 |
|  | 19.20 |  | $ 5,472.00 |

Total This Invoice                                                          $ 5,537.05

Please return a copy of this invoice with your remittance.  Thank you.

MILES & STOCKBRIDGE P.C.

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

June 6, 2006
Invoice # 1580208
17407                .              0-GVC
FEI# 52-1852131

Neil Seldman
3362 Tennyson Street, NW
Washington, DC  20015

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

|            |    |                                                                                                         | Hours | Amount |
|------------|----|---------------------------------------------------------------------------------------------------------|-------|--------|
| 5/01/06    | JS | Email to Laura Seldman (.2); conference with Vann Canada re: ███████, telephone call with Mr. Grodsky (.2). | .60   | 171.00 |
| 5/15/06    | JS | Telephone call to and from Mike Russo re: new case filing.                                              | .10   | 28.50  |
| ~~5/__/06~~ | ~~JS~~ | ~~Draft ████████ Stay Case; telephone ████ and ████ with Mike Russo; review ████ Staying Cases in Superior Court pending Federal ████~~ | ~~█.██~~ | ~~███.██~~ |
| 5/30/06    | JS | Receipt and review of electronic filings in District Court.                                             | .30   | 85.50  |
| ~~5/__/06~~ | ~~JS~~ | ~~Begin draft of ████ for Summary Affirmance if Appellate issue; receipt of court ████ ████████ and Schedule.~~ | ~~█.██~~ | ~~███.██~~ |

TOTAL HOURS                                                                                 5.30

Total Fees                                                                          $ 1,510.50


Summary of Services

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Sullivan, James A. | 5.30  | 285.00 | 1,510.50   |
|                   | 5.30  |        | $ 1,510.50 |

# MILES & STOCKBRIDGE P.C.



Page      2
June 6, 2006
Invoice # 1580208

Neil Seldman

17407      .              0-GVC

Total This Invoice                    $ 1,589.85

Please return a copy of this invoice with your remittance.  Thank you.

MILES & STOCKBRIDGE P.C.

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

Neil Seldman
3362 Tennyson Street, NW
Washington, DC  20015

July 11, 2006
Invoice # 1595481
17407               .          0-GVC
FEI# 52-1852131

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/07/06 | JS | Telephone call with Mr. Seldman re: ▓▓▓. | .20 | 57.00 |
| 6/16/06 | JS | Review pleadings/motions filed by other parties; begin draft of Motion for Partial Summary Judgment. | 1.20 | 342.00 |
| 6/19/06 | JS | Research, draft and revise Motion for Partial Summary Judgment. | 4.80 | 1,368.00 |
| 6/20/06 | JS | Draft Statement of Undisputed Facts; finalize Motion for Partial Summary Judgment; receipt and review of Motions to Dismiss filed by co-defendant; draft letter for Neil Seldman; emails with Neil Seldman. | 6.40 | 1,824.00 |
| 6/21/06 | JS | Draft and revise letter to ILSR; emails with ILSR; fax to ILSR. | .50 | 142.50 |

TOTAL HOURS                                                                   24.10

Total Fees                                                              $ 6,868.50

# MILES & STOCKBRIDGE P.C.

Neil Seldman

Page     2
July 11, 2006
Invoice # 1595481
17407      .           0-GVC

Summary of Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sullivan, James A. | 24.10 | 285.00 | 6,868.50 |
|  | 24.10 |  | $ 6,868.50 |

Total Expenses

Total This Invoice                                              $ 7,170.42

Please return a copy of this invoice with your remittance.  Thank you.

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

Neil Seldman
3362 Tennyson Street, NW
Washington, DC  20015

August 8, 2006
Invoice # 1611466
17407        .           0-GVC
FEI# 52-1852131

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/03/06 | JS | telephone call with attorneys for ILSR; conference call with Vann Canada re: ▬▬▬ review of Federal; District Court Pleadings. | .80 | 228.00 |
| 7/11/06 | JS | Receipt of Motion for Lease to file Second Amended Complaint. | .10 | 28.50 |
| 7/24/06 | JS | Receipt and review of Order Granting Extension of Time; receipt and review of Second Motion for Extension of Time; review status of Motion. | .30 | 85.50 |

TOTAL HOURS  1.20

Total Fees  $ 342.00

Summary of Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sullivan, James A. | 1.20 | 285.00 | 342.00 |
| | 1.20 | | $ 342.00 |

| | | |
|---|---|---|
| Westlaw | 196.63 | |
| Pacer/U.S. Courts | 12.16 | |

Total Expenses  $ 208.79

Total This Invoice  $ 550.79

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

```
                                              September 11, 2006
                                              Invoice # 1629902
                                              17407        .        0-GVC
Neil Seldman                                  FEI# 52-1852131
3362 Tennyson Street, NW
Washington, DC  20015
```

Re: Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/02/06 | JS | Draft/revise Reply to Opposition to Motion for Partial Summary Judgment (1.7); research cases re: effect of appeal on Res Judicata (1.6). | 3.30 | 940.50 |
| 8/02/06 | JS | Receipt of Order from Court re: City Title's Motion for Summary Judgment. | .10 | 28.50 |
| 8/03/06 | JS | Draft/revise and finalize Reply to Opposition to Motion for Partial Summary Judgment; electronically file Reply with Court. | 4.60 | 1,311.00 |
| 8/03/06 | JS | Receipt and review of Reply to Opposition to Motion to Dismiss filed by defendant Woldehanna and Notice of Substantial Counsel. | .20 | 57.00 |
| 8/03/06 | JS | Emails ▓▓▓▓ to Neil Seldman including attachments. | .40 | 114.00 |
| 8/09/06 | JS | Telephone call from Peter; emails with office re: exhibits to Motion for Summary Judgment. | .50 | 142.50 |
| 8/10/06 | JS | Receipt and review of Reply to Opposition to Motion to Quash filed by WC and Ann Miller. | .20 | 57.00 |
| 8/14/06 | JS | Receipt and review of Motion to Dismiss filed by Jones. | .20 | 57.00 |
| 8/15/06 | JS | Receipt and review of Order Granting Summary Affirmance; draft Supplement to Reply; electronically file Supplement. | 2.40 | 684.00 |
| 8/16/06 | JS | Email to Neil and Laura Seldman with attachments re: supplemental reply and judgment. | .30 | 85.50 |
| 8/16/06 | JS | Receipt and review of Motion to Stay Proceedings filed in Federal Court; emails to and from Mike Russo. | .30 | 85.50 |
| 8/17/06 | JS | Receipt and review of Scheduling Order; telephone call with Peter Thompson; telephone call to Mike Russo re: Motion to Stay; conference with Vann Canada; review Rules re: Scheduling Conference. | 1.70 | 484.50 |
| 8/18/06 | JS | Receipt of email from Laura Seldman (.1); email and conference with Vann Canada re: ▓▓▓▓ (.2); | 1.80 | 513.00 |

# MILES & STOCKBRIDGE P.C.

|  |  | Page 2 |
|---|---|---|
|  |  | September 11, 2006 |
| Neil Seldman |  | Invoice # 1629902 |
|  |  | 17407    .        0-GVC |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | review Federal Rules on scheduling conference statements (.5); receipt of Order granting Motion for Leave to file Amended complaint (.1); telephone calls with counsel for Dianne Stewart (.4); ███████████████████████ |  |  |
| 8/22/06 | JS | Telephone calls and emails with Laura Seldman, Neil Seldman; telephone call with Richard Grodsky; email documents to Richard Grodsky; conference with Vann Canada. | 1.20 | 342.00 |
| 8/22/06 | JS | Telephone call with Peter Thompson re: Motion to Stay (.2); telephone call to Mike Russo's Office (.1); receipt of Court Notices re: deadlines (.1). | .40 | 114.00 |
| 8/23/06 | JS | Receipt or court motion and pleadings; motion to stay, initial scheduling conference, amended order and motion to appear Pro Has Vice; receipt and review of court notice. | .40 | 114.00 |
| 8/24/06 | JS | Receipt of Court's Order Granting Motion to Stay Scheduling Conference; receipt of telephone message from LeBon Walker re: Consent to File Motion. | .30 | 85.50 |
| 8/24/06 | JS | Emails with Laura Seldman re: ███████ | .10 | 28.50 |
| 8/25/06 | JS | Emails to Laura Seldman re: ███████ | .20 | 57.00 |
| 8/29/06 | JS | Email ███████ to V. Canada. | .10 | 28.50 |
| 8/29/06 | JS | Review of Second Amended Complaint filed by Walker for response. | .30 | 85.50 |
| 8/30/06 | JS | Draft/revise Memorandum in Opposition to Motion to Stay Proceedings; electronically file opposition; telephone call to Mike Russo re: Stay of Proceedings; review of Second Amended Complaint for Response. | 2.60 | 741.00 |

# MILES & STOCKBRIDGE P.C.

|  |  |
|---|---|
| Neil Seldman | Page        3<br>September 11, 2006<br>Invoice # 1629902<br>17407        .          0-GVC |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/31/06 | JS | Receipt and review of letter from Robert re status report to court and Second Amended Complaint; review status of service. | .30 | 85.50 |

TOTAL HOURS       22.80

Total Fees                              $ 6,498.00

Summary of Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sullivan, James A. | 22.80 | 285.00 | 6,498.00 |
|  | 22.80 |  | $ 6,498.00 |

| | |
|---|---|
| Photographic Copies | 10.40 |
| Westlaw | 27.86 |
| Long Distance Telephone | 1.42 |

Total Expenses                          $ 39.68

Total This Invoice                      $ 6,537.68

Please return a copy of this invoice with your remittance.  Thank you.

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

```
                                            October 5, 2006
                                            Invoice # 1634587
                                            17407        .         0-GVC
Neil Seldman                                FEI# 52-1852131
3362 Tennyson Street, NW
Washington, DC  20015
```

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/01/06 | JS | Email to and from Laura Seldman re: ▬ | .20 | 57.00 |
| 9/01/06 | JS | Receipt of Second Amended Complaint Notice from court. | .10 | 28.50 |
| 9/05/06 | JS | Receipt and review of Motion for Leave to File Crossclaims and Counterclaims by First American. | .30 | 85.50 |
| 9/07/06 | JS | Telephone call with Mary Gogel; receipt and review of Motion to Dismiss filed by First American. | .50 | 142.50 |
| 9/08/06 | JS | Receipt and review of Cross-Claim filed by Carolyn Davis, et. al. | .40 | 114.00 |
| 9/15/06 | JS | Email to and from Laura Seldman re: ▬ | .10 | 28.50 |
| 9/21/06 | JS | Draft/revise and file Answer to Second Amended Complaint. | 1.40 | 399.00 |
| 9/26/06 | JS | Email to and from Laura Seldman re: ▬ (.1); conference with Vann Canada re: ▬ (.1). | .20 | 57.00 |
| 9/26/06 | JS | Receipt of Motion for Extension of Time. | .20 | 57.00 |
| 9/29/06 | JS | Receipt of status report filed by City Title and Escrow; receipt of Opposition to Motion to Stay Discovery. | .30 | 85.50 |

TOTAL HOURS                                              3.70

Total Fees                                          $ 1,054.50

# MILES & STOCKBRIDGE P.C.

|  | Page 2 |
|---|---|
|  | October 5, 2006 |
|  | Invoice # 1634587 |
| Neil Seldman | 17407   .   0-GVC |

Summary of Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sullivan, James A. | 3.70 | 285.00 | 1,054.50 |
|  | 3.70 |  | $ 1,054.50 |

Total Expenses                                                             $ .00

Total This Invoice                                                         $ 1,054.50

Please return a copy of this invoice with your remittance.  Thank you.

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

November 7, 2006
Invoice # 1662201
17407                    0-GVC
FEI# 52-1852131

Neil Seldman
3362 Tennyson Street, NW
Washington, DC  20015

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

|            |    |                                                                                         | Hours | Amount  |
|------------|----|-----------------------------------------------------------------------------------------|-------|---------|
| 10/02/06   | JS | Draft/revise Answer to Cross-claim, electronically file Answer to Cross-Claim with Court. | 2.60  | 806.00  |
| 10/10/06   | JS | Email to and from Laura Seldman re:                                                     | .10   | 31.00   |
| 10/16/06   | JS | Confirm with Van Canada re:                                                             | .40   | 124.00  |

TOTAL HOURS                                                               5.50

Total Fees                                                                $ 1,705.00

Summary of Services

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Sullivan, James A.| 5.50  | 310.00 | 1,705.00   |
|                   | 5.50  |        | $ 1,705.00 |

Pacer/U.S. Courts                                              13.76

Total Expenses                                                            $ 13.76

Total This Invoice                                                        $ 1,718.76

# MILES & STOCKBRIDGE P.C.

11 North Washington Street, Rockville, MD 20850-4286 • 301.762.1600 • Fax: 301.762.0363 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Towson, MD

```
                                              December 6, 2006
                                              Invoice # 1672452
                                              17407                0-GVC
Neil Seldman                                  FEI# 52-1852131
3362 Tennyson Street, NW
Washington, DC  20015
```

Re:  Walker, LeBon Walker

FOR PROFESSIONAL SERVICES RENDERED:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/06/06 | JS | Email to and from Mr. and Mrs. Seldman re: ▓▓▓ | .20 | 62.00 |
| 11/06/06 | JS | Receipt and review of summary of issues for Laura Seldman. | .10 | 31.00 |
| ~~11/__/06~~ | ~~JS~~ | ~~Receipt and review of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓~~ | ~~.__~~ | ~~___~~ |

```
        TOTAL HOURS                                    .70

        Total Fees                                              $ 217.00
```

Summary of Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sullivan, James A. | .70 | 310.00 | 217.00 |
|  | .70 |  | $ 217.00 |

```
        Total Expenses                                          $ .00


        Total This Invoice                                      $ 217.00
```



# MILES & STOCKBRIDGE P.C.

Neil Seldman

Page      2
December 6, 2006
Invoice # 1672452
17407          .           0-GVC

Please return a copy of this invoice with your remittance.  Thank you.

MILES & STOCKBRIDGE P.C.

```
BIM300T                                      Miles & Stockbridge P.C.                                      Page     1
Requested by: LMSV-K Jett                       BILLING INFORMATION MEMO
Date ........   1/31/07

                                     17407     000  Seldman, Neil                    BIM#:             1709811
N Orig Attorney 0380 Canada, G. Vann, Jr.          0    Walker, LeBon Walker          Time: 0/00/0000 1/31/2007
N Bill Attorney 0380 Canada, G. Vann, Jr.      Opened Date....  5/18/2003             Cost: 0/00/0000 1/31/2007
                                                BILL MONTHLY                          Real estate litigation
                                                R01   Rockville Standard Format

=================================================================================================================
Neil Seldman
3362 Tennyson Street, NW
Washington, DC 20015

=============================================>  F E E S  <=======================================================
           Atty Wkng         Serv
 - Date -  Ints Atty  Subm   Code  Description                             Hours     Rate       Amount    Grp# / Itm#
 1/08/2007 JS   3050         AAA   Draft/revise Second Supplement to Reply to  2.40  310.00     744.00    80255    1
                             AAA   Opposition to Motion for Partial Summary
                             AAA   Judgment; electronically file Reply.  Email to
                             AAA   Laura Seldman.
 1/17/2007 JS   3050         A107  Emails with Laura Seldman re: ▆▆▆▆(.1);    .30   310.00      93.00    81206   15
                             A107  receipt and review of Motion for Clarification
                             A107  filed by Mr. Walker.
 1/18/2007 JS   3050         A107  Emails with Laura Seldman re: ▆▆▆▆ receipt and .60 310.00   186.00    81206   22
                             A107  review of Order Denying Motion for Clarification;
                             A107  conference with Vann Canada.
 1/18/2007 JS   3050         A107  Review court docket for status.            .30   310.00      93.00    81206   23
 1/19/2007 JS   3050         A107  Receipt and review of Memorandum Opinion   .80   310.00     248.00    81206   31
                             A107  Dismissing Case as to all Defendants.  Emails
                             A107  with clients re: ▆▆▆▆▆▆▆▆.  Telephone
                             A107  call with client.
 1/19/2007 JS   3050         A107  Review of Court Rules for Bill of Costs and 1.30 310.00     403.00    81206   32
                             A107  Recovery of Attorney's Fees.  Begin Draft of
                             A107  Motion for Attorneys Fees/Release of Lis Pendens.
 1/24/2007 JS   3050         AAA   Email to Laura Seldman re: ▆▆▆▆▆          .60   310.00     186.00    82293    1
                             AAA   Review Court Rules.
 1/26/2007 JS   3050         AAA   Review law on collection of Attorney's Fees Under 2.60 310.00 806.00  82293    6
                             AAA   Discrimination Statutes to Incorporate into
                             AAA   Motion; draft/revise Motion for Attorney's Fees
                             AAA   and Motion to Release Lis Pendens.
 1/29/2007 JS   3050         AAA   Email to Laura Seldman re: ▆▆▆▆▆          .10   310.00      31.00    82293   10
 1/29/2007 JS   3050         AAA   Receipt and review of Walker's Opposition to .30 310.00     93.00    82293   11
                             AAA   Motion to Dismiss.
                                                                          ---------              ------------
                                                       Unbilled Time         9.30               2,883.00

=============================================> E X P E N S E S <=================================================
           Wkng       Serv
 - Date -  Atty Task  Code  Description                                   Quantity         Amount  Group#/Item#
12/19/2006      E106  030   Westlaw Actual date 10/15/06 - 11/14/06                           1.92   25599    23
 1/08/2007 A    E101  010   Photographic Copies, 4 copies @ .20              4.00              .80   25877    52
 1/23/2007      E106  543   Pacer Service Center Check # -    0565380                         3.52   26098   169
                            Pacer/U.S. Courts
```

```
BIM300T                                  Miles & Stockbridge P.C.                              Page     2
Requested by: LMSV-K Jett
Date .......... 1/31/07                   BILLING INFORMATION MEMO

                                  17407       000  Seldman, Neil              BIM#:           1709811
N Orig Attorney 0380 Canada, G. Vann, Jr.        0  Walker, LeBon Walker      Time: 0/00/0000 1/31/2007
N Bill Attorney 0380 Canada, G. Vann, Jr.  Opened Date.... 6/18/2003          Cost: 0/00/0000 1/31/2007
                                           BILL MONTHLY                       Real estate litigation
                                           R01  Rockville Standard Format

==============================================>  E X P E N S E S  <==============================================
            Wkng    Serv
  - Date -  Atty Task Code  Description                                 Quantity           Amount Group#/Item#

                                                                        -------------   ---------------
                                  Unbilled Costs Advanced                     .00               6.24

==============================================>  B I L L I N G   S U M M A R Y  <==============================================
 Last Time
 Entry Date  Name                    Atty      Hours       Rate       Amount      N/C Hr      N/C Amt
 1/29/2007   Sullivan, James A.      3050       9.30     310.00     2,883.00         .00          .00        _____.__

                    Unbilled Time              9.30                 2,883.00                                 _____.__
                    Unbilled Costs Advanced                             6.24                                 _____.__
                                                                 ---------------
                    Total Unbilled Time & Costs Advanced           2,889.24              __/__/__

                    Outstanding              Before          Value     After          Value
                    Unbilled Time          0/00/0000           .00   1/31/2007           .00
                    Unbilled Costs Advanced 0/00/0000          .00   1/31/2007           .00

==============================================>  C O S T S   C O D E   S U M M A R Y  <==============================================
                    Serv
                    Code  Description                                   Amount
                    010   Photographic Copies                              .80                    _____.__
                    030   Westlaw                                         1.92                    _____.__
                    543   Pacer/U.S. Courts                               3.52                    _____.__
                                                                   ---------------
                                  Total Costs Advanced                    6.24

==============================================>  A C C O U N T S / R E C E I V A B L E   S U M M A R Y  <==============================================
  Invoice              Last Receipt    Fees        Expenses     Service       Total                     Adjustments
   Date    Invoice        Date       Invoiced      Invoiced     Charges      Invoiced     Receipts     /Write-Offs      Balance
 12/06/2005 1486190                     456.00         3.00        .00         459.00         .00           .00           459.00
  1/06/2006 1498007                    5386.50       112.80        .00        5499.30         .00           .00          5499.30
  2/06/2006 1520307                     598.50          .00        .00         598.50         .00           .00           598.50
  3/06/2006 1532415                    2964.00        51.80        .00        3015.80         .00           .00          3015.80
  4/11/2006 1549019                    1054.50        20.00-       .00        1034.50         .00           .00          1034.50
  5/04/2006 1558701                    5472.00        65.05        .00        5537.05         .00           .00          5537.05
  6/06/2006 1580208                    1510.50        79.35        .00        1589.85         .00           .00          1589.85
  7/11/2006 1595481                    6868.50       301.92        .00        7170.42         .00           .00          7170.42
  8/08/2006 1611466                     342.00       208.79        .00         550.79         .00           .00           550.79
  9/11/2006 1629902                    6498.00        39.68        .00        6537.68         .00           .00          6537.68
 10/05/2006 1634587                    1054.50          .00        .00        1054.50         .00           .00          1054.50
 11/07/2006 1662201                    1705.00        13.76        .00        1718.76         .00           .00          1718.76
 12/06/2006 1672452                     217.00          .00        .00         217.00         .00           .00           217.00
```