IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER | * |
| Plaintiff | * |
| vs. | * Case No. 1:06-cv-00603-GK |
| NEIL SELDMAN, et al. | * |
| Defendants | * |

**ORDER GRANTING
DEFENDANT, NEIL SELDMAN'S MOTION FOR
ATTORNEYS' FEES AND COSTS**

Upon consideration of Defendant, Neil Seldman's Motion for Attorneys' Fees and Costs, and any opposition thereto, it is on this _____ day of _____, 2007, by the United States District Court for the District of Columbia hereby

ORDERED, that Defendant, Neil Seldman's Motion for Attorneys' Fees and Costs be and the same is hereby GRANTED; and it is further

ORDERED, that judgment be and the same is hereby ENTERED in favor of Defendant, Neil Seldman against Plaintiff, Le Bon Bruce Walker for attorneys' fees of $17,415.00 and costs of $268.47, in the total amount of $17,683.47.

_____
Gladys Kessler
U.S. District Judge

Copies to:   attorneys of record via ECF, and

LE BON BRUCE WALKER
203 Seaton Place, NE
Washington, DC 20003