IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | Case No. 1:06-cv-00603-GK |
| * | |
| NEIL SELDMAN, et al. * | |
| * | |
| Defendants * | |

**DEFENDANT, NEIL SELDMAN'S MOTION FOR
CANCELLATION AND RELEASE OF NOTICE OF LIS PENDENS**

COMES NOW, Defendant, Neil Seldman, by and through his undersigned counsel, pursuant to D.C. Code § 42-1207, and hereby files this Motion for Cancellation and Release of Notice of Lis Pendens, and for grounds in support thereof, states as follows:

1. This case involved, inter alia, the property located at 1922 3rd Street, N.W., Washington, D.C. which has a legal description as follows:

> Lot 10 in Block 13 in A.L. Barber and Company's subdivision of LeDroit Park, as per plat recorded among the Records of the Office of the Surveyor of the District of Columbia in Liber Governor Shepherd at folio 15;
>
> NOTE: At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for purposes of assessment and taxation as Lot numbered Ten (10) in Square numbered Thirty Hundred Eighty-nine (3089).

2. After the commencement of this case, Plaintiff caused a "(New) Notice of Lis Pendens" to be recorded as instrument #2006050770, among the Land Records of the Recorder of Deeds in the District of Columbia, which referenced the filing of the present action. A true and correct copy of said Notice of Lis Pendens is attached hereto as **Exhibit 1**.

3. On January 18, 2007, this Court entered a final Order dismissing plaintiff, Le Bon Bruce Walker's Second Amended Complaint in its entirety.

4. D.C. Code § 42-1207(d), which pertains to "Notice of pendency of action (lis pendens)" states that "if judgment is rendered in the action or proceeding against the party who filed the notice of the pendency, <u>the judgment shall order the cancellation and release of the notice at the expense of the filing party as part of the costs of the action or proceeding</u>. When appropriate, the Court may also impose sanctions for the filing." (Emphasis supplied).

5. Because this Court entered a judgment in this action against the Plaintiff, who filed the Notice of Lis Pendens, this Court must order that the cancellation and release of the notice at the expense of the Plaintiff as part of the costs of this case.

WHEREFORE, Defendant, Neil Seldman, respectfully requests that the court enter an Order granting this Motion and ordering the cancellation and release of any and all Notices of Lis Pendens arising out of the present action, including the Notice of Lis Pendens recorded as instrument #2006050770, recorded by Plaintiff among the Land Record of the Recorder of Deeds of the District of Columbia.

Respectfully Submitted,

MILES & STOCKBRIDGE P.C.

  /s/ James A. Sullivan, Jr.
G. VANN CANADA, JR. (D.C. Bar #366414)
JAMES A. SULLIVAN, JR. (D.C. Bar #475145)
11 North Washington Street
Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600

Attorneys for Defendant, Neil Seldman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2006, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

>Le Bon Bruce Walker
>203 Seaton Place, N.E.
>Washington, D.C. 20002

>　　　　/s/ James A. Sullivan, Jr.　　　
>James A. Sullivan, Jr.