IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LE BON BRUCE WALKER | * |
| Plaintiff | * |
| vs. | * Case No. 1:06-cv-00603-GK |
| NEIL SELDMAN, et al. | * |
| Defendants | * |

**ORDER GRANTING
DEFENDANT, NEIL SELDMAN'S MOTION FOR
CANCELLATION AND RELEASE OF NOTICE OF LIS PENDENS**

Upon consideration of Defendant, Neil Seldman's Motion for Cancellation and Release of Notice of Lis Pendens, and any opposition thereto, and for good cause having been shown, it is on this ____ day of _____, 2007, by the United States District Court for the District of Columbia

ORDERED, that Defendant, Neil Seldman's Motion for Cancellation and Release of Notice of Lis Pendens be and the same is hereby GRANTED; and it is further

ORDERED, that pursuant to D.C. Code § 42-1207(d), any and all Notices of Lis Pendens, referencing the present action (Case No. 06-cv-00603) and pertaining to the Property located at 1922 3rd Street, N.W., Washington, D.C., which has a legal description of:

> Lot 10 in Block 13 in A.L. Barber and Company's subdivision of LeDroit Park, as per plat recorded among the Records of the Office of the Surveyor of the District of Columbia in Liber Governor Shepherd at folio 15;
>
> NOTE: At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for purposes of assessment and taxation as Lot numbered Ten (10) in Square numbered Thirty Hundred Eighty-nine (3089).

2

and recorded among the Land Records of the Recorder of Deeds of the District of Columbia, by Plaintiff, Le Bon Bruce Walker, including the "(New) Notice of Lis Pendens" recorded as Instrument #2006050770, be and the same are hereby CANCELLED AND RELEASED at the expense of Plaintiff, Le Bon Bruce Walker.

_____
Gladys Kessler
U.S. District Judge

Copies to:   attorneys of record via ECF, and

LE BON BRUCE WALKER
203 Seaton Place, NE
Washington, DC 20002