**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February, **2007**, a copy of the Defendant, Neil Seldman's Motion for Cancellation and Release of Notice of Lis Pendens was mailed via first class mail, postage prepaid, to the following:

>Le Bon Bruce Walker
>203 Seaton Place, N.E.
>Washington, D.C. 20002

/s/ James A. Sullivan, Jr.
James A. Sullivan, Jr.