UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,      :

             Plaintiffs,      :

v.      :

NEIL SELDMAN, ET. AL.,      :

             Defendants.      :

No. 06-CV-00603 (G.K.)

RECEIVED
FEB 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT, NEIL SELDMAN'S MOTIONS FOR ATTORNEYS' FEES AND COSTS AND FOR CANCELLATION AND RELEASE OF NOTICE OF LIS PENDENS**

**LcvR 7 Statement**

I hereby certify that I was unable to reach counsels Defendant to gain consent to the relief sought herein.

**Motion to Enlarge Time to File Opposition to Defendant, Neil Seldman's Motions for Attorneys' Fees and Costs and for Cancellation and Release of Notice of Lis Pendens**

COME NOW PLAINTIFFS, LE BON BRUCE WALKER ("Walker") and SELKER, LLC and respectfully move this Court for an Order enlarging the time to 20 days from the date of entry of a decision on this Motion within which to file oppositions to Defendant Neil Seldman's ("Seldman") Motions for Attorneys' Fees and Costs and for Cancellation and Release of Notice of Lis Pendens. Walker refers the Court to the Memorandum of Points and Authorities below in support of the Motion.

WHEREFORE the premises considered in the Memorandum of Points and Authorities below, Walker et. al. pray that this Court grant the instant Motion and extend the time to 20 days from the date of entry of its Order within which to file oppositions to Seldman's Motions for Attorneys' Fees and Costs and for Cancellation and Release of Notice of Lis Pendens.

Respectfully submitted,

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002
(202) 491-2940

## CERTIFICATE OF SERVICE

I hereby certify that on this __14nd__ day of February, 2007, a copy of the foregoing Opposition above and Memorandum of Points and Authorities below were mailed first class, postage prepaid to : James A. Sullivan, Jr., Esquire, G. Vann Canada, JR., Esquire, MILES & STOCKBRIDGE,11. North Washington St, Ste 700, Rockville, MD  20850 and to: Michael N. Russo, Jr., Esquire & Stephen A. Oberg, Esquire, 125 West Street 4th Floor, Post Office Box 2289, Annapolis, Maryland 21404-2289, and to: Robert N. Levin, Esquire, 1901 Research Blvd., Ste 400, Rockville, MD 20850; Carol Blumenthal, Esquire,1700 17th Street NW, Ste 301,Washington, DC  20005; David D. Hudgins, Esquire, 515 King Street, Suite 400, Alexandria, VA, 22314; Albert A. Foster, Jr., Esquire, Peter K. Tomopa, Esquire, Dillingham & Murphy, LLP, 1155 Conn Ave NW Ste 1120 Washington, DC 20036; Peter I Grasis, Esquire, 10555 Main St, Suite 450, Fairfax, Virginia 22030; Carole McIntyre,1922 3rd Street NW #9,Washington, DC  20001; Alfred L. Scanlan, Jr. Esquire ECCLESTON & WOLF, P.C., 2001 S Street NW, Suite 310, Washington, DC 20009-1125 ; James A. Sullivan, Jr., Esquire; G. Van Canda, MILES & STOCKBRIDGE, 11. North Wash St, Suite 700, Rockville, MD 20850; F. Joseph Nealon, Esquire, Kirsten E. Keating, Esq, Ballard Spahr Andrews & Ingersoll, LLP,601 13th St NW, Suite 1000 S, Washington, DC  20005; Robert A. Scott, Esq, Ballard Spahr Andrews & Ingersoll, LLP, 300 East Lombard St, 18th Floor, Baltimore, Md 21202.

Le Bon Bruce Walker

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LE BON BRUCE WALKER, ET. AL., | : | No. 06-CV-00603 (G.K.) |
| Plaintiffs, | : | |
| v. | : | |
| NEIL SELDMAN, ET. AL., | : | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 1, 2007 and February 9, 2007, Seldman filed a Motion for Attorneys Fees and Costs and a Motion for Cancellation and Release of Attorneys Fees, respectively. Walker, et. al. intend to file an opposition to both of Seldman's Motions described above; however, Plaintiff is unable to do so within the time prescribed by LCvR 7(b).

On February 13, 2007, Walker was hospitalized in a medical facility in Detroit Michigan for a series of tests and for a possible surgical procedure. Plaintiff does not expect to be released from the hospital until around February 28, 2007. This unfortunate circumstance has prevented Walker from adequately researching and preparing final drafts of his oppositions to Seldman's Motions prior to his hospitalization. An enlargement of time within which to file Plaintiff's oppositions is necessary since he will not be unable to file before the time runs, pursuant to LCvR 7(b).

Pursuant to LCvR 7(b) and FRCP 6(b), this Court may enlarge the time to file oppositions to Defendant's Motions for cause. Walker contends that he has shown good cause for why the Court should grant the relief sought in this pleading.

_____
Le Bon Walker

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL.,      :
                                    No. 06-CV-00603 (G.K.)
           Plaintiffs,              :

    v.                              :

NEIL SELDMAN, ET. AL.,              :

           Defendants.              :

### ORDER

Upon full consideration of Plaintiffs' Motion to Enlarge Time to File Oppositions to Defendant, Neil Seldman's Motion for Attorneys' Fees and Costs and for Cancellation and Release of Notice of Lis Pendens, the record herein and good cause having been shown, it is this _____ day of _____, 2007,

**ORDERED** that the Motion is granted and it is further

**ORDERED** that Plaintiff shall file any opposition to the Motions for Attorneys Fees and Costs and for Cancellation and Release of Notice of Lis Pendens on or before _____.

                                        _____
                                        JUDGE GLADYS KESSLER

cc:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC  20002


SELKER, LLC
3001 Georgia Avenue, NW
Washington, DC  20001


James A. Sullivan, Jr., Esq,
G. Van Canada, Jr., Esquire
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Michael N. Russo, Jr., Esquire
& Stephen A. Oberg, Esquire
125 West Street 4th Floor
P.O. Box 2289
Annapolis, Maryland  21404-2289

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC  20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC  20036

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia  22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC  20001

Alfred L. Scanlan, Jr. Esq
ECCLESTON & WOLF, P.C.
2001 S Street NW, Suite 310
Washington, DC  20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th St NW, Suite 1000 S
Washington, DC  20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard St, 18th Floor
Baltimore, Md  21202