RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 FEB 15 PM 11: 54
NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LE BON BRUCE WALKER, ET. AL., :

Plaintiff/Appellants, : Civil Action No. 06-cv-00603(GK)

:

vs. :

NEIL SELDMAN, ET. AL., :

Defendant/Appellants. :

RECEIVED
FEB 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTICE OF APPEAL**

Notice is hereby given this 15th day of February, 2006, that Le Bon Bruce Walker, and Selker, LLC hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion of this Court entered on the 18th day of January, 2007 in favor of Defendants Neil Seldman, et. al. and against said Plaintiff/Appellants.

Respectfully submitted,

Le Bon Bruce Walker, pro se

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

CLERK Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Le Bon Bruce Walker
203 Seaton Place, NE
Washington, DC 20002

SELKER, LLC
3001 Georgia Avenue, NW
Washington, DC 20001

James A. Sullivan, Jr., Esq,
G. Van Canada, Jr., Esquire
MILES & STOCKBRIDGE
11. North Wash St, Ste 700
Rockville, MD 20850

Michael N. Russo, Jr., Esquire
& Stephen A. Oberg, Esquire
125 West Street 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404-2289

Robert N. Levin, Esquire
1901 Research Blvd., Ste 400
Rockville, MD 20850

Carol Blumenthal, Esquire
1700 17th Street NW, Ste 301
Washington, DC 20005

David D. Hudgins, Esquire
515 King Street, Suite 400
Alexandria, VA, 22314

Albert A. Foster, Jr., Esquire
Peter K. Tomopa, Esquire
Dillingham & Murphy, LLP
1155 Conn Ave NW Ste 1120
Washington, DC 20036

Peter I Grasis, Esquire
10555 Main St, Suite 450
Fairfax, Virginia 22030

Carole McIntyre
1922 3rd Street NW #9
Washington, DC 20001

Alfred L. Scanlan, Jr. Esq
ECCLESTON & WOLF, P.C.
2001 S Street NW, Suite 310
Washington, DC 20009-1125

F. Joseph Nealon, Esquire
Kirsten E. Keating, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th St NW, Suite 1000 S
Washington, DC 20005

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard St, 18th Floor
Baltimore, Md 21202