UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LE BON BRUCE WALKER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-603 (GK) |
| | : | |
| **NEIL SELDMAN,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

Upon consideration of Defendant, Neil Seldman's Motion for Cancellation and Release of Notice of Lis Pendens, and the opposition thereto, and for good cause having been shown, it is this 17th day of May, 2007, hereby

**ORDERED**, that Defendant, Neil Seldman's Motion for Cancellation and Release of Notice of Lis Pendens is **granted**; and it is further

**ORDERED**, that pursuant to D.C. Code § 42-1207(d), any and all Notices of Lis Pendens, referencing the present action (Case No. 06-603) and pertaining to the Property located at 1922 Third Street, N.W., Washington, D.C., which has a legal description of:

> Lot 10 in Block 13 in A.L. Barber and Company's subdivision of LeDroit Park, as per plat recorded among the Records of the Office of the Surveyor of the District of Columbia in Liber Governor Shepherd at folio 15;
>
> NOTE: At the date hereof the above described land is designated on the Records of the Assessor of the District of Columbia for purposes of assessment and taxation as Lot numbered Ten (10) in Square numbered Thirty Hundred Eighty-nine (3089).

and recorded among the Land Records of the Recorder of Deeds of the District of Columbia, by Plaintiff, Le Bon Bruce Walker, including the "(New) Notice of Lis Pendens" recorded as Instrument #2006050770, be and the same are hereby **CANCELLED AND RELEASED** at the expense of Plaintiff, Le Bon Bruce Walker.

      /s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record and**

**Le Bon Bruce Walker
203 Seaton Place, N.E.
Washington, D.C. 20002**

-2-