# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7027**             **September Term 2007**

06cv00603

**Filed On:** April 8, 2008

Le Bon Bruce Walker,

    Appellant

    v.

Neil Seldman, et al.,

    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 8/26/08
BY: [signature]
ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motions for summary affirmance on the ground of res judicata, the opposition thereto, and the reply; and City Title & Escrow Co.'s "motion to dismiss," which is construed as a motion for summary affirmance, and the opposition thereto, it is

**ORDERED** that the judgment of the district court be summarily affirmed. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly granted summary judgment on the ground of res judicata with respect to the appellees who were parties in Walker v. Seldman, 2003 CA 3882 (D.C. Super. Ct.). See Patton v. Klein, 746 A.2d 866, 869-87 (D.C. 1999). Appellant's claims as to these appellees were finally adjudicated in that matter and share a "common nucleus of facts" with the claims raised in appellant's district court complaint. Id. With respect to the remaining appellees, appellant has not contested the district court's conclusion that these appellees were privies with the defendants in the District of Columbia case. We have no occasion, therefore, to disturb the district court's conclusion that res judicata operated to bar appellant's claims against these appellees. See Doe by Fein v. District of Columbia, 93 F.3d 861, 875 n.14 (D.C. Cir. 1996).

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk